# **EXHIBIT 1**

Complaint and Summons



# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
# SUPERIOR COURT

☒ PROVIDENCE/BRISTOL  ☐ KENT  ☐ WASHINGTON  ☐ NEWPORT

Ashley & Anthony R. St.Angelo

CASE # PC-2021-0224

VS

Aiden & Julianne Kearney - Turtleboy Sports

SUPERIOR COURT FILED HENRY S. KINCH, JR. 21 JAN 12 PM 12:45

## COMPLAINTS

The owners of Turtleboy Sports Aidan & Julianne Kearney have posted false alligations of abuse towards my 16 year old daughter and soon to be ex wife - false claims of using my ex-wifes social security number - claiming I am using false means to profit from my daughters dissappearence and sexually harrassing me by means of calling me out for being transgender - (he or BLT 123) that has encited violence towards myself and my son both online and in person. There has been rocks/bricks, eggs and so on. My phone number has been posted on their page. I contacted them in response to disprove their false claims and they blasted my email to them on youtube making fun of it. On 9/2/2020 I asked them what proof I need to send them to get their posts off the internet and they responded in a general response that they would take the word of a 16 year old screaming for help over mine. On 12/24 I sent them another message online again if I could send them proof because since the first email on 9/2 the violence towards me and my son had started and got worse

~~Complaint continued~~

They replied "CALM DOWN SIR" and asked what evidence I had and I sent them everything that without a doubt their story was false and they knew it from the beginning. They called me and asked if I would go on their show and when I replied NO they said sucks for you then. I begged and pleaded for them to take it down due to the violence and they said go on the show. I ended up looking for help and found an online group to help and a few days later I got a call from Holden Police Badge #32 because Mr Kearney blamed me for harassing him in wich I did not but aparently the online group was in contact with him and th officer stated he believed it was not me harassing the Kearacys. But advised me to immeadtly get a restraining order (hinting I may need it) between the death threats online by Turtleboy readers and by the tone in the officers tone of voice I am begging you for a restraining order for myself & son and have the posts taken down & youtube taken down

Signature: [signature]

Subscribed and sworn to before me in PSC in the Com of PROV in the State of Rhode Island and Providence Plantations, this 12th day of JANUARY, 2021

Notary Public: [signature]

SUPERIOR COURT FILED HENRY S. KINCH, JR 21 JAN 12 PM 12:45



# STATE OF RHODE ISLAND
## SUPERIOR COURT
### SUMMONS

|  | Civil Action File Number<br>PC-2021-00224 |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney, Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo |
|  | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA  01522 |

**TO THE DEFENDANT, Aidan Kearney:**

   The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

   As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

# SUPERIOR COURT

| Plaintiff<br>Ashley Saint Angelo ppa Anthony St. Angelo<br> v.<br>Aidan Kearney, Julianne Kearney<br>**Defendant** | Civil Action File Number<br>PC-2021-00224 |
|---|---|

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Aidan Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person of suitable age and discretion _____
  Address of dwelling house or usual place of abode _____
  _____
  Age _____
  Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ With a guardian or conservator of the Defendant.
  Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
# SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

| SERVICE DATE: ____/____/____ Month  Day  Year | SERVICE FEE $_____ |
|---|---|
| Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE | |

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____
County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
## SUPERIOR COURT
### SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-00224 |
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney, Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo |
| | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA  01522 |

**TO THE DEFENDANT, Julianne Kearney:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
## SUPERIOR COURT

| Plaintiff<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney, Julianne Kearney<br>**Defendant** | Civil Action File Number<br>PC-2021-00224 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____

   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ With a guardian or conservator of the Defendant.
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

| SERVICE DATE: ___/___/___ Month Day Year | SERVICE FEE $ _____ |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)