3CV

**COMMONWEALTH OF MASSACHUSETTS**

**COUNTY OF WORCESTER** **AFFIDAVIT OF SERVICE**

I, Norman Brodeur, being first duly sworn on oath deposes and say: That I am a citizen of the United States over the age of 21 years; that I have no interest whatsoever in the within entitles matter; that I am a regularly appointed Deputy Sheriff of Worcester County, Massachusetts, and as such have the power to serve civil process within the said County.

**Worcester County Sheriff's Office**

**P.O. Box 1066 Worcester, MA 01613**
**(508) 752-1100**
2/10/2021

I hereby certify and return that on 2/9/2021 at 10:11 AM I served a true and attested copy of the TEMPORARY RESTRAINING ORDER, SUMMONS, ORDER-MOTION IN FORMA PAUPERIS, COMPLAINT in this action in the following manner: To wit, by delivering in hand to AIDAN T KEARNEY at 111 MASON ROAD JEFFERSON, MA 01522 .

Norman Brodeur

Norman Brodeur
Deputy Sheriff

Date: Feb 10, 2021

Donna M. Belanger

Donna M. Belanger / Notary Public
My Commission Expires October 30, 2026

FILED IN OPEN COURT
Date 2-19-21
Clerk * M. K. Rachiele




## STATE OF RHODE ISLAND

### SUPERIOR COURT

| **Plaintiff**<br>Ashley Saint AngeloPPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Aidan Kearney DOB: 12-26-81 | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

**TEMPORARY RESTRAINING ORDER**

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 02/19/2021 at 2pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**
2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**
3. **This restraining order shall expire on 2/19/21.**
4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| Entered as an Order of the court on 1/25/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

1 of 2




# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo<br>**Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA 01522 |

**TO THE DEFENDANT, Aidan Kearney:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|

**PROOF OF SERVICE**

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Aidan Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion ______
Address of dwelling house or usual place of abode ______
______
Age ______
Relationship to the Defendant ______

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
______

☐ With a guardian or conservator of the Defendant.
Name of person and designation ______

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation ______



SC-CMS-1 (revised July 2020)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island




**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation ______________________________

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation ______________________________

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______________________________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
______________________________

☐ I was unable to make service after the following reasonable attempts: ______________________________
______________________________

| SERVICE DATE: ___/___/___ Month Day Year | SERVICE FEE $ ______ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

______________________________
Signature

State of ____________________
County of ____________________

On this ________ day of ______________, 20____, before me, the undersigned notary public, personally appeared ______________________________ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was ______________________________, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: ______________________________
My commission expires: ______________________________
Notary identification number: ______________________________

Page 2 of 2

SC-CMS-1 (revised July 2020)

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

| Plaintiff/Petitioner Ashley M St. Angelo & Anthony R St. Angelo (son) 129 Roger Williams Ave Rumford RI 02916 | Case Number PC-2021-0224 |
| --- | --- |
| Defendant/Respondent Aiden & Julianne Kearney - Turtle Boy Sports 111 Mason Rd Jefferson MA 01522 | |

SUPERIOR COURT FILED HENRY S. KINCH, JR 21 JAN 12 PM 12:45

**ORDER - MOTION IN FORMA PAUPERIS**

☒ **GRANTED:** It is hereby ordered that the ☒ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the duly authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☒ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **GRANTED:** It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **DENIED**

| Entered as an Order of the court on 1/12/2021 | BY ORDER OF: /s/ Rachele Clerk |
| --- | --- |
| | ENTER: /s/ [signature] Judicial Officer |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMONWEALTH OF MASSACHUSETTS**

**COUNTY OF WORCESTER** **AFFIDAVIT OF SERVICE**

I, Norman Brodeur, being first duly sworn on oath deposes and say: That I am a citizen of the United States over the age of 21 years; that I have no interest whatsoever in the within entitles matter; that I am a regularly appointed Deputy Sheriff of Worcester County, Massachusetts, and as such have the power to serve civil process within the said County.

**Worcester County Sheriff's Office**

**P.O. Box 1066 Worcester, MA 01613**
**(508) 752-1100** **2/10/2021**

I hereby certify and return that after attempting personal service on 2/9/2021 at 10:11 AM I served a true and attested copy of the TEMPORARY RESTRAINING ORDER, SUMMONS, ORDER-MOTION IN FORMA PAUPERIS, COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of JULIANNE KEARNEY, by delivering in hand to AIDAN KEARNEY, at 111 MASON ROAD JEFFERSON, MA 01522 and by mailing 1st class to JULIANNE KEARNEY at the above address on 2/10/2021.

Norman Brodeur

Norman Brodeur
Deputy Sheriff

Date: Feb. 10, 2021

Donna M. Belanger

Donna M. Belanger / Notary Public
My Commission Expires October 30, 2026

FILED IN OPEN COURT
Date 2·19·21
Clerk * M. K. Rachiele




**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St Angelo<br>v.<br>**Defendant**<br>Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

**TEMPORARY RESTRAINING ORDER**

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 02/19/2021 at 2pm (Courtroom 16, 4 th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**
2. **The Defendant, Julianne Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**
3. **This restraining order shall expire 2/19/21.**
4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, JULIANNE KEARNEY, FORTHWITH.

| Entered as an Order of the court on 1/25/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island




**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

**SUMMONS**

| | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>129 Roger Williams AVE<br>Rumford RI 02916 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA 01522 |

**TO THE DEFENDANT, Julianne Kearney:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/28/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

True Copy Attest:
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SC-CMS-1 (revised July 2020)



**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|

**PROOF OF SERVICE**

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion ______
Address of dwelling house or usual place of abode ______
______
Age ______
Relationship to the Defendant ______

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
______

☐ With a guardian or conservator of the Defendant.
Name of person and designation ______

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation ______



SC-CMS-1 (revised July 2020)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation ______________________________

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation ______________________________

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______________________________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
______________________________

☐ I was unable to make service after the following reasonable attempts: ______________________________
______________________________

| SERVICE DATE: ___/___/___ Month Day Year | SERVICE FEE $ ________ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

______________________________
Signature

State of ______________
County of ______________

On this ________ day of ______________, 20____, before me, the undersigned notary public, personally appeared ______________________________ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was ______________________________, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: ______________________________
My commission expires: ______________________________
Notary identification number: ______________________________



SC-CMS-1 (revised July 2020)

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

| Plaintiff/Petitioner Ashley M St. Angelo & Anthony R St. Angelo (son) 129 Roger Williams Ave Rumford RI 02916 | Case Number PC-2021-0224 |
| --- | --- |
| Defendant/Respondent Aiden & Julianne Kearney - Turtle Boy Sports 111 Mason Rd Jefferson MA 01522 | |

SUPERIOR COURT FILED HENRY S. KINCH, JR 21 JAN 12 PM 12:45

**ORDER - MOTION IN FORMA PAUPERIS**

☒ **GRANTED:** It is hereby ordered that the ☒ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the duly authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☒ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **GRANTED:** It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **DENIED**

| Entered as an Order of the court on 1/12/2021 | BY ORDER OF: /s/ [signature] Clerk |
| --- | --- |
| | ENTERED: /s/ [signature] Judicial Officer |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island




# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

## TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 03/03/2021 at 2pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Julianne Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 3/3/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, JULIANNE KEARNEY, FORTHWITH.

| Entered as an Order of the court on<br>2/17/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Aidan Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

## TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 03/03/2021 at 2pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 3/3/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| Entered as an Order of the court on<br>2/17/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-00224 |
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>129 Roger Williams AVE<br>Rumford RI 02916 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA 01522 |

**TO THE DEFENDANT, Julianne Kearney:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 1/28/2021. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)




**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|

**PROOF OF SERVICE**

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion ______________________________
Address of dwelling house or usual place of abode ______________________________
______________________________
Age ____________
Relationship to the Defendant ______________________________

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______________________________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
______________________________

☐ With a guardian or conservator of the Defendant.
Name of person and designation ______________________________

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation ______________________________



SC-CMS-1 (revised July 2020)




## STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation ______________________________________________

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation ______________________________________________

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______________________________________________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

______________________________________________

☐ I was unable to make service after the following reasonable attempts: ______________________________

______________________________________________

| SERVICE DATE: ______/______/______ Month Day Year | SERVICE FEE $______________ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

______________________________________________
Signature

State of ______________________

County of ______________________

On this ________ day of ________________, 20____, before me, the undersigned notary public, personally appeared ______________________________________ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was ______________________________________, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: ______________________________

My commission expires: ______________________________

Notary identification number: ______________________________



SC-CMS-1 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St Angelo<br>v.<br>**Defendant**<br>Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

## TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 02/19/2021 at 2pm (Courtroom 16, 4 th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**
2. **The Defendant, Julianne Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**
3. **This restraining order shall expire 2/19/21.**
4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, JULIANNE KEARNEY, FORTHWITH.

| Entered as an Order of the court on<br>1/25/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)




**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

| **Plaintiff**<br>Ashley Saint AngeloPPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Aidan Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

**TEMPORARY RESTRAINING ORDER**

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 02/19/2021 at 2pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 2/19/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| Entered as an Order of the court on<br>1/25/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | Civil Action File Number<br>PC-2021-00224 |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo<br>**Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA 01522 |

**TO THE DEFENDANT, Turtle Boy Sports**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

| Plaintiff<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v. | Civil Action File Number<br>PC-2021-00224 |
| --- | --- |
| Aidan Kearney,Julianne Kearney<br>**Defendant** | |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion ______________________
Address of dwelling house or usual place of abode ______________________
______________________
Age __________
Relationship to the Defendant ______________________

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______________________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
______________________

☐ With a guardian or conservator of the Defendant.
Name of person and designation ______________________

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation ______________________



SC-CMS-1 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation ______________________________

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation ______________________________

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent ______________________________

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

______________________________

☐ I was unable to make service after the following reasonable attempts: ______________________________

______________________________

| SERVICE DATE: ____/____/____ Month Day Year | SERVICE FEE $ ________ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

______________________________

Signature

State of ______________________

County of ______________________

On this ________ day of ________________, 20____, before me, the undersigned notary public, personally appeared ______________________________ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was ______________________________, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: ______________________________

My commission expires: ______________________

Notary identification number: ____________________

Page 2 of 2

SC-CMS-1 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | Civil Action File Number<br>PC-2021-00224 |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo<br>**Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA 01522 |

**TO THE DEFENDANT, Turtle Boy Sports**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)




**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v. | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Aidan Kearney,Julianne Kearney<br>**Defendant** | |

**PROOF OF SERVICE**

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion ______________________
Address of dwelling house or usual place of abode ______________________
______________________
Age __________
Relationship to the Defendant ______________________

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______________________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
______________________

☐ With a guardian or conservator of the Defendant.
Name of person and designation ______________________

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation ______________________




STATE OF RHODE ISLAND

SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation ______________________________

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation ______________________________

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent ______________________________

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

______________________________

☐ I was unable to make service after the following reasonable attempts: ______________________________

______________________________

SERVICE DATE: ____/____/____ Month Day Year

SERVICE FEE $__________

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

______________________________
Signature

State of ______________________

County of ______________________

On this ________ day of ______________, 20____, before me, the undersigned notary public, personally appeared ______________________________ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was ______________________________, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: ______________________

My commission expires: ______________________

Notary identification number: ______________________

Page 2 of 2

SC-CMS-1 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-00224 |
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo<br>**Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA 01522 |

**TO THE DEFENDANT, Aidan Kearney:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)




**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|

**PROOF OF SERVICE**

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Aidan Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion ______________________________
Address of dwelling house or usual place of abode ______________________________
______________________________
Age ____________
Relationship to the Defendant ______________________________

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______________________________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
______________________________

☐ With a guardian or conservator of the Defendant.
Name of person and designation ______________________________

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation ______________________________



SC-CMS-1 (revised July 2020)




**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation ______________________________

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation ______________________________

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______________________________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

______________________________

☐ I was unable to make service after the following reasonable attempts: ______________________________

______________________________

SERVICE DATE: ______/______/______ (Month Day Year) | SERVICE FEE $______________

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

______________________________
Signature

State of ______________________
County of ______________________

On this ________ day of ________________, 20____, before me, the undersigned notary public, personally appeared ______________________________ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was ______________________________, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: ______________________________
My commission expires: ______________________________
Notary identification number: ______________________________



SC-CMS-1 (revised July 2020)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS



**SUPERIOR COURT**

| Plaintiff/Petitioner<br>Ashley M St. Angelo & Anthony (son) R St. Angelo<br>129 Roger Williams Ave Rumford RI 02916 | Case Number<br>PC-2021-0224 |
|---|---|
| Defendant/Respondent<br>Aiden & Julianne Kearney - Turtle Boy Sports<br>111 Mason Rd Jefferson MA 01522 | |

SUPERIOR COURT
FILED
HENRY S. KINCH, JR
21 JAN 12 PM 12:45

**ORDER – MOTION IN FORMA PAUPERIS**

☒ **GRANTED:** It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the duly authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **GRANTED:** It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **DENIED**

| Entered as an Order of the court on<br>1/12/2021 | BY ORDER OF:<br>/s/ M Rachiele<br>Clerk |
|---|---|
| | ENTER:<br>/s/ [signature]<br>Judicial Officer |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island




# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

## TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 01/25/2021 at 2:00pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Julianne Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 1/25/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| Entered as an Order of the court on<br>1/12/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Aidan Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

## TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 01/25/2021 at 2:00pm; and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**
2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**
3. **This restraining order shall expire on 01/25/21.**
4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| Entered as an Order of the court on<br>1/12/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Presiding Justice/Associate Justice/Magistrate |

SC-CMS-18 (revised July 2020)




# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Ashley Saint Angelo<br>v.<br>**Defendant**<br>Aidan Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

## TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 01/25/2021 at 2:00pm (Courtroom 16, 4th Floor) and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire 01/25/21.**

4.

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| Entered as an Order of the court on<br>1/12/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)




STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

☐ PLAINTIFF/PETITIONER'S ☐ DEFENDANT/RESPONDENT'S MOTION TO PROCEED IN FORMA PAUPERIS

| Plaintiff/Petitioner Ashley M St. Angelo & Anthony St. Angelo (son) 129 Roger Williams Ave Rumford RI 02916 | Case Number PC-2021-00224 |
|---|---|
| Defendant/Respondent Aiden & Julianne Kearney - Turtleboy Sports 111 Mason Rd Jefferson MA 01522 | |

| | |
|---|---|
| ☐ Murray Judicial Complex<br>Newport County<br>45 Washington Square<br>Newport, Rhode Island 02840-2913<br>(401) 841-8330 | ☐ Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick, Rhode Island 02886-0107<br>(401) 822-6900 |
| ☐ McGrath Judicial Complex<br>Washington County<br>4800 Tower Hill Road<br>Wakefield, Rhode Island 02879-2239<br>(401) 782-4121 | ☐ Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence, Rhode Island 02903-2719<br>(401) 458-3230 |

SUPERIOR COURT FILED HENRY S. KINCH, JR. 21 JAN 12 PM 12:45

Now comes the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent and prays that this court waive the filing fees, service of process fees, and transcript costs on the grounds that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent is presently indigent and as such, has no funds with which to pay these costs.

An Affidavit in Support of Motion to Proceed in Forma Pauperis is submitted in support of this motion.

| | |
|---|---|
| /s/ Ashley M St. Angelo<br>Attorney for the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent or the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent | Rhode Island Bar Number: |
| | Date: 1-12/2021 |
| Telephone Number: | |




SUPERIOR COURT

| Plaintiff/Petitioner<br>Ashley M St. Angelo & Anthony R St. Angelo (son)<br>129 Roger Williams Ave Rumford RI 02916 | Case Number<br>PC-2021-0224 |
|---|---|
| Defendant/Respondent<br>Aiden & Julianne Kearney - Turtle boy Sports<br>111 Mason Rd Jefferson MA 01522 | |

SUPERIOR COURT FILED HENRY S. KINCH, JR
21 JAN 12 PM 12:45

ORDER – MOTION IN FORMA PAUPERIS

☐ **GRANTED**: It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the duly authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **GRANTED**: It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **DENIED**

| Entered as an Order of the court on<br>________________________. | BY ORDER OF:<br>/s/ ________________________<br>Clerk |
|---|---|
| | ENTER:<br>/s/ ________________________<br>Judicial Officer |



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

SUPERIOR COURT FILED HENRY S. KINCH, JR. 21 JAN 12 PM 12:45

☒ PLAINTIFF/PETITIONER'S ☐ DEFENDANT/RESPONDENT'S AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

| Plaintiff/Petitioner: Ashley M St. Angelo - Anthony R St. Angelo (son), 129 Roger Williams Ave Rumford RI 02916 | Case Number: PC-2021-224 |
|---|---|
| Defendant/Respondent: Aiden & Julianne Kearney - Turtleboy Sports, 111 Mason Rd Jefferson MA 01522 | |

PERSONAL INFORMATION

NAME: Ashley M St. Angelo AGE: 43

ADDRESS: 129 Roger Williams Ave MARITAL STATUS: ☒M ☐S ☐D ☐W

CITY: Rumford R.I 02916 NUMBER OF DEPENDENTS AND AGES

TELEPHONE: 401-252-9981 2 - 15 & 16

EMPLOYMENT INFORMATION

EMPLOYED: ☐ Y ☒ N Disabled

EMPLOYER: ______ HOW LONG: ______

ADDRESS: ______ UNEMPLOYMENT INSURANCE: ☐ Y ☐ N

INCOME: $______ per month INCOME: $______ per month

OTHER INCOME (GOVERNMENT BENEFITS, CHILD SUPPORT, ALIMONY, PENSION, ETC.)

INCOME PER MONTH: 911 SOURCE(S): SSDI

SHELTER COSTS

IF OWN HOME: VALUE $ [scribbled out] MORTGAGE/LIEN: $ 1352,00

IF RENT: MONTHLY $______

IF BOARD, WITH WHOM: $______ MONTHLY CONTRIBUTION (IF ANY): $ 700.00

UTILITIES (MONTHLY): $ 300

GAS: $ 150 ELECTRICITY: $ 150 OIL: $ X

FOOD (MONTHLY): $ SNAP only

CLOTHING (MONTHLY) $ 0

CHILD SUPPORT PAID (MONTHLY): $ 0

OTHER (SPECIFY): $ 0



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

SUPERIOR COURT FILED HENRY S. KINCH, JR. 21 JAN 12 PM 12:45

| ASSETS | VALUE |
|---|---|
| MOTER VEHICLE | $ 700 - 1000 |
| TYPE: 2006 GMC Sierra | |
| YEAR: 2006 | |
| CAR, BOAT, TRUCK, MOTORCYCLE | $ |
| BANK ACCOUNT BALANCES | |
| CHECKING: | $ 219 |
| SAVINGS: | $ 0 |
| REAL PROPERTY: | $ 0 |
| OTHER (IRA, CD, TRUSTS, STOCKS, BONDS, ETC.) | $ 0 |

| LIABILITIES | AMOUNT |
|---|---|
| LOANS (BANK OR PRIVATE): | $ 0 |
| COURT OBLIGATIONS (COSTS, FINES, RESTITUTION): | $ 0 |
| CUSTOMER LOANS/CREDIT CARDS: | $ 0 |
| MEDICAL BILLS: | $ 0 |
| TAXES: | $ 0 |
| OTHER (INSURANCE, LEGAL FEES, EDUCATION, ETC.): | $ 228.00 Month Insurance |

I Ashley M St Angelo, attest that the information provided is truthful, complete and accurate to the best of my knowledge. I am aware that any false statement or representation knowingly made shall cause me to be subject to charges of perjury in accordance with the laws of the State of Rhode Island and Providence Plantations.

Ashley M St. Angelo

Signature of the Plaintiff/Petitioner or the Defendant/Respondent

State of ____________________
County of ____________________

On this ________ day of ______________, 20____, before me, the undersigned notary public, personally appeared ______________________________ ☐ personally known to me or ☐ proved to me through satisfactory evidence of identification, which was ______________________________, to be the person who signed above in my presence, and who swore or affirmed to me that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: ____________________
My commission expires: ____________________
Notary identification number: ____________________



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT

☒ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

Ashley & Anthony R St.Angelo

CASE# PC-2021-0224

VS

Aiden & JuliAnne Kearney - Turtle boy Sports

SUPERIOR COURT FILED HENRY S. KINCH, JR. 21 JAN 12 PM 12:45

COMPLAINTS

The Owners of Turtleboy Sports Aidan & JuliAnne Kearney Have Posted false Alligations of Abuse Towards my 16 year old Daughter And Soon To be Ex wife - false Claims of Using my ex-wifes Social Security number - Claiming I am using false means To Profit from my Daughters Disappearence And Sexually Harrassing me by means of Calling me out for being Transgender - (He or. BLT 123) That Has Encited Violence Towards my Self and my Son Both online And In Person. There Has Been Rocks / Bricks, Eggs And So on. My Phone number Has been Posted on Their Page. I Contacted them In Response To Dis Prove Their false Claims And They Blasted my Email To Them on Youtube Making fun of IT. on 9/2/2020 I Asked Them what Proof I need To Send Them To get Their Posts off The Internet And They Responded in A general Response That They would Take The word of A 16 year old Screaming for Help over mine. On 12/24 I Sent Them Another Message online Again If I Could Send Them Proof Because Since The First Email on 9/2 The violence Towards me And my Son Had Started And got worse

Complaint continued

They Replied "CALM DOWN SIR" AND ASKED what Evidence I HAD AND I SENT them Everything That without A DOUBT Their Story WAS false And They Knew IT from The Beginning. They Called Me AND ASKED IF I would go on Their Show AND when I Replied NO They SAID Sucks for you. Then I Begged AND PLEADED FOR Them To TAKE IT DOWN DUE TO The Violence And They Said Go ON The Show, I Ended up Looking for HELP AND found an online group to HELP And A few DAYS LATER I got A Call from Holden Police BAdge # 32 Because Mr Kearney Blamed Me for HARASSING Him in wich I Did NOT but Aparently The online group WAS In CONTACT with Him AND The Officer STATED He Believed IT WAS NOT ME HARASSING The Kearneys But ADvised me To Immeadly GET A Restraining order (Hinting I MAY need IT) Between The DEATH Threats online by Turtleboy Readers and by The Tone In The Officers Tone of Voice I Am Begging you for A Restraining order for my self & Son AND HAVE The POSTS TAKEN DOWN & YouTube TAKEN DOWN

Signature [signature]

Subscribed and sworn to before me in PSC in the Com of PROV in the State of Rhode Island and Providence Plantations, this 12th day of JANUARY 2021

Notary Public [signature]

DENNIS W. RICCI JR. NOTARY PUBLIC ID #752127 COMMISSION EXPIRES JULY 1, 2022 STATE OF RHODE ISLAND

SUPERIOR COURT FILED HENRY S. KINCH, JR. 21 JAN 12 PM 12:45



# RHODE ISLAND DEPARTMENT OF PUBLIC SAFETY

## Division of Sheriffs

670 New London Avenue, Cranston, RI 02920
Telephone: (401) 275-2900 — Fax: (401) 275-2914



Colonel James M. Manni
Director, Department of Public Safety
Superintendent, Rhode Island State Police

Chief David M. DeCesare
Rhode Island Division of Sheriffs

## RHODE ISLAND STATE SHERIFF CIVIL UNIT INFORMATION SHEET

*ALL INFORMATION PROVIDED REMAINS CONFIDENTIAL*

**PLEASE PRINT CLEARLY**

**PERSON FILING** *(Yourself)*

NAME: Ashley M St Angelo DATE OF BIRTH: 9-13-77

ADDRESS: 129 Roger Williams Ave FLOOR / APT. #

CITY: Rumford STATE: R.I ZIP: 02916

CELL # 401-252-9981 OTHER #

*PERSON BEING SERVED:*

NAME: AiDAn & JuliAnne Kearney DATE OF BIRTH: U/K

ADDRESS: 111 MASon Rd FLOOR / APT. #

CITY: Jefferson STATE: MA ZIP: 01522

CELL # U/K OTHER #

VEHICLE MAKE: MODEL: COLOR: PLATE # & STATE

KNOWN TO HAVE FIREARMS?: YES / NO U/K

*PERSON BEING SERVED: Place of employment*

COMPANY NAME: Turtle Boy Sports PHONE:

ADDRESS: 111 MASON Rd CITY: Jefferson ZIP: MA

WORK DAYS: U/K WORK HOURS: U/K

*PERSON BEING SERVED: Description*

HEIGHT: WEIGHT: AGE: HAIR: RACE:

BEARD: yes / (no) MUSTACHE: yes / (no) GLASSES: yes / (no) OTHER MARKINGS:

*ADDITIONAL INFORMATION:*

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
21 JAN 12 PM 12: 45

1




# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo<br>**Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA 01522 |

**TO THE DEFENDANT, Julianne Kearney:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)




STATE OF RHODE ISLAND

SUPERIOR COURT

| Plaintiff<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>Defendant | Civil Action File Number<br>PC-2021-00224 |
|---|---|

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion ____________
Address of dwelling house or usual place of abode ____________
____________
Age ________
Relationship to the Defendant ____________

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ____________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
____________

☐ With a guardian or conservator of the Defendant.
Name of person and designation ____________

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation ____________



SC-CMS-1 (revised July 2020)




## STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation ______

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation ______

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ______
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
______

☐ I was unable to make service after the following reasonable attempts: ______
______

SERVICE DATE: ___/___/___ Month Day Year | SERVICE FEE $ ______

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

______
Signature

State of ______
County of ______

On this ______ day of ______, 20___, before me, the undersigned notary public, personally appeared ______ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was ______, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: ______
My commission expires: ______
Notary identification number: ______

Page 2 of 2

SC-CMS-1 (revised July 2020)