Scv

**COMMONWEALTH OF MASSACHUSETTS**

**COUNTY OF WORCESTER**                    **AFFIDAVIT OF SERVICE**

I, _Norman Brodeur_, being first duly sworn on oath deposes and

say: That I am a citizen of the United States over the age of 21 years; that I have no

interest whatsoever in the within entitles matter; that I am a regularly appointed Deputy

Sheriff of Worcester County, Massachusetts, and as such have the power to serve civil

process within the said County.

**Worcester County Sheriff's Office**
**P.O. Box 1066 Worcester, MA 01613**
**(508) 752-1100**
2/10/2021

I hereby certify and return that on 2/9/2021 at 10:11 AM I
served a true and attested copy of the TEMPORARY
RESTRAINING ORDER, SUMMONS, ORDER-MOTION IN FORMA
PAUPERIS, COMPLAINT in this action in the following manner;
To wit, by delivering in hand to AIDAN T KEARNEY at 111
MASON ROAD JEFFERSON, MA 01522 .

Norman Brodeur
Deputy Sheriff

Date: Feb 10, 2021

Donna M. Belanger / Notary Public
My Commission Expires October 30, 2026

FILED IN OPEN COURT
Date 2-19-21
Clerk * M. K. Rachiele



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| Plaintiff<br>Ashley Saint AngeloPPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Aidan Kearney   DoB:  12-26-81<br>Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | Civil Action File Number<br>PC-2021-00224 |
|---|---|

### TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 02/19/2021 at 2pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 2/19/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| Entered as an Order of the court on<br>1/25/2021. | BY ORDER OF:<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | ENTER:<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)

True Copy Attest

Office of Clerk of Superior Court
County of Providence & Bristol
Providence, Rhode Island

1 of 2



# STATE OF RHODE ISLAND

## SUPERIOR COURT

### SUMMONS

| | Civil Action File Number |
|---|---|
| | PC-2021-00224 |
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney, Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo |
| | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA  01522 |

**TO THE DEFENDANT, Aidan Kearney:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| Plaintiff | Civil Action File Number |
|---|---|
| Ashley Saint Angelo ppa Anthony St. Angelo | PC-2021-00224 |
| v. | |
| Aidan Kearney, Julianne Kearney | |
| **Defendant** | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Aidan Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____

Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

☐ I was unable to make service after the following reasonable attempts: _____

| SERVICE DATE: ___/___/___ | SERVICE FEE $ _____ |
|---|---|
| Month   Day   Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE.

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature

State of _____

County of _____

On this _____ day of _____, 20_____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

True Copy Attest
_____
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

| Plaintiff/Petitioner<br>Ashley M. St. Angelo & Anthony R St. Angelo (son)<br>129 Roger williams Ave Rumford RI 02916 | Case Number<br>PC-2021-0224 |
|---|---|
| Defendant/Respondent<br>Aiden & Julianne Kearney — Turtle boy Sports<br>111 Mason Rd Jefferson MA 01522 | |

## ORDER – MOTION IN FORMA PAUPERIS

☒ **GRANTED**: It is hereby ordered that the ☒ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the duly authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☒ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **GRANTED**: It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **DENIED**

| Entered as an Order of the court on<br>1/13/2021 | BY ORDER OF<br>/s/ Rick Rachiele<br>Clerk<br>ENTER:<br>/s/<br>Judicial Officer |
|---|---|

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH. JR
21 JAN 12 PM 12:45

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COMMONWEALTH OF MASSACHUSETTS**

**COUNTY OF WORCESTER**                          **AFFIDAVIT OF SERVICE**

I, _Norman Brodeur_, being first duly sworn on oath deposes and

say: That I am a citizen of the United States over the age of 21 years; that I have no

interest whatsoever in the within entitles matter; that I am a regularly appointed Deputy

Sheriff of Worcester County, Massachusetts, and as such have the power to serve civil

process within the said County.

**Worcester County Sheriff's Office**
**P.O. Box 1066 Worcester, MA 01613**
**(508) 752-1100          2/10/2021**

I hereby certify and return that after attempting personal
service on 2/9/2021 at 10:11 AM I served a true and attested
copy of the TEMPORARY RESTRAINING ORDER, SUMMONS,
ORDER-MOTION IN FORMA PAUPERIS, COMPLAINT in this
action in the following manner: To wit, by leaving at the last
and usual place of abode of JULIANNE KEARNEY, by delivering
in hand to AIDAN KEARNEY, at 111 MASON ROAD JEFFERSON,
MA 01522 and by mailing 1st class to JULIANNE KEARNEY at
the above address on 2/10/2021.

_Norman Brodeur_
Norman Brodeur
Deputy Sheriff

Date: _Feb. 10, 2021_            _Donna M Belanger_
                                  Donna M. Belanger / Notary Public
                                  My Commission Expires October 30, 2026

FILED IN OPEN COURT
Date 2·19·21
Clerk * M. K. Rachiele



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St Angelo<br>v.<br>**Defendant**<br>Julianne Kearney<br>Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Civil Action File Number**<br>PC-2021-00224 |

### TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 02/19/2021 at 2pm (Courtroom 16, 4 th Floor); and that, in the meantime and until further order of the court

1. The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.

2. The Defendant, Julianne Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.

3. This restraining order shall expire 2/19/21.

4. OTHER:

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, JULIANNE KEARNEY, FORTHWITH.

| Entered as an Order of the court on<br>1/25/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



# STATE OF RHODE ISLAND
## SUPERIOR COURT
### SUMMONS

| Plaintiff<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney, Julianne Kearney<br>**Defendant** | Civil Action File Number<br>PC-2021-00224 |
|---|---|
| | Attorney for the Plaintiff or the Plaintiff<br>Ashley Saint Angelo |
| | Address of the Plaintiff's Attorney or the Plaintiff<br>129 Roger Williams AVE<br>Rumford RI 02916 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | Address of the Defendant<br>111 Mason RD<br>Jefferson MA 01522 |

**TO THE DEFENDANT, Julianne Kearney:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/28/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

True Copy Attest:

*[signature]*

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| Plaintiff<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | Civil Action File Number<br>PC-2021-00224 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____

Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
- ☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____
- ☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____
- ☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

| SERVICE DATE: ___/___/___ Month Day Year | SERVICE FEE $ _____ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE _____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED

Signature _____

State of _____

County of _____

On this _____ day of _____ 20___ before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____ to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| Plaintiff/Petitioner | Case Number |
|---|---|
| Ashley M St. Angelo & Anthony R St.Angelo (son) 129 Roger Williams Ave Riverside RI 02916 | PC-2021-0224 |
| Defendant/Respondent Aiden & Julianne Kearney - Turtle Boy Sports 111 Mason Rd Jefferson MA 01522 | |

### ORDER – MOTION IN FORMA PAUPERIS

☑ **GRANTED:** It is hereby ordered that the ☑ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the only authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☑ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **GRANTED:** It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **DENIED**

| Entered as an Order of the court on 1/19/2021 | BY ORDER OF /s/ MR Rachiele Clerk |
| | ENTER: /s/ Judicial Officer |

True Copy Attest
*[signature]*
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH, JR
21 JAN 12 PM 12:45

True Copy Attest
*[signature]*
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St. Angelo<br>   v.<br>**Defendant**<br>Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

### TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 03/03/2021 at 2pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Julianne Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 3/3/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, JULIANNE KEARNEY, FORTHWITH.

| Entered as an Order of the court on 2/17/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Aidan Kearney | **Civil Action File Number**<br>PC-2021-00224 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

### TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 03/03/2021 at 2pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 3/3/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| | |
|---|---|
| Entered as an Order of the court on<br>2/17/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-00224 |
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br> v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>129 Roger Williams AVE<br>Rumford RI  02916 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA  01522 |

**TO THE DEFENDANT, Julianne Kearney:**

   The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

   As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 1/28/2021. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| Ashley Saint Angelo ppa Anthony St. Angelo | PC-2021-00224 |
| v. | |
| Aidan Kearney,Julianne Kearney | |
| **Defendant** | |

---

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____

   If the agent is one designated by statute to receive service, further notice as required by statute was given
   as noted below.

   _____

☐ I was unable to make service after the following reasonable attempts: _____

   _____

| SERVICE DATE:      ____ / ____ / ____ | SERVICE FEE $ _____ |
|---|---|
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE
NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally
appeared _____ ☐ personally known to the notary
or ☐ proved to the notary through satisfactory evidence of identification, which was
_____, to be the person who signed above in my presence,
and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her
knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



**STATE OF RHODE ISLAND**

**SUPERIOR COURT**

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St Angelo<br>v.<br>**Defendant**<br>Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

**TEMPORARY RESTRAINING ORDER**

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 02/19/2021 at 2pm (Courtroom 16, 4 th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Julianne Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire 2/19/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, JULIANNE KEARNEY, FORTHWITH.

| | |
|---|---|
| Entered as an Order of the court on 1/25/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint AngeloPPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Aidan Kearney | **Civil Action File Number**<br>PC-2021-00224 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

### TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 02/19/2021 at 2pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 2/19/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| | |
|---|---|
| Entered as an Order of the court on<br>1/25/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

### SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-00224 |
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney, Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo |
| | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA 01522 |

## TO THE DEFENDANT, Turtle Boy Sports

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| Plaintiff | Civil Action File Number |
|---|---|
| Ashley Saint Angelo ppa Anthony St. Angelo | PC-2021-00224 |
| v. | |
| Aidan Kearney,Julianne Kearney | |
| **Defendant** | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____

_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

    Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

    Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: ____/____/____ <br> Month  Day  Year | SERVICE FEE $ _____ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

    On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

                             Notary Public: _____

                             My commission expires: _____

                             Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

### SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-00224 |
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney, Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo |
| | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA 01522 |

**TO THE DEFENDANT, Turtle Boy Sports**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| Plaintiff<br>Ashley Saint Angelo ppa Anthony St. Angelo<br>v. | Civil Action File Number<br>PC-2021-00224 |
|---|---|
| Aidan Kearney, Julianne Kearney<br>**Defendant** | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____
   _____
   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ With a guardian or conservator of the Defendant.
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

_____

| SERVICE DATE: ___/___/___ | SERVICE FEE $ _____ |
|---|---|
| Month   Day   Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

_____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20 ____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____; to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | Civil Action File Number |
| --- | --- |
| | PC-2021-00224 |

| Plaintiff | Attorney for the Plaintiff or the Plaintiff |
| --- | --- |
| Ashley Saint Angelo ppa Anthony St. Angelo | Ashley Saint Angelo |
|  v. | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Aidan Kearney,Julianne Kearney | |
| **Defendant** | |

| Licht Judicial Complex | Address of the Defendant |
| --- | --- |
| Providence/Bristol County | 111 Mason RD |
| 250 Benefit Street | Jefferson MA  01522 |
| Providence RI  02903 | |
| (401) 222-3250 | |

**TO THE DEFENDANT, Aidan Kearney:**

   The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

   As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/12/2021. | /s/ Henry Kinch |
| --- | --- |
| | Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| Ashley Saint Angelo ppa Anthony St. Angelo | PC-2021-00224 |
| v. | |
| Aidan Kearney,Julianne Kearney | |
| **Defendant** | |

---

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Aidan Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
  Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: _____/_____/_____ | SERVICE FEE $ _____ |
|---|---|
| Month   Day   Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| Plaintiff/Petitioner<br>Ashley M St. Angelo & Anthony R St. Angelo (son)<br>129 Roger Williams Ave Rumford RI 02916 | Case Number<br>PC-2021-0224 |
|---|---|
| Defendant/Respondent<br>Aiden & Julianne Kearney ~ Turtle boy Sports<br>111 Mason Rd Jefferson MA 01522 | |

### ORDER – MOTION IN FORMA PAUPERIS

☑ **GRANTED:** It is hereby ordered that the ☑ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the duly authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☑ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **GRANTED:** It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **DENIED**

| Entered as an Order of the court on<br><br>1/12/2021 | BY ORDER OF:<br>/s/ _Mark Rachiele_<br>Clerk<br><br>ENTER:<br>/s/ _____<br>Judicial Officer |
|---|---|

True Copy Attest

_____

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St. Angelo<br>v.<br>**Defendant**<br>Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

### TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 01/25/2021 at 2:00pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Julianne Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 1/25/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| | |
|---|---|
| Entered as an Order of the court on 1/12/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St. Angelo<br>    v.<br>**Defendant**<br>Aidan Kearney | **Civil Action File Number**<br>PC-2021-00224 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

### TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 01/25/2021 at 2:00pm; and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 01/25/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| | |
|---|---|
| Entered as an Order of the court on 1/12/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Presiding Justice/Associate Justice/Magistrate |

SC-CMS-18 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo<br>    v.<br>**Defendant**<br>Aidan Kearney | **Civil Action File Number**<br>PC-2021-00224 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

### TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 01/25/2021 at 2:00pm (Courtroom 16, 4th Floor) and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire 01/25/21.**

4.

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| | |
|---|---|
| Entered as an Order of the court on 1/12/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)



STATE OF RHODE ISLAND AND     PROVIDENCE PLANTATIONS

## SUPERIOR COURT

### ☐ PLAINTIFF/PETITIONER'S ☐ DEFENDANT/RESPONDENT'S MOTION
### TO PROCEED IN FORMA PAUPERIS

| Plaintiff/Petitioner _Ashley M. St. Anselo & Anthony St. Anselo (Son)_ _129 Roger Williams Ave Rumford RI 02916_ | Case Number _PC-2021-00224_ |
|---|---|
| Defendant/Respondent _Aiden & Julianne Kearney - Turtleboy Sports_ _111 Mason Rd Jefferson MA 01522_ | |

| ☐ Murray Judicial Complex Newport County 45 Washington Square Newport, Rhode Island 02840-2913 (401) 841-8330 | ☐ Noel Judicial Complex Kent County 222 Quaker Lane Warwick, Rhode Island 02886-0107 (401) 822-6900 |
|---|---|
| ☐ McGrath Judicial Complex Washington County 4800 Tower Hill Road Wakefield, Rhode Island 02879-2239 (401) 782-4121 | ☐ Licht Judicial Complex Providence/Bristol County 250 Benefit Street Providence, Rhode Island 02903-2719 (401) 458-3230 |

Now comes the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent and prays that this court waive the filing fees, service of process fees, and transcript costs on the grounds that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent is presently indigent and as such, has no funds with which to pay these costs.

An Affidavit in Support of Motion to Proceed in Forma Pauperis is submitted in support of this motion.

| /s/ _Ashley M. St. Anselo_ Attorney for the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent or the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent | Rhode Island Bar Number: |
|---|---|
| | Date: _1-12/2021_ |
| Telephone Number: | |

SUPERIOR COURT
FILED
HENRY S. KINCH, JR
21 JAN 12 PM12:45

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 34 of 259 PageID #: 449



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| Plaintiff/Petitioner | Case Number |
|---|---|
| ASHley M St. Angelo & Anthony R St. Angelo (son) 129 Rogers Williams Ave Rumford RI 02916 | PC-2021-0224 |
| Defendant/Respondent Aiden & Julianne Kearney ~ Turtle boy Sports 111 Mason Rd Jefferson MA 01522 | |

SUPERIOR COURT<br>FILED<br>HENRY S. KINCH, JR<br>21 JAN 12 PM 12: 45

### ORDER – MOTION IN FORMA PAUPERIS

☐ **GRANTED**: It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may file the complaint, petition, or appeal without payment of the filing fee and that the duly authorized officer in accordance with Title 9, Chapter 5 (writs, summons, and process) of the Rhode Island General Laws shall serve without charge to the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent any and all summonses, complaints or petitions, motions, orders, and all other required documents in this matter without charge.

☐ **GRANTED**: It is hereby ordered that the ☐ Plaintiff/Petitioner ☐ Defendant/Respondent may order transcripts without charge.

☐ **DENIED**

| Entered as an Order of the court on _____ | BY ORDER OF: /s/ _____ |
|---|---|
| | Clerk |
| | ENTER: /s/ _____ |
| | Judicial Officer |



STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

SUPERIOR COURT

☑PLAINTIFF/PETITIONER'S ☐ DEFENDANT/RESPONDENT'S AFFIDAVIT IN
SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

| Plaintiff/Petitioner<br>Ashley M St. Angelo - Anthony R St. *Angelo* (son)<br>129 Roger Williams Ave Rumford RI 02916 | Case Number<br>PC-2021-224 |
|---|---|
| Defendant/Respondent<br>Aiden & Julianne Kearney - Turtleboy Sports<br>111 Mason Rd   Jefferson MA 01522 | |

PERSONAL INFORMATION

NAME: Ashley M St. Angelo          AGE: 43

ADDRESS: 129 Roger Williams Ave    MARITAL STATUS: ☑M ☐S ☐D ☐W

CITY: Rumford R.I 02916            NUMBER OF DEPENDENTS AND AGES

TELEPHONE: 401-252-9981            2 - 15 & 16

EMPLOYMENT INFORMATION

EMPLOYED: ☐ Y ☑N   Disabled

EMPLOYER: _____          HOW LONG: _____

ADDRESS: _____           UNEMPLOYMENT INSURANCE: ☐ Y ☐ N

INCOME: $_____ per month         INCOME: $_____ per month

OTHER INCOME (GOVERNMENT BENEFITS, CHILD SUPPORT, ALIMONY, PENSION, ETC.)

INCOME PER MONTH: 911               SOURCE(S): SSDI

SHELTER COSTS

IF OWN HOME- VALUE $ ⬚              MORTGAGE/LIEN: $ 1352.00

IF RENT: MONTHLY $_____

IF BOARD, WITH WHOM: $_____      MONTHLY CONTRIBUTION (IF ANY): $ 700.00

UTILITIES (MONTHLY): $ 300

  GAS: $ 150      ELECTRICITY: $ 150      OIL: $ 0

FOOD (MONTHLY): $ SNAP only

CLOTHING (MONTHLY) $ 0

CHILD SUPPORT PAID (MONTHLY): $ 0

OTHER (SPECIFY): $ 0



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| ASSETS | VALUE | LIABILITIES | AMOUNT |
|---|---|---|---|
| MOTER VEHICLE | $ 700-1000 | LOANS (BANK OR PRIVATE): | $ 0 |
| TYPE: 2006 GMC Sierra | | COURT OBLIGATIONS (COSTS, | |
| YEAR: 2006 | | FINES, RESTITUTION): | $ 0 |
| | | CUSTOMER LOANS/CREDIT CARDS: | $ 0 |
| CAR, BOAT, TRUCK, | | MEDICAL BILLS: | $ 0 |
| MOTORCYCLE | $ | TAXES: | $ 0 |
| | | OTHER (INSURANCE, LEGAL FEES, | |
| BANK ACCOUNT BALANCES | | EDUCATION, ETC): | $ 228.00 MONTH INSURANCE |
| CHECKING: | $ 219 | | |
| SAVINGS: | $ 0 | | |
| REAL PROPERTY: | $ 0 | | |
| OTHER (IRA, CD, TRUSTS, | | | |
| STOCKS, BONDS, ETC.) | $ 0 | | |

I _Ashley M St Angelo_, attest that the information provided is truthful, complete and accurate to the best of my knowledge. I am aware that any false statement or representation knowingly made shall cause me to be subject to charges of perjury in accordance with the laws of the State of Rhode Island and Providence Plantations.

_Ashley M St. Angelo_

Signature of the Plaintiff/Petitioner or the
Defendant/Respondent

State of _____
County of _____

On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to me or ☐ proved to me through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to me that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

SUPERIOR COURT
FILED
HENRY S. KINCH JR.
21 JAN 12 PM 12: 45



# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPERIOR COURT

☒ PROVIDENCE/BRISTOL  ☐ KENT  ☐ WASHINGTON  ☐ NEWPORT

Ashley & Anthony R. St.Angelo

CASE # PC-2021-0224

VS

Aidan & Julianne Kearney — Turtle boy Sports

SUPERIOR COURT
FILED
HENRY S. KINCH. JR
21 JAN 12 PH12:45

## COMPLAINTS

The owners of Turtleboy Sports Aidan & Julianne Kearney Have posted false Alligations of Abuse towards my 16 year old Daughter And soon to be Ex wife - false Claims of using my Ex. wifes Social Security number - Claiming I Am using false means To Profit from my Daughters Dissappearence And Sexually Harrassing me by means of Calling me out for being Transgender - (He or BLT 123) that HAS encited violence towards my self and my Son BOTH online And In Person. There HAS been RockS / Bricks, Eggs And So on. My Phone number HAS been Posted on their PAge. I CONTACTED Them In Response To Disprove. Their false Claims And They Blasted my Email To Them on Youtube making Fun of IT. on 9/2/2020 I Asked Them what Proof I need To Send Them To get their Posts off the Internet And They Responded in A general Response That They would Take The word of A 16 year old Screaming for Help over mine. on 12/24 I Sent Them Another Message online Again If I Could Send them Proof Because Since the first Email on 9/2 The violence towards me And my Son had Started And got worse

**Complaint continued**

They Replied "CALM DOWN SIR" AND ASKED
What Evidence I HAD AND I SENT them EveryTing
That without A DOUBT Their STORY wAS false And
They Knew IT from the Beginning. They Called Me
And ASKed If I WOOLD go on THeir SHow
AND when I Replied NO they Said SUCKS for
YOU THEN. I Begged And PLEADED For THEM
To TAKE IT DOWN DUE to the ViolINCE
And THey Said Go ON THe SHow. I ENded UP
Looking for HELP And found An onLINE GROUP
To HELP And A few DAYS LATER I got A CALL
from HOLDEN POLICE BADGE # 32 BECAUSE Mr
KEARNEY BLAMED ME for HARASSING Him in wich I
DID NOT but AParently THE onLINE GROUP WAS
In CONTACT WITH Him AND THe OFFICER STATED He
Believed IT WAS NOT ME HARASSING THe KEARNEYS.
BUT ADvised ME to IMMEIDLY GET A RESTRAINING
order (HINTING I MAY NEED IT) BETWEEN THE
DEATH THREATS onLINE By TURTLE BAY READERS and by
THE TONE In THE OfFICERS TONE of VOICE I AM
Begging YOU for A REStraining order for MY SELF & SON
AND HAve THE POSTS TAKEN DOWN & YOUTUBE TAKEN DOWN

Signature _____

Subscribed and sworn to before me in __PSC__ _____ in the Com

of __PROV__ _____ in the State of Rhode Island and Providence Plantations this __12th__

day of __JANUARY__ _____ __2021__

Notary Public _____



# RHODE ISLAND DEPARTMENT OF PUBLIC SAFETY
## *Division of Sheriffs*
670 New London Avenue, Cranston, RI 02920
Telephone: (401) 275-2900 — Fax: (401) 275-2914



Colonel James M. Manni
Director, Department of Public Safety
Superintendent, Rhode Island State Police

Chief David M. DeCesare
Rhode Island Division of Sheriffs

## RHODE ISLAND STATE SHERIFF CIVIL UNIT INFORMATION SHEET

### *ALL INFORMATION PROVIDED REMAINS CONFIDENTIAL*
### PLEASE PRINT CLEARLY

**PERSON FILING** *(Yourself)*

NAME: Ashley M St. Angelo   DATE OF BIRTH: 9-13-77

ADDRESS: 129 Roger Williams Av FLOOR / APT. #

CITY: Rumford   STATE: RI   ZIP: 02916

CELL # 401-252-9981   OTHER #

**PERSON BEING SERVED:**

NAME: AiDAN & JuliAnne KeArney   DATE OF BIRTH: U/K

ADDRESS: 111 MASon Rd   FLOOR / APT. #

CITY: Jefferson   STATE: MA   ZIP: 01522

CELL # U/K   OTHER #

VEHICLE MAKE:   MODEL:   COLOR:   PLATE # & STATE

KNOWN TO HAVE FIREARMS?: YES / NO   U/K

**PERSON BEING SERVED:** *Place of employment*

COMPANY NAME: Turtle Boy Sports   PHONE:

ADDRESS: 111 MASon Rd   CITY: Jefferson   ZIP: MA

WORK DAYS: U/K   WORK HOURS: U/K

**PERSON BEING SERVED:** *Description*

HEIGHT:   WEIGHT:   AGE:   HAIR:   RACE:

BEARD: yes / no   MUSTACHE: yes / no   GLASSES: yes / no   OTHER MARKINGS:

### *ADDITIONAL INFORMATION:*

SUPERIOR COURT
FILED
HENRY S. KINCH, JR
21 JAN 12 PM12: 45

1



# STATE OF RHODE ISLAND

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2021-00224 |
| **Plaintiff**<br>Ashley Saint Angelo ppa Anthony St. Angelo<br> v.<br>Aidan Kearney, Julianne Kearney<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Ashley Saint Angelo |
| | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>111 Mason RD<br>Jefferson MA  01522 |

**TO THE DEFENDANT, Julianne Kearney:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 1/12/2021. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| Plaintiff<br>Ashley Saint Angelo ppa Anthony St. Angelo | Civil Action File Number<br>PC-2021-00224 |
|---|---|
| v.<br>Aidan Kearney,Julianne Kearney<br>**Defendant** | |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Julianne Kearney, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

_____

| SERVICE DATE:      /      / | SERVICE FEE $ _____ |
|---|---|
| Month   Day   Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

# State of Rhode Island Appeals Cover Sheet
**Volume: 1 of  1**
**Trial Court Case Number: PC-2021-00224**

**Appeal Index**

| Date: | Document Description | Page Number | Volume |
|---|---|---|---|
| 02/19/2021 | Summons Proof of Service Filed | 1 - 6 | 1 |
| 02/19/2021 | Summons Proof of Service Filed | 7 - 12 | 1 |
| 02/17/2021 | SC-CMS-18 Temporary Restraining Order - Granted | 14 - 14 | 1 |
| 02/17/2021 | SC-CMS-18 Temporary Restraining Order - Granted | 13 - 13 | 1 |
| 01/28/2021 | Summons | 15 - 17 | 1 |
| 01/25/2021 | Restraining Order Issued | 19 - 19 | 1 |
| 01/25/2021 | Restraining Order Issued | 18 - 18 | 1 |
| 01/12/2021 | Summons | 40 - 42 | 1 |
| 01/12/2021 | Summons | 20 - 22 | 1 |
| 01/12/2021 | Summons | 23 - 25 | 1 |
| 01/12/2021 | Summons | 26 - 28 | 1 |
| 01/12/2021 | Order Motion to Proceed In Forma Pauperis | 29 - 29 | 1 |
| 01/12/2021 | Restraining Order Issued | 32 - 32 | 1 |
| 01/12/2021 | Restraining Order Issued | 31 - 31 | 1 |
| 01/12/2021 | Restraining Order Issued | 30 - 30 | 1 |
| 01/12/2021 | Motion to Proceed in Forma Pauperis | 33 - 33 | 1 |

| 01/12/2021 | Proposed Order (Judge Melissa E. Darigan) | 34 - 34 | 1 |
|------------|-------------------------------------------|---------|---|
| 01/12/2021 | Affidavit Filed | 35 - 36 | 1 |
| 01/12/2021 | Complaint Filed | 39 - 39 | 1 |
| 01/12/2021 | Complaint Filed | 37 - 38 | 1 |

**Total Number of pages**            42

# State of Rhode Island Appeals Cover Sheet

**Volume: 1 of  1**
**Trial Court Case Number: PC-2021-00224**

**Appeal Index**

| Date: | Document Description | Page Number | Volume |
|-------|---------------------|-------------|--------|
| 05/21/2021 | Motion to Dismiss | 204 - 238 | 1 |
| 05/21/2021 | Motion to Dismiss | 168 - 203 | 1 |
| 04/22/2021 | Motion to Appear Pro Hac Vice | 7 - 74 | 1 |
| 04/22/2021 | Motion to Appear Pro Hac Vice | 75 - 167 | 1 |
| 04/22/2021 | Restraining Order Issued | 6 - 6 | 1 |
| 04/22/2021 | Entry of Appearance | 5 - 5 | 1 |
| 04/07/2021 | SC-CMS-18 Temporary Restraining Order - Granted | 3 - 3 | 1 |
| 04/07/2021 | Restraining Order Issued | 4 - 4 | 1 |
| 03/02/2021 | Restraining Order Issued | 1 - 1 | 1 |
| 03/02/2021 | Restraining Order Issued | 2 - 2 | 1 |

**Total Number of pages**          238

Case Number: PC-2021-0224
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 10:30 AM
Envelope: 3148394
Reviewer: Jaiden H.

STATE OF RHODE ISLAND                           SUPERIOR COURT
PROVIDENCE, SC.


ASHLEY ST. ANGELO, PPA                  :
ANTHONY ST. ANGELO,                     :
                                        :
            *Plaintiff,*                :        CASE NO. PC-2021-0224
                                        :
     v.                                 :
                                        :
AIDAN KEARNEY AND JULIANNE              :
KEARNEY,                                :
                                        :
            *Defendants.*               :
                                        :


## NOTICE OF FILING NOTICE OF REMOVAL FROM THE SUPERIOR COURT AT PROVIDENCE, SC, STATE OF RHODE ISLAND, TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Defendants Aidan Kearney and Julianne Kearney ("Defendants") hereby give notice of and file their Notice of Filing Notice of Removal from the Superior Court at Providence, SC, State of Rhode Island, to the United States District Court for the District of Rhode Island. As set forth herein, this matter has been removed to the District Court; it has been assigned Case No. 1:21-cv-0026\_\_. A copy of the Notice of Removal as filed in the United States District Court for the District of Rhode Island is attached hereto as **Exhibit A**.

Defendants request that the Clerk of this Court certify or attest copies of all records or proceedings filed in this Court and all docket entries therein, with the same to be filed with the United States District Court for the District of Rhode Island within 14 days.

//

//

//

//

//

- 1 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 10:30 AM
Envelope: 3148394
Reviewer: Jaden H.

Respectfully submitted,

Defendants Aiden & Julianne Kearney,
By their attorneys,

Sean M. McAteer, 4118
203 South Main Street
Providence, RI 02903
(401) 946-9200
summerromance@verizon.net

Marc J. Randazza
(*pro hac vice* Pending)
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01776
(978) 801-1776
Fax: (305) 437-7662
ecf@randazza.com

Dated:  June 10 , 2021

- 2 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 10:30 AM
Envelope: 3148394
Reviewer: Jaiden H.

# CERTIFICATE OF SERVICE

I, Sean McAteer, hereby certify that a true and correct copy of the foregoing document was served upon all attorneys of record in the above-captioned matter by electronic mail and First-Class Mail, postage prepaid, this 16th day of June 2021, as follows:

Edward Manning
2377 Pawtucket Avenue
East Providence, Rhode Island 02914
<emanning@surfingthelaw.com>

_____
Sean McAteer

- 3 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 10:30 AM
Envelope: 3148384
Reviewer: Jaiden H.

# EXHIBIT A

## Notice of Removal

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 10:30 AM
Envelope: 3148394
Reviewer: Jaden H.

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

ASHLEY ST. ANGELO, PPA                           :
ANTHONY ST. ANGELO,                              :
                                                 :
          *Plaintiff,*                       :        CASE NO. _____
                                                 :
    v.                                    :
                                                 :
AIDAN KEARNEY AND JULIANNE                       :
KEARNEY,                                          :
                                                 :
          *Defendants.*                     :
                                                 :

## <u>NOTICE OF REMOVAL</u>

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, Defendants Aidan Kearney and Julianne Kearney hereby remove to this Court the civil action from the Superior Court, Providence, S.C., Rhode Island (the "State Court"), described below and in support state as follows:

      1.     On January 12, 2021, Plaintiff Ashley St. Angelo filed an action against Defendants in the State Court, entitled *St. Angelo v. Kearney*, C.A. No. PC-2021-00224.

      2.     On February 9, 2021, Defendants were served with a copy of Plaintiff's Complaint and Summons. A copy of the Complaint and Summons served upon Defendants in the State Court are attached hereto as **Exhibit 1**.

      3.     The one-page pro-se Complaint filed by Plaintiff did not specify a cause of action, but requested a restraining order requiring Defendants to remove unspecified statements from the Internet. Due to the lack of specificity, it was not apparent at the time that the case was removable.

      4.     On June 2, 2021, Plaintiff filed and served an Amended Complaint (the "FAC"). The FAC again does not allege any causes of action, but specifies the allegedly actionable statements and conduct and asks for significantly broader injunctive relief than requested in the initial Complaint, namely an injunction requiring Defendant Aidan Kearney "to cease and desist

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 10:30 AM
Envelope: 3148394
Reviewer: Jaiden H.

from writing or hosting on any of his social media platforms ... hate speech that incites violence against the Plaintiff *or transgender individuals of the same or like kind as cited above.*" (*See* FAC, attached as **Exhibit 2**, at ¶ 20) (emphasis added.)

5.    On information and belief, Plaintiff is a citizen and resident of Rhode Island.  (FAC at ¶ 1.)

6.    Defendants are citizens and residents of the Commonwealth of Massachusetts. (FAC at ¶¶ 2-3.)

7.    Plaintiff's FAC prays for injunctive relief that, if granted, would be of a value in excess of $75,000.

8.    Pursuant to 28 U.S.C. § 1446(d), copies of this Notice have been served on counsel for Plaintiff and filed with the Clerk of the Superior Court, Providence, S.C., Rhode Island. A Notice of Filing this Notice of Removal was also filed with the said Clerk.  In addition, a copy of all pleadings filed in the State Court action are filed herewith.

9.    The action is removable pursuant to the provisions of 28 U.S.C. §§ 1332(a) and 1441(a) because there is complete diversity of citizenship between the parties.  Plaintiff is a Rhode Island citizen.  Defendants are Massachusetts citizens.

10.    Plaintiff does not seek an award of damages in the FAC, but does seek broad injunctive relief. "[W]hen the relief sought is declaratory or injunctive, 'the amount in controversy is measured by the value of the object of the litigation.'" *Hernandez v. US Bank, N.A.*, 318 F. Supp. 3d 558, 559 (D.R.I. 2018) (quoting *Hunt v. Wash. State Apple Advert. Comm'n*, 432 U.S. 333, 347 (1977)). Courts in this Circuit may use the defendant's valuation of the object of litigation to determine whether the amount in controversy is satisfied. *Grotzke v. Kurz*, 887 F. Supp. 53, 57 (D.R.I. 1995).

11.    Defendant Aidan Kearney derives significant revenue from the operation of his websites and social media accounts identified in the FAC.  The scope of the requested injunctive relief is so broad that it could easily encompass nearly any statement about anyone, requiring

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 10:30 AM
Envelope: 3148394
Reviewer: Jaiden H.

Kearney essentially to shutter these sources of revenue entirely to comply with any injunction granted by a court. The value of the object of this litigation is thus in excess of $75,000.

12.     Defendants have requested that the Clerk of the Superior Court for Providence, S.C., Rhode Island certify or attest copies of all records or proceedings filed in the State Court and all docket entries therein, with the same to be filed with this Court within 14 days.

WHEREFORE, Defendants in the above action, now pending in the State Court, pray that such action be removed to this Court.

Respectfully submitted,

Defendants Aiden & Julianne Kearney,
By their attorneys,

/s/ Sean M. McAteer
Sean M. McAteer, 4118
203 South Main Street
Providence, RI 02903
(401) 946-9200
summerromance@verizon.net

Marc J. Randazza
(*pro hac vice forthcoming*)
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01776
(978) 801-1776
Fax: (305) 437-7662
ecf@randazza.com

Dated: June 15, 2021

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2021 10:30 AM
Envelope: 3148384
Reviewer: Jaiden H.

## CERTIFICATE OF SERVICE

I, Sean McAteer, hereby certify that a true and correct copy of the foregoing document was served upon all attorneys of record in the State Court case by electronic mail and First-Class Mail, postage prepaid, this 16th day of June 2021, as follows:

Edward Manning
2377 Pawtucket Avenue
East Providence, Rhode Island 02914
<emanning@surfingthelaw.com>

/s/ Sean M. McAteer
Sean McAteer

- 4 -

PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT

# SC Docket Sheet
## Case No. PC-2021-00224

| | | |
|---|---|---|
| Ashley Saint Angelo ppa Anthony St. Angelo<br>v.<br>Aidan Kearney, Julianne Kearney | § § § § | Location: **Providence/Bristol County Superior Court**<br>Filed on: **01/12/2021** |

---

### CASE INFORMATION

**Statistical Closures**
06/16/2021    Closed-Non Trial-Unassigned-Removed to Federal Court

Case Type: **Injunctive Relief**

Case Status: **06/16/2021   Closed**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number          PC-2021-00224<br>Court                      Providence/Bristol County Superior Court<br>Date Assigned        01/12/2021 |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| Plaintiff | Saint Angelo, Ashley | **MANNING, EDWARD P., Jr.**<br>*Retained*<br>4014570202(W) |
| Defendant | Kearney, Aidan | **MCATEER, SEAN M**<br>*Retained*<br>4019469200(W) |
| | Kearney, Julianne | **MCATEER, SEAN M**<br>*Retained*<br>4019469200(W) |
| | Turtle Boy Sports | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|

### EVENTS

| | |
|---|---|
| 06/16/2021 | Closed-Non Trial-Unassigned-Removed to Federal Court |
| 06/16/2021 | Notice of Removal<br>*Notice of Removal* |
| 06/07/2021 | Miscellaneous Case Notes<br>*Amended Complaint requires a motion to be filed* |
| 06/04/2021 | Certification Filed<br>*Client Certification for Pro Hac Vice* |
| 06/04/2021 | Certification Filed<br>*Client Pro Hac Vice Certification* |
| 06/02/2021 | Amended Complaint Filed<br>*Amended Complaint* |
| 06/02/2021 | Entry of Appearance<br>*Entry of Appearance* |
| 05/24/2021 | Motion Not Scheduled<br>*Motion to Terminate-No hearing date selected-no omnibus form was filed to facilitate the scheduling process* |

PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT

# SC DOCKET SHEET
## CASE NO. PC-2021-00224

| | |
|---|---|
| 05/24/2021 | Miscellaneous Case Notes<br>*Motion to Dismiss - no omnibus form was filed to facilitate the scheduling process.* |
| 05/21/2021 | Motion to Dismiss<br>*Julianne Kearney's Motion to Dismiss* |
| 05/21/2021 | Motion to Vacate<br>*Motion to Vacate Restraining Order* |
| 05/21/2021 | Motion to Dismiss<br>*Aidan Kearney's Motion to Dismiss* |
| 04/22/2021 | Motion to Appear Pro Hac Vice<br>*Pro hac vice Petition* |
| 04/22/2021 | Restraining Order Issued (Judicial Officer: Darigan, Associate Justice Melissa E. ) |
| 04/22/2021 | Entry of Appearance<br>*Entry of Appearance* |
| 04/07/2021 | Restraining Order Issued (Judicial Officer: Darigan, Associate Justice Melissa E. )<br>*Mutual restraining order* |
| 03/02/2021 | Letter Filed<br>*copies of TROs mailed to Plf and Def. on 3/2/21* |
| 03/02/2021 | Restraining Order Issued (Judicial Officer: Darigan, Associate Justice Melissa E. ) |
| 02/19/2021 | Summons Proof of Service Filed<br>*for Aidan Kearney* |
| 02/19/2021 | Summons Proof of Service Filed<br>*Julianne Kearney* |
| 02/17/2021 | Letter Filed<br>*a copy of the continued restraining orders were mailed to the plf and defs.* |
| 01/28/2021 | Summons |
| 01/25/2021 | Restraining Order Issued (Judicial Officer: Darigan, Associate Justice Melissa E. ) |
| 01/12/2021 | Summons |
| 01/12/2021 | Summons |
| 01/12/2021 | Summons |
| 01/12/2021 | Order Motion to Proceed In Forma Pauperis |
| 01/12/2021 | Restraining Order Issued (Judicial Officer: Darigan, Associate Justice Melissa E. ) |
| 01/12/2021 | Motion to Proceed in Forma Pauperis<br>Party:  Plaintiff Saint Angelo, Ashley |
| 01/12/2021 | Affidavit Filed<br>Party:  Plaintiff Saint Angelo, Ashley |
| 01/12/2021 | Complaint Filed<br>Party:  Plaintiff Saint Angelo, Ashley |

## **HEARINGS**

| | |
|---|---|
| 08/02/2021 | *CANCELED*  **Conference** (4:00 PM)  (Judicial Officer: Darigan, Associate Justice Melissa E. ;Location: Licht Courtroom 16)<br>*web ex*<br>*Passed* |

*Printed on 06/16/2021 at 2:29 PM*

# SC DOCKET SHEET
## CASE NO. PC-2021-00224

| | |
|---|---|
| 06/03/2021 | **Hearing on Motion to Appear Pro Hac Vice** (9:30 AM)  (Judicial Officer: Darigan, Associate Justice Melissa E.) ;Location: Licht Courtroom 16)<br>*and conference--web ex*<br>*Granted* |
| 05/12/2021 | *CANCELED* **Preliminary Injunction** (2:00 PM)  (Judicial Officer: Darigan, Associate Justice Melissa E. ;Location: Licht Courtroom 16)<br>*Passed*<br>    *04/29/2021     Reset by Court to 05/12/2021* |
| 04/29/2021 | *CANCELED* **Remote Hearing** (11:00 AM)  (Judicial Officer: Darigan, Associate Justice Melissa E.)<br>*Other* |
| 04/07/2021 | **Preliminary Injunction** (2:00 PM)  (Judicial Officer: Darigan, Associate Justice Melissa E.) ;Location: Licht Courtroom 16)<br>*continued from 3/3/21*<br>    *02/19/2021     Reset by Court to 03/03/2021*<br>    *03/03/2021     Reset by Court to 04/07/2021*<br>*Heard and Continued* |
| 01/25/2021 | **Preliminary Injunction** (2:00 PM)  (Judicial Officer: Darigan, Associate Justice Melissa E.) ;Location: Licht Courtroom 16)<br>*Continued* |
| 01/12/2021 | **Hearing on Motion to Proceed In Forma Pauperis** (2:00 PM)  (Judicial Officer: Darigan, Associate Justice Melissa E.) ;Location: Licht Courtroom 16)<br>*Granted* |
| 01/12/2021 | **Hearing on Motion for Restraining Order** (2:00 PM)  (Judicial Officer: Darigan, Associate Justice Melissa E.) ;Location: Licht Courtroom 16)<br>*Granted* |



## STATE OF RHODE ISLAND
## AND PROVIDENCE PLANTATIONS

### CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

**Case Information**

Case Caption: Ashley St Angelo ___ vs. Aidan Kearney ___

Federal Court Case No. 1:21-cv-00261 ___ State Court Case No. PC-2021-00224 ___

**Record Information**

Confidential:     Yes ☐     No ☑     Description: _____

Sealed documents:     Yes ☐     No ☑     Description: _____

**Certification**

I, Steve Burke ___, Clerk of the Rhode Island Superior Court for the County of
Providence ___ do certify that the attached documents are all the documents
included in the record in the above referenced case.

Date: Jun/16/2021

Clerk:
/s/ Steve Burke ___

Prepared by:
/s/ Brian Thompson ___

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/4/2021 1:54 PM
Envelope: 3131439
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 58 of 259 PageID #: 473

**STATE OF RHODE ISLAND**                         **SUPERIOR COURT**
**PROVIDENCE, SC.**


**ASHLEY ST. ANGELO, PPA**               :
**ANTHONY ST. ANGELO,**                  :
                                         :
             *Plaintiffs,*               :          **CASE NO. PC-2021-0224**
                                         :
        v.                               :
                                         :
**AIDAN KEARNEY AND JULIANNE**           :
**KEARNEY,**                             :
                                         :
             *Defendants.*               :
                                         :

## ORDER ADMITTING TO PRACTICE

**MARC J. RANDAZZA, ESQ.**, having filed his Attorney Certification for Admission *Pro Hac Vice*, and Miscellaneous Petition for Admission *Pro Hac Vice*; said application having been noticed, and the Court being fully apprised in the premises, and good cause appearing, it is hereby **ORDERED**, that said application is hereby granted, and **MARC J. RANDAZZA, ESQ.** is hereby admitted to practice in the above-entitled Court for the purposed of the above-entitled matter only.


Dated this ___ day of June, 2021


_____
Melissa Darigan
Associate Justice


Submitted by:

/s/ Sean M. McAteer
Sean M. McAteer, 4118
203 South Main Street
Providence, RI 02903
(401) 946-9200
summerromance@verizon.net


- 1 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/4/2021 1:54 PM
Envelope: 3131439
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 59 of 259 PageID #: 474

## **CERTIFICATE OF SERVICE**

I, Sean McAteer, hereby certify that a true and correct copy of the foregoing document was served upon all attorneys of record in the above-captioned matter by First Class Mail, postage prepaid, this _____ day of June 2021, as follows:

Edward Manning
2377 Pawtucket Avenue
East Providence, Rhode Island 02914
<emanning@surfingthelaw.com>

_/s/ Sean McAteer, 4118_____
Sean McAteer

- 2 -

CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 60 of 259 PageID #: 475

**STATE OF RHODE ISLAND**
PROVIDENCE / BRISTOL, SC

SUPERIOR _____ COURT

| | | |
|---|---|---|
| Ashley St. Angelo & Anthony St. Angelo | : | |
| | : | |
| v. | : | C.A. No. PC-2021-00224 |
| | : | |
| Aidan Kearney & Julianne Kearney | : | |

## CLIENT CERTIFICATION

I, Aidan Kearney _____, certify that:

1. I am the plaintiff/defendant or an authorized representative of a corporate or business entity which is the plaintiff/defendant in this case;

2. I am aware that Attorney Marc J. Randazza _____ is not a member of the Rhode Island bar, but that he/she has applied for permission to appear in this case on my behalf;

3. I am also aware that, if Attorney Marc J. Randazza _____ is permitted to appear in this case, I will also be required to engage as co-counsel and pay for the services of a lawyer who is a member of the Rhode Island bar;

4. I am also aware that the Rhode Island lawyer engaged must be fully prepared to assume complete responsibility for the case at any time, and may be required to conduct the trial/ hearing/appeal in this case on my behalf (or on behalf of the corporate or business entity);

5. Having been advised of the matters set forth above, I support the request of Attorney Marc J. Randazza _____ to be permitted to appear in this case on my behalf (or on behalf of the corporate or business entity), in accordance with the rules of this Court and of the Supreme Court of the State of Rhode Island.

_____
Witness

_____
Signature

Aidan Kearney
Print Name

6/3/21
Date

Supreme-8 (revised March 2013)

-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 61 of 259 PageID #: 476

**STATE OF RHODE ISLAND**
PROVIDENCE / BRISTOL, SC

<u>SUPERIOR</u>   COURT

| | |
|---|---|
| Ashley St. Angelo & Anthony St. Angelo | : |
| | : |
| v. | : |
| | : |
| Aidan Kearney & Julianne Kearney | : |

C.A. No.  PC-2021-00224

### CLIENT CERTIFICATION

I, <u>Julianne Kearney</u>, certify that:

1. I am the plaintiff/defendant or an authorized representative of a corporate or business entity which is the plaintiff/defendant in this case;

2. I am aware that Attorney <u>Marc J. Randazza</u> is not a member of the Rhode Island bar, but that he/she has applied for permission to appear in this case on my behalf;

3. I am also aware that, if Attorney <u>Marc J. Randazza</u> is permitted to appear in this case, I will also be required to engage as co-counsel and pay for the services of a lawyer who is a member of the Rhode Island bar;

4. I am also aware that the Rhode Island lawyer engaged must be fully prepared to assume complete responsibility for the case at any time, and may be required to conduct the trial/hearing/appeal in this case on my behalf (or on behalf of the corporate or business entity);

5. Having been advised of the matters set forth above, I support the request of Attorney <u>Marc J. Randazza</u> to be permitted to appear in this case on my behalf (or on behalf of the corporate or business entity), in accordance with the rules of this Court and of the Supreme Court of the State of Rhode Island.

_____
Witness

_____
Signature

Julianne Kearney
Print Name

6/3/21
Date

Supreme-8 (revised March 2013)

Case 1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 62 of 259 PageID #: 477

STATE OF RHODE ISLAND     SUPERIOR COURT
PROVIDENCE, SC.

ASHLEY ST. ANGELO, PPA   )
ANTHONY ST. ANGELO,    )
  **Plaintiff,**       )
            )
  **V.**          )   C.A. NO. PC-2021-00224
            )
AIDAN KEARNEY, JULIANNE  )
KEARNEY,        )
            )
  **Defendants,**

## AMENDED COMPLAINT

## PARTIES AND JURISDICTIONS

1. Plaintiff Ashley St. Angelo (hereinafter referred to as "Plaintiff") is a citizen and resident of the Town of East Providence, Rhode Island 02914.

2. Defendant, Aiden Kearney. (Hereinafter referred to as "Defendant") is a resident of the Commonwealth of Massachusetts.

3. Defendant, Julianne Kearney. (Hereinafter referred to as "Ms. Kearney") is a resident of the Commonwealth of Massachusetts.

4. Defendant was at all times material herein the principal owner and operator of "two blogging websites: www.turtleboysports.com and www.TBDailynews.com".

5. Defendant, Aiden Kearney, presented himself and submitted himself to the courts jurisdiction on April 7, 2021 where Defendant argued on the merits and consented to a Court Order and did not contest personal jurisdiction.

6. Defendant, Aiden Kearney DBA Turtleboy, to the best of knowledge routinely provides merchandise and accepts donations to and from Rhode Island residents on his websites www.turtleboysports.com and www.TBDailynews.com and other Turtleboy enterprises.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2021 5:38 PM
Envelope: 3127672
Reviewer: Carol M.

CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 63 of 259 PageID #: 478

## **FACTUAL ALLEGATIONS**

7. On or about September 1, 2020 Defendant published a blog on www.turtleboysports.com named *"BLT-123 Dad Accused Of Abusing Missing East Providence Teenage Daughter In Facebook Post She Wrote, Has Been Cashing In On Fundraiser And Has Several Other Allegations By Family Members"* wherein the following quotes from the comment section illustrate potential and possible acts of violence:
   a) "There's never a good sniper around when you really need one . . . ."

8. On or about February 10, 2021 Defendant published a blog on www.turtleboysports.com named *"Transgender East Providence Dad Whose Daughter Alleged He Abused Her Got A RO Placed On Him In Leominster District Court Today For Harassing My Family And Using The Courts To Abuse Us"* wherein the following quotes from the comment section illustrate potential and possible acts of violence:
   a) "I wouldn't mind seeing get Tony clipped by some friends of ours from Providence"
   b) "Transgenderism is a mental disease. They should be killed by stoning."
   c) "Trans people should do all of humanity a favor and….."

9. On or about April 7, 2021 Defendant published a blog on www.turtleboysports.com named *"Providence Judge Made Me Spend 3 Hours In A Courtroom With Our Psychotic BLT-123 Abuser And Wants Me To Take Down The Blogs About Him So He Can Cover Up Child Abuse"* wherein the following quotes from the comment section illustrate potential and possible acts of violence:
   a) "I could've found a permanent solution."
   b) "A tranny bringing your kids into the picture is grounds for street justice. Man up and put that faggot in a wheelchair"
   c) "…or just put a fucking bullet in his head and be over with it."
   d) "WTF? This is a tapped post. This guy should be be knee capped or planted 6′ under."

10. On or about April 7, 2021 Defendant published a blog on www.turtleboysports.com named *"Ashley St Angelo Got Arrested By East Providence Police And His House Was Condemned Today After DA's Office Made The Warrant Against Him Extraditable"* wherein the following quotes from the comment section illustrate potential and possible acts of violence:
    a) "AshTony is an innocent political prisoner. We are holding a "peaceful" protest for its immediate release. Rioting starts at dusk."
    b) "May you rot in prison and get your ass beat in the yard you disgusting pig of a parent"
    c) "Great job Unc, now hopefully someone jams a shiv in this disgusting abominations neck while they are waiting in the holding cell."

2

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2021 5:38 PM
Envelope: 3127672
Reviewer: Carol M.

CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 64 of 259 PageID #: 479

11. On or about April 7, 2021 Defendant published a blog on www.turtleboysports.com named "*Ashley St Angelo Was Arraigned In Fitchburg District Court For Stalking Me And His Daughters Are Coming On The Live Show Tonight*" wherein the following quotes from the comment section illustrate potential and possible acts of violence:

    a) "The second he decided to involve your children, you should have sought him out and settled it like men (make that f***** eat a curb)"

    b) "Trannies are psychotic evil perverts and they should all be thrown off the roof"

12. Plaintiff asserts that the Defendant's above referenced publications on their face are a conduit for hate speech directed at the Plaintiff and/or his identification with no apparent restrictions or filters set in place to remove hate speech towards her or transgender individuals.

13. Defendant is acting as a facilitator, host and agent for subscribers who gather and is offering a voice and a platform for hateful speech foreseeably calculated to cause violence on the Plaintiff.

14. Plaintiff asserts claims that these statements precipitated violence and death threats against her and her son by unknown third parties.

15. Plaintiff asserts that Defendant's publications incited lawless conduct.

16. Upon information and belief, Plaintiff believes that since the date legal action was taken against Defendant, that Defendant has altered his YouTube publications in order to remove some of the language that incited said acts of violence.

17. Plaintiff asserts these publications are of such a nature as to create imminent fear of serious bodily harm that they will bring about the possibility of violence against Plaintiff.

18. Defendant's social media platforms are in fact creating the news as the commentators actually type and submit their speech on to his website.

19. Defendant, to the best of knowledge of the Plaintiff, published the address of the Plaintiff on his social media platforms which is calculated to incite individuals seek out and foreseeably injury Ms. St. Angelo in the manner described in the publications cited above.

20. Plaintiff is in imminent fear of serious bodily injury and or death with the continued publications of the nature referenced above.

*Wherefore*, Plaintiff prays this Honorable Court Order Defendant to cease and desist from writing or hosting on any of his social media platforms including but not limited to www.turtleboysports.com, www.tbdailynews.com and www.YouTube.com, hate speech that incites

3

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2021 5:38 PM
Envelope: 3127672
Reviewer: Carol M.

CASE 1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 65 of 259 PageID #: 480

violence against the Plaintiff or transgender individuals of the same or like kind as cited above.

Ashley St. Angelo,
By and through her attorney


*/s/ Edward Manning*
Edward Manning, Esq.
2377 Pawtucket Avenue
East Providence, RI 02914
Phone: (401) 457-0202
Fax: (401) 457 0203
*lawoffice@surfingthelaw.com*

<u>CERTIFICATION</u>

I hereby certify that a copy of the within Plaintiff's Amended Complaint was served on all parties of record via the Court's e-filing system on.

/s/Matthew Connole

4

**STATE OF RHODE ISLAND**                    **SUPERIOR COURT**
**PROVIDENCE, SC.**

| | |
|---|---|
| **ASHLEY ST. ANGELO, PPA** | ) |
| **ANTHONY ST. ANGELO,** | ) |
| *Plaintiff*, | ) |
| | ) |
| **V.** | )    **C.A. NO. PC-2021-00224** |
| | ) |
| **AIDAN KEARNEY, JULIANNE** | ) |
| **KEARNEY,** | ) |
| | ) |
| *Defendants,* | |

## ENTRY OF APPEARANCE

The undersigned hereby enters his appearance on behalf of the Plaintiff, Ashley St. Angelo.

Ashley St. Angelo,
By and through her attorney


*/s/ Edward Manning*
Edward Manning, Esq. (4065)
2377 Pawtucket Avenue
East Providence, RI 02914
Phone: (401) 457-0202
Fax: (401) 457 0203
lawoffice@surfingthelaw.com

## CERTIFICATION

I hereby certify that a copy of the within document was served on all parties of record via the Court's e-filing system on.

/s/Matthew Connole

Case 1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 67 of 259 PageID #: 482

**STATE OF RHODE ISLAND**                    **SUPERIOR COURT**
**PROVIDENCE, SC.**


**ASHLEY ST. ANGELO, PPA**              :
**ANTHONY ST. ANGELO,**                 :
                                        :
            *Plaintiff,*                :     **CASE NO. PC-2021-0224**
                                        :
        v.                              :
                                        :
**AIDAN KEARNEY AND JULIANNE**          :
**KEARNEY,**                            :
                                        :
        *Defendants.*                   :
                                        :


### DEFENDANT JULIANNE KEARNEY'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM FOR RELIEF

Pursuant to Rhode Island Superior Court Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendant, Julianne Kearney, moves this Court to dismiss this action because Plaintiff failed to establish personal jurisdiction over Defendant and has failed to state a claim for relief.

This case concerns a series of news articles written by Defendant Aidan Kearney, Mrs. Kearney's husband, after he became aware of a matter of public concern pertaining to Plaintiff. Mrs. Kearney has had no part in any of the events in controversy and there are no facts that support this court exercising jurisdiction over her.

The fact that this case exists, at all, is Constitutionally misplaced. If such a case can proceed, then if the <u>Boston Globe</u> writes a story about Whitey Bulger, and Mr. Bulger prefers to have his misdeeds hidden from the public, he can bring this kind of harassing action not only against the author of the <u>Globe</u> piece, but against the author's spouse.

Ms. St. Angelo's Complaint does not seek relief under Rhode Island's civil harassment statute, and thus, charitably construed, she asserts a claim for defamation. But Ms. St. Angelo does not identify any allegedly defamatory statements and fails to make a single non-conclusory allegation regarding the elements of a defamation claim. Even if her Complaint can be construed as seeking relief under the civil harassment statute, a claim that journalism can subject the author

- 1 -

to a restraining order should find no oxygen at all.  To leap from that to imposing the same order on the author's spouse simply shocks the conscience.

This motion should not be necessary.  The Court has already found that Ms. St. Angelo fails to state a claim for relief in her Complaint.  (*See* excerpts of transcript of April 7, 2021 hearing ["Apr. 7 Trans."], attached as **Exhibit 1**, at 6:15-24 (Court telling Ms. St. Angelo "I'm going to need you to provide an amended complaint that details exactly and clearly what your claims are against these defendants … including as exhibits to the complaints the material that you contend are harassment, defamatory, whatever the theories of the case are going to be"); *id*. at 18:21-19:2 (Court stating that "the complaint as it currently stands now is just insufficient for me to address anything on a substantive level"); *id*. at 23:6-8 (Court stating that "I need an amended complaint that clearly sets forth what your claims are, against who and what the basis is for the claim").) This is why the Court said "[w]e're going to hit the reset button on this case as of today" (*id*. at 19:22-24), and ordered Ms. St. Angelo to file an amended complaint by May 7, 2021.  (*id*. at 21:24-22:11.)  Despite explicitly finding that Ms. St. Angelo's complaint is fatally defective and that it could make no substantive findings based on its threadbare allegations, the Court has now apparently revived this pleading and is even willing to enter a preliminary injunction based on it. This is not permissible, and Ms. St. Angelo's claims should be dismissed.

## STANDARD OF LAW

1.      Every defense, in law or fact, to a claim for relief in any pleading, whether a claim, counterclaim, crossclaim, or third-party claim, shall be asserted in the responsive pleading thereto if one is required, except that, *inter alia*, lack of jurisdiction over the person and failure to state a claim upon which relief can be granted may be raised by motion.  R.I. Sup. Ct. R. Civ. Pro. 12(b)(2) & 12(b)(6).

## PERSONAL JURISDICTION STANDARDS

2.      "As interpreted by this Court, [R.I. Gen. Laws] §9-5-33(a) permits the exercise of jurisdiction over nonresident defendants to the fullest extent allowed by the United States

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 69 of 259 PageID #: 484

Constitution." *Rose v. Firstar Bank*, 819 A.2d 1247, 1250 (R.I. 2003) (citing *McKenney v. Kenyon Piece Dye Works*, Inc., 582 A.2d 107, 108 (R.I. 1990)).

3.      "To ensure constitutional due process to a nonresident defendant, certain minimum contacts with the forum state are required 'such that the maintenance of the suit does not offend "traditional notions of fair play and substantial justice."' *Kalooski v. Albert-Frankenthal AG*, 770 A.2d 831, 832-33 (R.I. 2001) (quoting *International Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945)).

4.      To establish minimum contacts, a "defendant's conduct and connection with the forum state must be… such that he should reasonably anticipate being hauled into court…" in that state. *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 297 (1980).  This requires "That there be some act by which the defendant purposefully avails itself of the privilege of conducting activities within the forum state, thus invoking the benefits and protections of its laws." *Id.*

5.      Jurisdiction in this forum over a nonresident defendant requires both that the complainant allege facts sufficient to satisfy the requirements of Rhode Island's "long-arm" statute, and that the court's exercise of personal jurisdiction comports with the requirements of constitutional due process.  *McKenney v. Kenyon Piece Dye Works, Inc.*, 582 A.2d 107, 108 (R.I. 1990).

**A.      General Jurisdiction**

6.      When its contacts with a state are continuous, purposeful, and systematic, a nonresident defendant will subject itself to the general jurisdiction of that forum's courts with respect to all claims, regardless of whether they relate to or arise out of the nonresident's contacts with the forum.  *International Shoe Co.*, 326 U.S. at 318.

**B.      Specific Jurisdiction**

7.      To sustain such specific jurisdiction, "all that need be shown is a 'relationship among the defendant, the forum, and the litigation.'" *Ben's Marine Sales v. Sleek Craft Boats*, 502 A.2d 808, 812 (R.I. 1985) (quoting *Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 414 (1984)).

- 3 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 70 of 259 PageID #: 485

8.      There must be "some act by which the defendant purposefully avails itself of the privilege of conducting activities within the forum state, thus invoking the benefits and protections of its laws." *Maryland Central Collection Unit v. Board of Regents for Education of the University of Rhode Island*, 529 A.2d 144, 151 (R.I. 1987) (quoting *Hanson v. Denckla*, 357 U.S. 235, 253 (1958)).

9.      To ensure constitutional due process to a nonresident defendant, certain minimum contacts with the forum state are required 'such that the maintenance of the suit does not offend "traditional notions of fair play and substantial justice." *Kalooski v. Albert-Frankenthal AG*, 770 A.2d 831, 832-33 (R.I. 2001).   In determining whether litigation in the forum state offends traditional notions of fair play and substantial justice, courts look to the "so-called '[G]estalt factors' to determine whether the exercise of personal jurisdiction is reasonable[.]" *Cerberus Partners, L.P. v. Gadsby*, 836 A.2d 1113, 1121 (R.I. 2003).   However, the Gestalt factors should only be considered after the defendant has purposefully established minimum contacts in the forum state. *Id.*

## **FAILURE TO STATE A CLAIM STANDARDS**

10.      A complaint must give fair and adequate notice of the plaintiff's claim, but need not contain a "high degree of factual specificity." *Hyatt v. Village House Convalescent Home, Inc.*, 880 A.2d 821, 824 (R.I. 2005).  The complaint here does not do so.

## **ANALYSIS**

### A.     **General Personal Jurisdiction**

11.      Plaintiff does not appear to claim that general jurisdiction exists.  Plaintiff has not established that Defendant has had sufficient continuous and systematic forum-based contacts to permit a finding of general jurisdiction.  *See St. Onge v. USAA Fed. Sav. Bank*, 219 A.3d 1278, 1284 (R.I. 2019) (holding that defendant-bank was not "at home" in the forum state because the bank did not have sufficient affiliations with Rhode Island to purposefully avail itself of Rhode Island law).

- 4 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 71 of 259 PageID #: 486

12.     Defendant has rarely been to the state of Rhode Island, and even then, only occasionally, visiting beaches and tourist attractions, and she does not conduct business in the state of Rhode Island.  (Declaration of Julianne Kearney ["Julianne Decl."], attached as **Exhibit 2**, at ¶ 4.)

13.     Defendant is a resident of the Commonwealth of Massachusetts.  (*Id*. at ¶ 6.)

14.     Defendant's husband maintains a website, which can be assessed from anywhere in the world, but Mr. Kearney does not conduct any advertising targeted directly at Rhode Island, nor does Defendant maintain any role in her husband's business affairs.  (*Id*. at ¶ 7.)

15.     Mrs. Kearney's only connection to this case is her status as Mr. Kearney's wife. (*Id*. at ¶ 8.)

**B.      Specific Personal Jurisdiction**

16.     Defendant never purposely availed herself of the forum of Rhode Island.  (*Id*. at ¶ 10.)

17.     Plaintiff's alleged injuries arise out of postings by Mr. Kearney on websites that are headquartered in Massachusetts.

18.     This is not the first time a censorship-minded plaintiff has sued the Turtleboy publications in Rhode Island.  *Narcisi v. Turtleboy Dig. Mktg*., LLC, No. 1:19-CV-00329-MSM-PAS, 2020 U.S. Dist. LEXIS 160630 (D.R.I. Sep. 3, 2020).  In *Narcisi*, the District of Rhode Island correctly analyzed an almost identical situation and found that there was no jurisdiction over the publication or the author, Mr. Kearney.  However, in that case, even Narcisi was not so brazenly abusing the court system as to also sue Mr. Kearney's wife.  The Narcisi analysis clearly applies to Mr. Kearney.  It should be obvious that it mandates dismissal of Mrs. Kearney from this action, with prejudice.

19.     Defendant does not maintain a role in the operations of either website and has only been listed as a party to this lawsuit to harass the Kearney family.  *See Almeida v. Radovsky*, 506 A.2d 1373 (R.I. 1986) (holding that out-of-state doctors were entitled to dismissal of suit alleging negligence because the doctors lacked sufficient minimum contacts with Rhode Island to exercise

- 5 -

personal jurisdiction); and *Cassidy v. Lonquist Management Co.*, LLC, 920 A.2d 228, 232 (R.I. 2007) (holding that the defendant's contacts with the forum state, which involved driving a truck to deliver goods a few times a year, were on behalf of his employer and were not sufficient to establish personal jurisdiction).

20.     During the hearing on April 7, 2021, Ms. St. Angelo admitted that she did not allege, and had no facts to support an allegation that, Mrs. Kearney authored any statements or engaged in any conduct at issue, and that she had only named Mrs. Kearney as a defendant because she is allegedly a "part owner" of Mr. Kearney's websites.  (Apr. 7 Trans. at 7:2-8) (Ms. St. Angelo stating that Mrs. Kearney "is part owner of the website, so I included both.  So I'm not sure who is typing, what information is being brought by either party.  So as being co-owner of the website, that is why I brought the claim against her as well.")

21.     "Jurisdiction over individual officers and employees of a corporation may not be predicated on the court's jurisdiction over the corporation itself, unless the individuals are engaged in activities within their jurisdiction that would subject them to the coverage of the state's long-arm statute."  *Bapic v. Johnson Matthey Pub. Ltd.*, 1985 R.I. Super. LEXIS 11, *26-27 (Super. Ct. June 10, 1985) (citing *Escude Cruz v. Ortho Pharmaceutical Corp.*, 619 F.2d 902, 906 (1st Cir. 1980)).

22.     Ms. St. Angelo makes no allegation that Mrs. Kearney performed any wrongful acts, instead only mentioning her alleged existence as "part owner" of Mr. Kearney's websites. Assuming, *arguendo*, Turtleboy Sports is a legal entity capable of being sued, Ms. St. Angelo does not allege facts that can support the exercise of personal jurisdiction over Mrs. Kearney.

23.     In *Broadvoice, Inc. v. TP Innovations LLC*, 733 F. Supp. 2d 219 (D. Mass. 2010), the court found personal jurisdiction did not exist over a nonresident defendant who had created a website that attacked a business and its officers.  The court found the website did not establish purposeful availment for the personal jurisdiction test, noting that the "defamatory website was aimed at Massachusetts only in the sense that it could be accessed by Massachusetts residents (along with the rest of the world).  [Defendant] did nothing to incite residents of Massachusetts –

- 6 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 73 of 259 PageID #: 488

as opposed to the world at large – to take up arms against Broadvoice. Nor do [plaintiffs] even allege that [defendants] intended that 'the brunt of the harm' be felt in Massachusetts." *Id*. at 226 (quoting *Calder v. Jones*, 465 U.S. 783 at 789-90 (1984).

24.     Defendant's only connection to Rhode Island is that her husband's websites are just as accessible in Rhode Island as they are in any other place in the world. Neither the complained-of statements nor Defendant's husband's use of the internet to publish them were focused on Rhode Island.

## FAILURE TO STATE A CLAIM

25.     A complaint must give fair and adequate notice of the plaintiff's claim, but need not contain a "high degree of factual specificity." *Hyatt v. Village House Convalescent Home, Inc.*, 880 A.2d 821, 824 (R.I. 2005).

26.     Ms. St. Angelo's complaint fails to state a claim for relief. It does not identify any causes of action, does not identify any kind damages resulting from Defendant's alleged actions, and does not seek any relief other than a restraining order.

27.     Interpreted charitably, Ms. St. Angelo appears to assert a claim for defamation, based on the allegation that Defendants made "false claims of using my ex-wife's social security number [and] claiming I am using false means to profit from my daughter's disappearance." Ms. St. Angelo also stated during the January 12, 2021 hearing in this action that "[a]ll their words are defamatory, okay … all their information is defamatory." (Excerpts of transcript of January 12, 2021 hearing ["Jan. 12 Trans."], attached as **Exhibit 3**, at 4:8-11 and 4:23-5:10.)

28.     An action for defamation requires a showing of "(1) the utterance of a false and defamatory statement concerning another; (2) an unprivileged communication to a third party; (3) fault amounting to at least negligence; and (4) damages …." *Cullen v. Auclair*, 809 A.2d 1107, 1110 (R.I. 2002). Statements of pure opinion cannot be defamatory, nor can conclusions based on disclosed, non-defamatory facts, no matter how objectionable or unreasonable. *Beattie v. Fleet Nat'l Bank*, 746 A.2d 717, 721-23 (R.I. 2000).

- 7 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 74 of 259 PageID #: 489

29.     Though Ms. St. Angelo does not identify the allegedly defamatory statements or provide the context of their surrounding publication, her complaint admits that Defendants' alleged statements were made in reliance on representations from Ms. St. Angelo's daughter about Ms. St. Angelo, which are not alleged to be false or defamatory.

30.     Ms. St. Angelo also provides conclusory statements to the effect that Defendant harassed her by "calling me out for being transgender," and "incited violence towards my self and my son both online and in person," potentially claiming incitement to violence or harassment, but does not provide a single fact in support of these claims or identify even the gist of these alleged statements.  Ms. St. Angelo refers to "rocks, bricks, eggs, and so on," but does not claim Defendant did anything with such objects.

31.     Ms. St. Angelo alleges Defendant published her phone number as well as an email she sent to Defendants, which sounds like an attempt to allege an invasion of privacy claim.  But there is no allegation that Ms. St. Angelo suffered any damages from this conduct or that this information was non-public.

32.     The Court has already found that Ms. St. Angelo fails to state a claim for relief in her Complaint and instructed Ms. St. Angelo to file an amended complaint curing its defects.  (*See* **Exhibit 1** at 6:15-24, 18:21-19:2, 23:6-8, and 21:24-22:11.)


/ /


/ /


/ /


/ /


- 8 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CASE 1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 75 of 259 PageID #: 490

## **CONCLUSION**

33.      WHEREFORE Defendant requests that this Court GRANT Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim in its entirety and with prejudice.

Respectfully submitted,

Defendant Julianne Kearney,
By their attorneys,

/s/ Sean M. McAteer
Sean M. McAteer, 4118
203 South Main Street
Providence, RI 02903
(401) 946-9200
summerromance@verizon.net

Marc J. Randazza
(*pro hac vice pending*)
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01776
(978) 801-1776
Fax: (305) 437-7662
ecf@randazza.com

Dated:  May 21, 2021.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 76 of 259 PageID #: 491

## **CERTIFICATE OF SERVICE**

I, Sean McAteer, hereby certify that a true and correct copy of the foregoing document was

served upon the Plaintiffs in the above-captioned matter by First Class Mail, postage prepaid, this

21st day of May 2021, as follows:

    Ashley St. Angelo & Anthony St. Angelo
    129 Roger Williams Avenue
    Rumford, RI 02916

A courtesy copy of the foregoing document was served via electronic mail and First Class

Mail, postage prepaid, as follows:

    Edward Manning
    2377 Pawtucket Avenue
    East Providence, Rhode Island 02914
    <emanning@surfingthelaw.com>


                                        /s/ Sean M. McAteer
                                        Sean McAteer

- 10 -

# **<u>Exhibit 1</u>**

Transcript of April 7, 2021

*St. Angelo v. Kearney*
Providence Superior Court

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 78 of 259 PageID #: 493

1

```
 1              STATE OF RHODE ISLAND

 2     PROVIDENCE, Sc.                    SUPERIOR COURT

 3

 4

 5
       ASHLEY & ANTHONY R. ST.  )
 6     ANGELO                    )
                                 )    Pc-2021-00224
 7              VS.              )
                                 )
 8     AIDAN & JULIANNE KEARNEY, )
       TURTLE BOY SPORTS         )
 9

10

11

12                   HEARD BEFORE

13       THE HONORABLE JUSTICE MELISSA DARIGAN

14              ON APRIL  7, 2021

15

16

17

18

19     APPEARANCES:

20     ASHLEY ST. ANGELO.............PRO SE
       AIDAN KEARNEY.................PRO SE
21

22

23

24              ELLEN McNAMARA, RPR
                 COURT REPORTER
25
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 79 of 259 PageID #: 494

# C E R T I F I C A T I O N

    I, **ELLEN McNAMARA**, hereby certify that the succeeding pages **1** through **70,** inclusive, are a true and accurate transcript of my stenographic notes.

*McNamara*
_____
ELLEN McNAMARA, RPR
Court Reporter

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1    further about confidential communications that you have

2    had with attorneys.

3        MS. ST. ANGELO:  If you'd like the attorney's

4    information, I'm more than happy to give it to you.  You

5    can verify he asked, as well as I am, for an extension.

6    It's not to prolong this situation, Your Honor.  It's

7    just to protect myself.

8        THE COURT:  Well, again, it would have been more

9    helpful to have this information or to have this request

10   more than 24 hours in advance of the hearing so that

11   Mr. Kearney didn't have to drive down here today.

12       MS. ST. ANGELO:  I agree, Your Honor, but I did not

13   hear from the attorney until this afternoon.  And had I

14   known prior to, I absolutely would have made the Court

15   aware more than 24 hours' notice.  I'm not the type of

16   person to disrespect Mr. Kearney, his time, you know, his

17   gas and everything else.  I am not type of the person to

18   disrespect that.  Because I haven't heard from the

19   attorney until yesterday when I sent the e-mail, and I

20   did hear from him this morning.

21       THE COURT:  You can take a sit for right now.

22       MS. ST. ANGELO:  Sure.  Thank you.

23       THE COURT:  So this is what I had hoped to

24   accomplish today.  So Ms. St. Angelo came to this Court

25   in early January on a complaint against Aidan and

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1    Julianne Kearney, as well as something called Turtleboy

2    Sports.

3        The complaint generally alleges harassment, but as I

4    understand the complaint, most if not all of the alleged

5    harassment is taking place online.

6        MS. ST. ANGELO:  Correct.

7        THE COURT:  Because the allegation relates to words

8    spoken or words written, material published, this is a

9    little more complicated than what I would call the usual

10   neighbor dispute or interpersonal issues of people not

11   being able to get along with each other.  I am happy to

12   hear that you have an attorney in the wings and I really

13   hope that an attorney does step in, because one of the

14   things that I really need to happen in this case is I

15   need -- not I need, the plaintiff, you need to keep this

16   case alive and going forward.  You are going to -- I'm

17   going to need you to provide an amended complaint that

18   details exactly and clearly what your claims are against

19   these defendants --

20       MS. ST. ANGELO:  Sure.

21       THE COURT:  -- including as exhibits to the

22   complaints the material that you contend are harassment,

23   defamatory, whatever the theories of the case are going

24   to be.

25       Perhaps we can clear up one thing right now, and

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

```
 1      that has to do with Julianne Kearney.

 2          Do you have a claim against her specifically as to

 3      conduct that you allege she has committed or done?

 4          MS. ST. ANGELO:  She -- she is part owner of the

 5      website, so I included both.  So I'm not sure who is

 6      typing, what information is being brought by either

 7      party.  So as being co-owner of the website, that is why

 8      I brought the claim against her as well.

 9          THE COURT:  And as you're standing here right now,

10      it would be your intention to pursue a claim against her.

11          MS. ST. ANGELO:  Yes.

12          THE COURT:  Ms. St. Angelo, has there been any

13      interpersonal interaction between you and Mr. Kearney or

14      Mrs. Kearney --

15          MS. ST. ANGELO:  Yes.

16          THE COURT:  -- in terms of texts, phone calls,

17      e-mails?

18          MS. ST. ANGELO:  Yes.

19          THE COURT:  There have been.

20          MS. ST. ANGELO:  Yes.

21          THE COURT:  What's the nature of those interactions?

22          MS. ST. ANGELO:  I don't have them with me, Your

23      Honor, I apologize, because I'm waiting for the attorney.

24      He's got the documents.

25          If you want, I can look them up right now.
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1      THE COURT:  No.  Hang on.

2      MR. KEARNEY:  Your Honor, I have the entire e-mail

3   history, if you'd like it.

4      THE COURT:  Hang on a moment.

5      MS. ST. ANGELO:  For the most part, Your Honor, it's

6   generally me begging this person to take this stuff down.

7   They said send me proof.  I sent proof and some

8   documentation and here is all the proof I had, and they

9   still refused to take it down.  I did get an e-mail from

10  Mr. Kearney saying that if I dropped this case he would

11  take everything down.  He took everything down, but I

12  didn't drop the case and I believe it's put all back up

13  already.  So he asked me to drop this case and he'll take

14  everything about me down, which he did do, but currently

15  I believe it's all back up.

16      And that was against the restraining order as well,

17  Your Honor, that he has posted videos since he's been

18  served, about me and this case, which I believe is a

19  direct violation of the restraining order.

20      THE COURT:  Are you alleging, Ms. St. Angelo, any

21  threat to your person?

22      MS. ST. ANGELO:  We have gotten threats.  We have

23  had violent action towards us, not by him, but because

24  and through him.  I have a long history of over 50 texts.

25  I've had the police at the house, rocks, eggs, bricks, BB

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1    an active restraining against order him.  There's a

2    warrant out for his arrest.  And I am forced to drive

3    across state lines during a pandemic because I am a

4    defendant in this case, as if I have done anything wrong.

5    Especially my wife, who is completely innocent in this

6    case, and is 100 percent a victim.  It is morally

7    reprehensible what is happening now and just absolutely

8    awful.

9         And there's so much more to this, what this person

10   has done, that I have barely even scratched the surface,

11   but I think you get the point.

12        THE COURT:  I get the point, and I also get the

13   point that Ms. St. Angelo has many, many of the same

14   concerns and statements about you, all of which are going

15   to be sorted out.

16        So you did have some options, Mr. Kearney.  You

17   could have hired a lawyer.  You could have filed a motion

18   to dismiss.  There's a lot of things that you could have

19   done.  You didn't do them --

20        MR. KEARNEY:  I can't afford a lawyer.

21        THE COURT:  -- that's fine.  This is what we're

22   going to do now, because there is a whole lot to both

23   sides of the story.  A whole lot, a whole lot that I

24   don't understand, and a whole lot that I'm going to need

25   to understand, but it's the plaintiff's case, so the

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1    plaintiff is going to start first by getting this case in

2    order.

3        MS. ST. ANGELO:  If I may, Your Honor.  If I may?

4        First of all, everything he stated is inaccurate,

5    but he also stated he didn't post my name, address or

6    phone number.  I do have a video showing that he has.

7    Okay.  I have been accused of all this through the police

8    department when I went to go serve a restraining order to

9    him they refused to serve.  There's a lot more to this

10   case.

11       I've been -- I've got verifiable information that

12   when things don't go his way he posts fake blogs to cover

13   and protect himself.  I've got evidence of that.  Just

14   the same of what he's accusing me, I've got evidence that

15   he has done that to people in the past.

16       This has already gone far and beyond without my

17   attorney present.  Just the same, I can verify everything

18   that I have stated is true.  I'm getting a lawyer to

19   represent me to make sure that information that's not

20   relevant to this case is not provided.

21       THE COURT:  All right.  This is what we're going to

22   do, we're going to -- basically, we're going to start

23   this case over --

24       MS. ST. ANGELO:  Okay.

25       THE COURT:  -- because the complaint as it currently

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1      stands now is just insufficient for me to address

2      anything on a substantive level.

3           MS. ST. ANGELO:  Okay.

4           THE COURT:  So I'm going to give the plaintiff --

5           MS. ST. ANGELO:  And I may also want to add, Your

6      Honor, he knew about the court date that he was supposed

7      to appear for.  Prior to being served, I've got a video

8      of that, that was a date that he went to Leominster

9      courthouse to get his restraining order versus showing up

10     here that he knew was a hearing date to arrive for.

11          So he filed a revenge restraining order, lied to the

12     Judge.  I can't proof that at this point, and that's

13     another case that doesn't belong here, and he got his

14     restraining order.  But he maliciously did that on the

15     day that he was supposed to be here.

16          THE COURT:  I know that there are some questions

17     about service on Mr. and Mrs. Kearney, how service was

18     made, when it was made.  I know that service was made

19     eventually and finally through the Rhode Island Sheriff's

20     Department with their corresponding unit in

21     Massachusetts.  I'm not going to look back as to all of

22     the travel from the start.  We're going to hit the reset

23     button on this case as of today.  And that is what we're

24     going to do.

25          MR. KEARNEY:  Your Honor, if I could add just one

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1    more thing.  In the police report, the Holden police

2    report, which I did submit as evidence, they specifically

3    say in here, Ashley, when he applied for the -- on his

4    affidavit that he provided to this Court, he says that

5    the Holden police instructed him to attempt to get a

6    restraining order.  The Holden police saw this, and

7    specifically in their report say that that is a bold-face

8    lie.  That they never ever told him to do that.  He made

9    that up.  So he lied on the police report.  In Court,

10   when I got my restraining order against him, his argument

11   to the Judge was that the Holden police are also a lie.

12   So everybody is lying here except for Ashley St. Angelo.

13        THE COURT:  Maybe everybody is lying.  Maybe nobody

14   is lying.  I don't know.  What I do know is I, myself

15   called the Holden Police Department three times to find

16   out about service in this case and not once did I have

17   the courtesy of a return phone call.  So I don't think

18   all that highly of the police department, when they don't

19   return a phone call of a Justice of another court

20   corresponding --

21        MR. KEARNEY:  I would like to speak to the police

22   about that.

23        THE COURT:  No.  Done.  Like three months ago.  And

24   that's why service went through the Rhode Island

25   Sheriff's Department because the Holden Police Department

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

```
1    failed to respond to me.  Three phone calls.

2         MR. KEARNEY:  Okay.  The Holden police, when I spoke

3    to them, they said that they did contact the Court about

4    specifically the fact that they did not instruct Ashley

5    to come down here, and that they had called, but it

6    didn't matter.

7         THE COURT:  They didn't talk to this Court.  I don't

8    know what Court they were talking to.  It wasn't me.

9         So in any event --

10        MR. KEARNEY:  Could I have them contact you?

11        THE COURT:  No.  I'm done with the Holden Police

12   Department.  The Holden Police Department has absolutely

13   nothing to do with this case at this point.

14        MR. KEARNEY:  They do.

15        THE COURT:  Not with this case, they don't.

16        MR. KEARNEY:  I mean, this -- specifically about

17   this case, this police report is --

18        THE COURT:  The Holden Police Department does not

19   have a role in this case at this time.  If they end up

20   being a witness for you at the time of the hearing, we'll

21   deal with that when that happens.

22        All right.  Ms. St. Angelo.

23        MS. ST. ANGELO:  Yes, Your Honor.

24        THE COURT:  I am going to order you to file an

25   amended affidavit in this case --
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

```
1            MS. ST. ANGELO:  Correct.

2            THE COURT:  -- that details all of your allegations

3    and claims against these defendants, whether it's

4    Mr. Kearney, Mrs. Kearney or some business entity that he

5    or they run --

6            MS. ST. ANGELO:  Okay.

7            THE COURT:  -- by May 7th.

8            MS. ST. ANGELO:  Okay.  I don't have a pen.  I

9    apologize.  I have one.  I apologize.  I have one.

10           THE COURT:  So May 7th for the plaintiff to file an

11   amended complaint.

12           THE CLERK:  I'll give you more paper.

13           MR. KEARNEY:  Do you want me to submit any of this

14   as evidence?

15           THE COURT:  Hang on, Mr. Kearney.

16           When the amended complaint is served on the

17   defendant --

18           THE CLERK:  Ms. St. Angelo, the Judge is speaking to

19   you.

20           MS. ST. ANGELO:  I apologize, Your Honor.  What was

21   that?

22           THE COURT:  So the amended complaint must be filed

23   by May 7th.

24           MS. ST. ANGELO:  Yes.  May I ask, Your Honor, just

25   what specifically did you say you wanted me to write on
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

```
 1      the amended complaint or how you wanted it written,

 2      please?

 3           THE COURT:  You have an attorney.  Your attorney

 4      will know what to do.

 5           MS. ST. ANGELO:  Okay.

 6           THE COURT:  But I need an amended complaint that

 7      clearly sets forth what your claims are, against who and

 8      what the basis is for the claim.  Again, if you have an

 9      attorney and that attorney actually enters an appearance

10      in this case, then that attorney will know what to do.

11           This deadline of May 7th applies whether you have an

12      attorney or not.

13           MS. ST. ANGELO:  Okay.

14           THE COURT:  And if the attorney that you're talking

15      with, if that falls through, then the burden is going to

16      be on you to figure out an amended complaint.

17           MS. ST. ANGELO:  Sure.

18           THE COURT:  That amended complaint is going to need

19      to be served on all of the defendants.

20           MS. ST. ANGELO:  Okay.

21           THE COURT:  So I'm going to have --

22           MS. ST. ANGELO:  I apologize.

23           THE COURT:  I'm going to allow you to serve them by

24      regular mail and certified mail, return receipt

25      requested.
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1          MS. ST. ANGELO:  Okay.

2          THE COURT:  Again, if you have an attorney, the

3     attorney will know exactly what you have to do.  If you

4     don't have an attorney and you're going to remain

5     self-represented, you are going to have to figure that

6     out.  But I am going to permit service to be made by

7     regular and certified mail, in accordance with Rule 4 of

8     the Rules of Civil Procedure, since the defendants live

9     in Massachusetts.

10          Under our rule the defendants have 20 days to

11     respond to that complaint.

12          MR. KEARNEY:  What did you mean by that, "respond"?

13     Like --

14          THE COURT:  You can either answer the complaint --

15          MR. KEARNEY:  In writing?

16          THE COURT:  In writing or you can file a motion to

17     dismiss.  I would encourage you, sir, to seek out counsel

18     on this case.

19          MR. KEARNEY:  I --

20          THE COURT:  It is not going to be an easy case for

21     someone without legal training to handle.

22          MR. KEARNEY:  I can't afford counsel, so.  I've been

23     through a dozen of these restraining hearings so --

24          THE COURT:  Hang on.  Don't interrupt.

25          MR. KEARNEY:  I'm going to represent myself.  I

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CASE 1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 92 of 259 PageID #: 507

# **<u>Exhibit 2</u>**

Declaration of Julianne Kearney

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 93 of 259 PageID #: 508

DocuSign Envelope ID: AE93CC1D-5C7F-4B80-8FC8-FCEF91A444CE

STATE OF RHODE ISLAND            SUPERIOR COURT
PROVIDENCE, SC.

| | | |
|---|---|---|
| ASHLEY ST. ANGELO, PPA<br>ANTHONY ST. ANGELO, | : | |
| | : | |
| *Plaintiff,* | : | CASE NO. PC-2021-0224 |
| | : | |
| v. | : | |
| | : | |
| AIDAN KEARNEY AND JULIANNE<br>KEARNEY, | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

## DECLARATION OF JULIANNE KEARNEY

I, Julianne Kearney, declare:

1.     I am over the 18 years of age and have never been convicted of a crime involving fraud or dishonesty.  I have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2.     I am a defendant in the above-captioned action, along with my husband Aidan Kearney.

3.     I make this Declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim for Relief, filed herewith.

4.     I have rarely been to the state of Rhode Island, and even then, only occasionally, visiting beaches and tourist attractions.

5.     I do not conduct business in the state of Rhode Island.

6.     I am a resident of the Commonwealth of Massachusetts.

7.     My husband maintains a website, which can be assessed from anywhere in the world, but Mr. Kearney does not conduct any advertising targeted directly at Rhode Island, nor am I a "part owner" of any of my husband's websites or maintain any role in my husband's business affairs.

/ /

- 1 -

DocuSign Envelope ID: AE93CC1D-5C7F-4B80-8FC8-FCEF91A444CE

8.    My only connection to this case is my status as Mr. Kearney's wife.

9.    I have nothing to do with my husband's websites.  Those are his separate property and separate endeavors.

10.    I never purposely availed myself of the forum of Rhode Island.

I declare under penalty of perjury under the law of Rhode Island that the foregoing is true and correct.

Signed on _____5/6/2021_____, at _____Jefferson MA_____.

Julianne Kearney

Julianne Kearney

- 2 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CASE 1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 95 of 259 PageID #: 510

# <u>Exhibit 3</u>

Transcript of January 12, 2021

*St. Angelo v. Kearney*
Providence Superior Court

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

Case 1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 96 of 259 PageID #: 511

STATE OF RHODE ISLAND

PROVIDENCE, Sc.                                    SUPERIOR COURT

## ORIGINAL

ASHLEY ST. ANGELO                )

                                 )

            VS.                  )  CIVIL ACTION NO: PC/2021-00224

                                 )

AIDAN KEARNEY, ET AL             )

**HEARD BEFORE ASSOCIATE JUSTICE MELISSA E. DARIGAN ON:**

**TUESDAY, JANUARY 12, 2021**

**APPEARANCES:**

ASHLEY ST. ANGELO, PRO SE

ROSEMARY A. PATALANO, RPR; OFFICIAL STATE COURT REPORTER

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CASE 1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 97 of 259 PageID #: 512

# C E R T I F I C A T I O N

I, Rosemary A. Patalano, hereby certify that the

succeeding pages, 1 through 15, inclusive, are a true and

accurate transcript of my stenographic notes.

ROSEMARY A. PATALANO, RPR

Certified Official Court Reporter

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 98 of 259 PageID #: 513

3

1          MS. ST. ANGELO:  Sure.

2          THE COURT:  -- review this.

3          (Pause)

4          THE COURT:  So, Ms. St. Angelo, your complaint

5     involves an awful lot.  Have you --

6          This is something you might want to seek out an

7     attorney.

8          MS. ST. ANGELO:  I would, honest to God, I can't

9     even afford my own expenses.

10          THE COURT:  I know that.  But I'm going to give you

11     a phone number for the Rhode Island Bar Association.

12          MS. ST. ANGELO:  I did speak to them before coming

13     here today.

14          THE COURT:  You did?

15          MS. ST. ANGELO:  Yes.

16          THE COURT:  They do have an LGBTQ committee.  Did

17     anyone mention that to you?

18          MS. ST. ANGELO:  No.

19          THE COURT:  When you called the bar association,

20     what happened?

21          MS. ST. ANGELO:  They said that they're going to

22     refer me to several pro bono lawyers, but they don't

23     handle cases like this.

24          THE COURT:  Exactly.  They don't.  But a pro bono

25     lawyer means a free lawyer.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1    MS. ST. ANGELO:  Correct.

2    THE COURT:  So, did you get any names from them?

3    MS. ST. ANGELO:  I called several different ones

4    that they gave me, but none of them handle a case like

5    this.

6    This is my problem.  I was told by the police

7    officer in Massachusetts to highly recommend coming to

8    get a restraining order against them.  They keep calling

9    me and trying to get me to go on their live show, which I

10   am expecting if I had done that, they would destroy me

11   even more.  All their words are defamatory, okay?  One

12   moment.

13   THE COURT:  So, you're looking for a restraining

14   order?  See, I was not aware that you were looking for a

15   restraining order today.  I thought you were just looking

16   for the ability to file -- to file.  So, let me just get

17   up to speed.

18   MS. ST. ANGELO:  No, I am looking for a restraining

19   order.

20   THE COURT:  So, you'd like a restraining order

21   against Aidan and Julianne Kearney to prevent them from

22   what?  To stop them from what?

23   MS. ST. ANGELO:  Having these people calling me.

24   The violence.  The posts that they put, basically says

25   that I starve my daughter, I abuse my wife and daughter,

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

1    my son, abuse my wife and daughter.  I'm getting

2    threatening phone calls.  I would change the number

3    except the whole world knows the number.

4        My son is getting harassed online because of these

5    people.  They're calling me crushed turtles.  That's what

6    they keep calling us, crushed turtles.  I don't know what

7    that expression means, but it's all related to their

8    Turtleboy website, that we will get crushed by their

9    website.

10       And all their information is defamatory.  Freedom of

11   speech --

12       THE COURT:  All right.

13       MS. ST. ANGELO:  I will go to --

14       THE COURT:  Ms. St. Angelo, I am going to stop you

15   because I am aware, I am aware of the fighting words.

16   And I am aware --

17       MS. ST. ANGELO:  That's what I was going to --

18       THE COURT:  I am aware of that.

19       I am going to grant a limited restraining order

20   today.

21       MS. ST. ANGELO:  Okay.

22       THE COURT:  All right?  Because this requires --

23   this requires a lot more time.

24       MS. ST. ANGELO:  I apologize.  I never give you an

25   easy case.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:05 PM
Envelope: 3112599
Reviewer: Victoria H

CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 101 of 259 PageID #: 516

6

1          THE COURT:  And it requires an opportunity for the

2     defendant to appear.

3          MS. ST. ANGELO:  Right.

4          Also, a lot of evidence that I would have to bring

5     in to you.

6          THE COURT:  Yes, there's a lot here.

7          MS. ST. ANGELO:  Oh, yeah.

8          My main goal for today, Your Honor, is that they

9     don't call me.  Those come down for the ten days.  The

10    YouTube video and their -- and their four posts come down

11    for the ten days.  And if you agree that they were in the

12    right, they can place them back up, and I will seek

13    further measures thereon after.

14         But I am looking for, until the case is heard, for

15    this to come down.  Because these are the reasons we are

16    getting these harassing phone calls.  People on blogs

17    are reading their blog, they're calling us.  I have

18    gotten calls from Canada, Texas, California, with

19    threats.  I've got Facebook threats left and right that

20    they're going to come to my house and shoot me because of

21    stuff like this.  And it's all --

22         It's all a lie.  I proved to the gentleman it's all

23    a lie.  And he told me if I don't go on a live broadcast,

24    he ain't taking it down, tough.

25         THE COURT:  So, I have almost no evidence in front

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 102 of 259 PageID #: 517

**STATE OF RHODE ISLAND**                          **SUPERIOR COURT**
**PROVIDENCE, SC.**


**ASHLEY ST. ANGELO, PPA**                    :
**ANTHONY ST. ANGELO,**                       :
                                              :
            *Plaintiff,*                      :            **CASE NO. PC-2021-0224**
                                              :
        **v.**                                :
                                              :
**AIDAN KEARNEY AND JULIANNE**                :
**KEARNEY,**                                  :
                                              :
            *Defendants.*                     :
                                              :


## MOTION TO TERMINATE AND VACATE RESTRAINING ORDER

Defendant Aidan Kearney[1] is a journalist and political pundit. He wrote an article about a matter of public concern pertaining to Plaintiff Ashley St. Angelo. Ms. St. Angelo retaliated by truly harassing Mr. Kearney and his family and abusing the restraining order process. No restraining order should have been entered, even preliminarily. The Order should be vacated.

After publishing his report of Ms. St. Angelo's fundraising fraud, Ms. St. Angelo began harassing Kearney and his family. Mr. Kearney obtained a harassment prevention order against Ms. St. Angelo pursuant to Mass. Gen. Laws, ch. 258E. *See Kearney v. St. Angelo,* Docket No. 2161RO0021 (Leominster Dist. Ct., Mass. Jan. 25, 2021); *Kearney v. St. Angelo,* Docket No. 2161RO0021 (Leominster Dist. Ct., Mass. Feb. 10, 2021). *See* **Exhibit 1** and **Exhibit 2**. That order bars Ms. St. Angelo, *inter alia,* from contacting Mr. Kearney (which, under Massachusetts law, includes communications) except to serve papers relative to the Massachusetts case.

Ms. St. Angelo retaliated for this Order by (1) violating the order by contacting Mr. Kearney through email and leaving a voicemail message at Mrs. Kearney's employer threatening

---

[1]    Defendant Julianne Kearney has no relevance to this matter, except that Ms. St. Angelo has brought her in to this action in order to retaliate against Mr. Kearney. This motion is filed on her behalf as well. In addition to the reasons no injunction should issue against Mr. Kearney, none should issue as to Mrs. Kearney due to her non-existent role in the complained-of actions.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 103 of 259 PageID #: 518

to appear at the place of business and to protest that they employed a sexual deviant and 2) seeking an order of her own in this Court. *See* Order of Jan. 25, 2021. Ms. St. Angelo was charged criminally on April 13, 2021 for violating the Order. *See State of Rhode Island v. Ashley St. Angelo,* Case No. 62-2021-03459 (6th Div. Dist. Ct.).[2]

This Court's order has been continued and remains in effect. *See* Orders of April 7, 2021 and April 22, 2021. That order must be terminated and vacated as Ms. St. Angelo's petition failed to meet the elements required under law. As the Court is aware, "in deciding whether to issue a preliminary injunction, the hearing justice should determine whether the moving party (1) has a reasonable likelihood of success on the merits, (2) will suffer irreparable harm without the requested injunctive relief, (3) has the balance of the equities, including the possible hardships to each party and to the public interest, tip in its favor, and (4) has shown that the issuance of a preliminary injunction will preserve the status quo." *Iggy's Doughboys, Inc. v. Giroux,* 729 A.2d 701, 705 (R.I. 1999). All of the conduct she complained of was First Amendment protected commentary on a public event. The entry of the order violates Mr. Kearney's rights under the First Amendment, and the entry of the order further impacts his other rights and must be dissolved, *nunc pro tunc.*

## 1.0    Factual Allegations

The Complaint alleges that Mr. Kearney is an owner of Turtleboy Sports. *See* Complaints of January 12, 2021. Mr. Kearney operates "two blogging websites: www.turtleboysports.com and www.TBDailynews.com." *Narcisi v. Turtleboy Dig. Mktg., LLC,* No. 1:19-CV-00329-MSM-PAS, 2020 U.S. Dist. LEXIS 160630, at *1 (D.R.I. Sep. 3, 2020) (finding this defendant not subject to personal jurisdiction in Rhode Island). Turtleboy is "a media outlet that isn't afraid to cover hard-hitting stories that the mainstream media shies away from. By thoroughly investigating local, statewide, and even national stories, Turtleboy has established its reputation as the only media outlet that consistently gives readers the story behind the story." *See* **Exhibit 3**.[3]

---

[2]    That matter was dismissed under Rule 48(a).

[3]    TURTLEBOY SPORTS, https://turtleboysports.com/about/ (last visited May 13, 2021).

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 104 of 259 PageID #: 519

Plaintiff claims Mr. Kearney published an article discussing the following facts: Plaintiff abused her daughter and wife; Plaintiff misused her wife's Social Security Number; and Plaintiff sought to profit from her daughter's alleged disappearance.[4]  Plaintiff denies that these facts are true.  Plaintiff also makes the strange claim that Mr. Kearney sexually harassed her by identifying Plaintiff as transgender and published her telephone number.  Plaintiff also alleges that Defendant posted an e-mail she sent to him, and mocked the email's contents.  Other "harassing" conduct is that Defendant expressed the opinion that he found St. Angelo's daughter more credible than he found Plaintiff.  Plaintiff claims that these statements precipitated violence and death threats against her and her son by unknown third parties.  Plaintiff alleges that she spoke with Turtleboy representatives, who invited her on Defendant's show to tell her side of the story, but she declined.  Mr. Kearney then, allegedly, contacted the Holden Police department, asserting that Plaintiff had been harassing him, and Plaintiff became distressed by the tone of the officer's voice.  Plaintiff sought an order that Mr. Kearney's articles and YouTube videos about her be taken down – an unconstitutional prior restraint.

There are no allegations that Mr. Kearney made any threats, incited lawless conduct (let alone imminent), or did anything but write or talk about Plaintiff in the context of a public controversy, a controversy St. Angelo was involved in before Mr. Kearney heard of her.  Turtleboy published an article on September 1, 2020 regarding Plaintiff's claim that her daughter was missing.  The issue came to Defendant's attention once it had already become a matter of public concern, due to Plaintiff's public fundraising efforts.  The article and news report discussed the fundraising claims, the conflicting information (including the "missing" daughter's public statements) Plaintiff's prior involvement in the judicial system, and the claims the Plaintiff's other

---

[4]  Her daughter did not disappear.  Plaintiff's daughter publicly published that she ran away from Plaintiff.  *See* **Exhibit 4**.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 105 of 259 PageID #: 520

family has made against her.  *See* **Exhibit 4**[5] and **Exhibit 5**.[6]  On September 5, 2020, Mr. Kearney

interviewed Plaintiff's other daughter, who clarified that her sister was **not missing** and provided

multiple reports contradicting Plaintiff's denials of abuse.  *See* **Exhibit 6**.[7]  Furthermore, despite

Plaintiff's perjurious claims to the contrary, the Holden Police never advised Plaintiff to obtain a

restraining order—in fact, they explicitly attest to the contrary.  *See* **Exhibit 7**.[8]

## 2.0    Analysis

All of the allegations against Mr. Kearney are based on his First Amendment-protected

speech.  Further, the restraining order constitutes a prior restraint on speech.  Thus, the restraining

order is unconstitutional and must be dissolved.

Plaintiff cannot meet the necessary requirements for a restraining order.  *Iggy's Doughboys,*

*supra* at 705.  Plaintiff has no likelihood of success on her claim of harassment or any other

conceivable claim.  Plaintiff alleges no irreparable harm.  The equities, in which Mr. Kearney's

Constitutional rights are infringed, tip in his favor.  And the order alters the status quo, it does not

preserve it.

---

[5]    Uncle Turtleboy, *Missing East Providence Teen Posts On Facebook That She Ran Away From Abusive Transgender Father Who Is Attempting To Profit Off Of Her Disappearance*, TB DAILY NEWS (Sept. 1, 2020), https://tbdailynews.com/missing-east-providence-teen-posts-on-facebook-that-she-ran-away-from-abusive-transgender-father-who-is-attempting-to-profit-off-of-her-disappearance/.

[6]    Uncle Turtleboy, *BLT-123 Dad Accused Of Abusing Missing East Providence Teenage Daughter In Facebook Post She Wrote, Has Been Cashing In On Fundraiser And Has Several Other Allegations By Family Members*, TURTLEBOY SPORTS (Sept. 1, 2020), https://turtleboysports.com/blt-123-dad-accused-of-abusing-missing-east-providence-teenage-daughter-in-facebook-post-she-wrote-has-been-cashing-in-on-fundraiser-and-has-several-other-allegations-by-family-members/.

[7]    Turtleboy Sports, *Episode #246 - TBLive: Principal Cancelled, East Providence BLT-123 Dad, Failure Swift Court Loss*, YOUTUBE (Sept. 5, 2020), https://www.youtube.com/watch?v=hTTJNAkMfE0.

[8]    Uncle Turtleboy, *Transgender East Providence Dad Whose Daughter Alleged He Abused Her Got a RO Placed On Him In Leominster District Court Today For Harassing My Family And Using The Courts To Abuse Us*, TURTLEBOY SPORTS (Feb. 10, 2021), https://turtleboysports.com/transgender-east-providence-dad-whose-daughter-alleged-he-abused-her-got-a-ro-placed-on-him-in-leominster-district-court-today-for-harassing-my-family-and-using-the-courts-to-abuse-us/.

- 4 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 106 of 259 PageID #: 521

## 2.1    The Order Infringes Defendant's Freedom of Speech

Plaintiff alleges harassment.  Under Rhode Island law, the term "harassing", in general:

> means following a knowing and willful course of conduct directed at a specific person with the intent to seriously alarm, annoy, or bother the person, and which serves no legitimate purpose. The course of conduct must be such as would cause a reasonable person to suffer substantial emotional distress, or be in fear of bodily injury.

*Compare* R.I. Gen. Laws § 15-15-1; *accord* R.I. Gen. Laws § 11-59-1(2).  "Constitutionally protected activity is not included within the meaning of 'course of conduct.'"  R.I. Gen. Laws §§ 11-59-1(1) and 15-15-1(1).[9]  To date, the Rhode Island Supreme Court has not yet addressed the intersection of a complaint for harassment and the defendant's constitutionally-protected right to free speech.  However, Massachusetts and other states have.

In overruling a constitutional challenge to Massachusetts's statute that affords the ability to obtain a harassment protection order against an unrelated person, Mass. Gen. Laws, ch. 258E, the Massachusetts Supreme Judicial Court determined that the statute only deemed "harassment" to include unprotected speech, *i.e.* "fighting words" and "true threats."  *O'Brien v. Borowski*, 461 Mass. 415, 425-26, 961 N.E.2d 547, 556-57 (2012).  Otherwise, the statute would not survive the freedoms protected by the First Amendment to the United States Constitution and the state constitution.  The same is necessarily true of the Rhode Island law on which Plaintiff relies.

As observed in *O'Brien*, "the 'true threat' doctrine applies not only to direct threats of imminent physical harm, but to words or actions that – taking into account the context in which they arise – cause the victim to fear such harm now or in the future and evince intent on the part of the speaker or actor to cause such fear."  461 Mass. at 425.  Similarly, the "fighting words" exception "is limited to words that are likely to provoke a fight: face-to-face personal insults that are so personally abusive that they are plainly likely to provoke a violent reaction and cause a

---

[9]    Plaintiff has not alleged a statutory claim of harassment.  Although this Court has heard cases sounding in harassment, the Supreme Court of Rhode Island has not yet outlined the contours of a common law cause of action for harassment or asserted that the criminal prohibition of harassment contains a private right of action.  However, the statutory analogs must be relied upon for purposes of this motion.

- 5 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 107 of 259 PageID #: 522

breach of the peace." *Id*. at 423. Such provocation must be immediate. *See Byrnes v. City of Manchester*, 848 F. Supp. 2d 146, 157 (D.N.H. 2012) citing *Chaplinsky v. New Hampshire*, 315 U.S. 568, 573, 62 S. Ct. 766, 86 L. Ed. 1031 (1942).

Blog posts and a YouTube video, without implication of physical contact, do not constitute fighting words. The only thing that these First Amendment protected publications could reasonably "threaten" would be to expose the truth about the Plaintiff's fraudulent fundraising efforts. That is the kind of speech that is at the core of First Amendment protections.

"To characterize speech as actionable 'fighting words,' the [plaintiff] must prove that there exist 'a likelihood that the person addressed would make an immediate **violent** response.'" (emphasis added) *United States v. Poocha*, 259 F.3d 1077, 1080-81 (9th Cir. 2001) quoting *Gooding v. Wilson*, 405 U.S. 518, 528 (1972). Accordingly, in order to invoke this exception to the First Amendment, Plaintiff would need to allege and show that Mr. Kearney was within physical striking distance of Plaintiff, and Plaintiff would be then unable to control her temper to the point that she would at least morally feel justified in causing him physical harm. She has made neither this allegation nor showing. Defendant exposing a fraud one state away and Plaintiff being upset about it places the parties far from striking distance and at no risk of imminent violence. If Plaintiff's allegations could demonstrate constitutionally unprotected fighting words, perhaps none of us would have ever heard of Bernie Madoff – as all he would have needed to do was to lose control of his emotions when he read Providence Journal articles about his crimes. Simply put, there is no plausible allegation, let alone showing, of fighting words.

Here, Defendant is not alleged to have even addressed Plaintiff, but rather he addressed third parties. These were not face-to-face insults nor were they abusive – much less so abusive as to provoke an immediate violent reaction or breach of peace. Compare *Baker v. Glover*, 776 F. Supp. 1511, 1516 (M.D. Ala. 1991) ("To the extent that there are any true fighting words left, the court is of the opinion that the phrase 'Eat Shit' does not fall within this category. Such words do not 'by their very utterance inflict injury or tend to incite an immediate breach of the peace.'") quoting *Chaplinsky*, 315 U.S. at 572. *See also Nolan v. Krajcik*, 384 F.Supp.2d 447, 459 (D. Mass.

- 6 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 108 of 259 PageID #: 523

2005) ("the use of epithets or otherwise profane language alone is not a basis for regulating speech as fighting words."); *Commonwealth v. A Juvenile*, 368 Mass. 580, 589, 334 N.E.2d 617 (1975) (noting state cannot sanction "[v]ulgar, profane, offensive or abusive speech" alone under First Amendment). In fact, as a matter of law, because they were not face-to-face, they cannot be actionable. Accord *State v. Dugan*, 2013 MT 38, ¶43, 369 Mont. 39, 54, 303 P.3d 755, 767 (2013) ("Words spoken over the telephone are not proscribable under the 'fighting words' doctrine because the person listening on the other end of the line is unable to react with imminent violence against the caller.") Thus, none of the allegations relating to Defendant's alleged harassment of Plaintiff constituted unprotected "fighting words"; rather, it all arose from Defendant's Constitutionally protected speech.

Similarly, blog posts and a YouTube video do not constitute a true threat. They were not directed to Plaintiff—they were directed to the public at large, just like any other news report. "'True threats' encompass those statements where the speaker means to communicate a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of individuals." *Virginia v. Black*, 538 U.S. 343, 359 (2003). "A true threat [is] where a reasonable person would foresee that the listener will believe he will be subjected to physical violence upon his person[.]" *United States v. Orozco-Santillan*, 903 F.2d 1262, 1265-66 (9th Cir. 1990). None of Defendant's statements involve an expression, serious or otherwise, of an intent to commit an act of violence.

Although Plaintiff claims to have received death threats and other attacks, Plaintiff has no evidence thereof. In fact, the claims that bricks and eggs were thrown at her house seems to be a frequent, unverified, and unverifiable claim the Plaintiff uses when trying to increase the dramatic effect of her outlandish statements. *See* **Exhibit 8**.[10] Plaintiff's Complaint is similarly bereft of any allegations as to who threw these items, when, or why, except that she does not allege Defendant did so.

---

[10] Ashley St. Angelo, FACEBOOK (Oct. 18, 2020), https://www.facebook.com/ashley.marie. stangelo/posts/3690854407632339.

Presuming that Plaintiff is not lying about these "bricks and eggs" attacks on her home, there is no evidence that any of them stemmed from anything Mr. Kearney said. And, even if one or more readers/viewers did so, to adjudge Defendant liable for the acts of his readers would similarly violate his First Amendment rights. "Civil liability may not be imposed merely because an individual belonged to a group, some members of which committed acts of violence. For liability to be imposed by reason of association alone, it is necessary to establish that the group itself possessed unlawful goals and that the individual held a specific intent to further those illegal aims." *NAACP v. Claiborne Hardware Co.*, 458 U.S. 886, 920 (1982). There is no group. There are no unlawful goals. Mr. Kearney had no specific intent to further any illegal activity. Mr. Kearney's First Amendment right to speak about Plaintiff cannot be infringed merely because a reader or viewer did something wrong in response.

While not dispositive, it is worth noting that Plaintiff's residence was condemned as uninhabitable by East Providence police. The description of the premises suggests that even if there were "bricks and eggs" on or about the property, it is unlikely that the source was an attack, as opposed to squalor. The uninhabitability determination was made, relevantly, when the East Providence police arrested Ms. St. Angelo for violating the Massachusetts restraining order. Moreover, within *minutes* of her arraignment on charges for doing so, Ms. St. Angelo violated the order *again*. (Declaration of Aidan Kearney ["Aidan Decl."] attached as **Exhibit 9**, at ¶¶ 20; *see* **Exhibit 7**.)

Aside from not constituting harassment or falling into any other exception to the First Amendment, Defendants' alleged speech is not defamatory. Interpreted charitably, Plaintiff appears to assert a claim for defamation, based on the allegation that Defendants made "false claims of using my ex-wife's social security number [and] claiming I am using false means to profit from my daughter's disappearance." Plaintiff also stated during the January 12, 2021 hearing in this action that "[a]ll their words are defamatory, okay … all their information is defamatory." (Excerpts of transcript of January 12, 2021 hearing ["Jan. 12 Trans."], attached as **Exhibit 10**, at 4:8-11 and 4:23-5:10.)

- 8 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 110 of 259 PageID #: 525

An action for defamation requires a showing of "(1) the utterance of a false and defamatory statement concerning another; (2) an unprivileged communication to a third party; (3) fault amounting to at least negligence; and (4) damages …." *Cullen v. Auclair*, 809 A.2d 1107, 1110 (R.I. 2002). Statements of pure opinion cannot be defamatory, nor can conclusions based on disclosed, non-defamatory facts, no matter how objectionable or unreasonable. *Beattie v. Fleet Nat'l Bank*, 746 A.2d 717, 721-23 (R.I. 2000).

Though Plaintiff does not identify the allegedly defamatory statements or provide the context of their surrounding publication, the exhibits to this motion provide these statements in their full context. These statements provide Defendant's opinions based on disclosed facts, namely Defendant's investigation into Plaintiff's fraudulent fundraising efforts and the statements of Plaintiff's family members. Plaintiff does not allege any of these underlying facts are false or defamatory and does not even allege it was negligent for Defendant to rely on witnesses with first-hand knowledge of the fraudulent nature of Plaintiff's activities. There is thus no probability of Plaintiff prevailing on a defamation claim, either.

## 2.2    The Order is Unconstitutionally Vague

The Court's order prohibits Defendant from "annoy[ing]" Plaintiff. What does that mean? How can Mr. Kearney have knowledge of what "annoys" Plaintiff? Further, Plaintiff did not even complain about being "annoyed," but rather "harassed."

Under the Constitutions of the United States, orders are "void for vagueness," in violation of due process, if they do not "give the person of ordinary intelligence a reasonable opportunity to know what is prohibited, so that he may act accordingly." *See Grayned v. Rockford*, 408 U.S. 104, 108-109, 33 L. Ed. 2d 222, 92 S. Ct. 2294 (1972). The U.S. Supreme Court has already held that the term "annoy" is unconstitutionally vague. *See Coates v. City of Cincinnati*, 402 U.S. 611, 614, 91 S. Ct. 1686, 29 L. Ed. 2d 214 (1971) ("Conduct that annoys some people does not annoy others. Thus, the ordinance is vague *** in the sense that no standard of conduct is specified ***."). Thus, the Order must be dissolved as unconstitutionally vague.

- 9 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 111 of 259 PageID #: 526

### 2.3    The Order is an Unconstitutional Prior Restraint

To the extent the prohibition on annoying or contacting includes any discussion of Plaintiff, the Court's order is an invalid prior restraint on speech.  In almost all defamation cases, a preliminary injunction is categorically unavailable; "the maxim that equity will not enjoin a libel has enjoyed nearly two centuries of widespread acceptance at common law."  *Kramer v. Thompson*, 947 F.2d 666, 677 (3d Cir. 1991); *see also Kinney v. Barnes*, 443 S.W.3d 87, 95 (Tex. 2014).  Even regarding speech that has already been found defamatory, an injunction is very rarely constitutionally permissible.  *See Sindi v. El-Moslimany*, 896 F.3d 1, 32-34 (1st Cir. 2018) (discussing constitutional problems with injunctions on speech due to near-impossibility of fashioning meaningful relief that is not overbroad).  "Temporary restraining orders and permanent injunctions – i.e., court orders that actually forbid speech activities – are classic examples of prior restraints."  *Alexander v. United States*, 509 U.S. 544, 550 (1993).  "[P]rior restraints 'require an unusually heavy justification under the First Amendment.'"  *Commonwealth v. Barnes*, 461 Mass. 644, 652, 963 N.E.2d 1156, 1164-65 (2012) quoting *New York Times Co. v. United States*, 403 U.S. 713, 733 (1971) (Pentagon Papers) (White, J., concurring).  "A prior restraint … has an immediate and irreversible sanction.  If it can be said that a threat of criminal or civil sanctions after publication 'chills' speech, prior restraint 'freezes' it at least for the time."  *Nebraska Press Ass'n v. Stuart*, 427 U.S. 539, 559 (1974).  Also, "prior restraint on speech and publication are the most serious and the least tolerable infringement on First Amendment rights."  *Id*. at 559.  *See also Tory v. Cochran*, 544 U.S. 734 (2005).  Further, "damage can be particularly great when the prior restraint falls upon the communication of news and commentary on current events.  Truthful reports of public judicial proceedings have been afforded special protection against subsequent punishment."  *Nebraska Press*, 427 U.S. at 559.  *See also Cox Broadcasting Corp. v. Cohn*, 420 U.S. 469, 492-93 (1975).  As the First Circuit observed, "[t]he Supreme Court has declared: 'Any prior restraint on expression comes to this Court with a 'heavy presumption' against its constitutional validity.'"  *In re Providence Journal Co.*, 820 F.2d 1342, 1348 (1st Cir. 1986) quoting *Organization for a Better Austin v. Keefe*, 402 U.S. 415, 419 (1971).

- 10 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 112 of 259 PageID #: 527

As the Supreme Court of Rhode Island has stated, "[t]o withstand constitutional scrutiny, a court's restrictive order 'must fit within one of the narrowly defined exceptions to the prohibition against prior restraints.'" *State v. Lead Indus. Ass'n*, 951 A.2d 428, 465 (R.I. 2008) quoting *Southeastern Promotions, Ltd. v. Conrad*, 420 U.S. 546, 559 (1975). Plaintiff identifies no narrow exception that would justify restraining Mr. Kearney's speech. *See Cmty. for Creative Non-Violence v. Watt,* 703 F.2d 586, 614 n.41 (D.C. Cir. 1983) (identifying exceptions). And, the prior-restraint order must be the "least-restrictive-alternative." *Ward v. Rock Against Racism*, 491 U.S. 781, 798 n.6 (1989); accord *George W. Prescott Publ. Co. v. Stoughton Div. of the Dist. Court Dep't of the Trial Court*, 428 Mass. 309, 311, 701 N.E.2d 307 (1998) ("[A]ny order seeking to enjoin speech must be based on detailed findings of fact that (a) identify a compelling interest that the restraint will serve and (b) demonstrate that no reasonable, less restrictive alternative to the order is available"); *Carroll v. President of Comm'rs of Princess Anne*, 393 U.S. 175, 183 (1968) (stating that a prior restraint "must be couched in the narrowest terms that will accomplish the pin-pointed objective permitted by constitutional mandate and the essential needs of the public order"). Furthermore, any restrain on speech must "have been accomplished with procedural safeguards that reduce the danger of suppressing constitutionally protected speech." *Se Promotions, Ltd. v. Conrad*, 420 U.S. 546, 559 (1975).

Simply put, assuming, *arguendo*, any prior restraint could lawfully be issued by this Court, it must be as narrow as possible and issued only after concluding that no protected speech is being suppressed. A wholesale ban on discussing Plaintiff does not fit this Constitutional requirement. The only way to ensure that protected speech is not being suppressed is for the Court to make detailed factual findings on a developed factual record. However, Plaintiff has still not provided a single piece of evidence supporting her claims, or even identified the specific statements at issue. This Court has already observed that on such a non-existent factual record and on such non-specific, threadbare allegations, it *cannot* enjoin Defendant's speech. (*See* excerpts of transcript of April 7, 2021 hearing ["Apr. 7 Trans."], attached as **Exhibit 11**, at 6:15-24 (Court telling Plaintiff "I'm going to need you to provide an amended complaint that details exactly and clearly

- 11 -

what your claims are against these defendants … including as exhibits to the complaints the material that you contend are harassment, defamatory, whatever the theories of the case are going to be"); *id*. at 18:21-19:2 (Court stating that "the complaint as it currently stands now is just insufficient for me to address anything on a substantive level"); *id*. at 23:6-8 (Court stating that "I need an amended complaint that clearly sets forth what your claims are, against who and what the basis is for the claim").)

**3.0     Conclusion**

This Court's vague, unconstitutional prior restraint must be vacated.    Defendants committed no acts of harassment—Mr. Kearney solely engaged in constitutionally-protected speech and no restraining order can issue on account of his free speech, no matter how much Plaintiff dislikes what Mr. Kearney says.  It was not fighting words.  It was not a true threat.  It was not defamation.  Ms. St. Angelo has no likelihood of success in this case.  The equities favor Defendants, where a prior restraint is sought.  There are no grounds at law authorizing the restraining order and it preserves no status quo—all it seeks to do is punish Mr. Kearney for exercising his freedom of speech.  The order cannot stand.

Respectfully submitted,

Defendants Aiden & Julianne Kearney,
By their attorneys,

/s/ Sean M. McAteer
Sean M. McAteer, 4118
203 South Main Street
Providence, RI 02903
(401) 946-9200
summerromance@verizon.net

Marc J. Randazza
(*pro hac vice Pending*)
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01776
(978) 801-1776
Fax: (305) 437-7662
ecf@randazza.com

Dated:  May 21, 2021.

- 12 -

## **CERTIFICATE OF SERVICE**

I, Sean McAteer, hereby certify that a true and correct copy of the foregoing document was

served upon the Plaintiffs in the above-captioned matter by First Class Mail, postage prepaid, this

21st day of May 2021, as follows:

Ashley St. Angelo & Anthony St. Angelo
129 Roger Williams Avenue
Rumford, RI 02916

A courtesy copy of the foregoing document was served via electronic mail and First Class

Mail, postage prepaid, as follows:

Edward Manning
2377 Pawtucket Avenue
East Providence, Rhode Island 02914
<emanning@surfingthelaw.com>

/s/ Sean M. McAteer
Sean McAteer

- 13 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 115 of 259 PageID #: 530

# **EXHIBIT 1**

*Kearney v. St. Angelo,*
Docket No. 2161RO0021
(Leominster Dist. Ct.,
Mass. Jan. 25, 2021)

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 116 of 259 PageID #: 531

**FOR USE DURING COVID-19 EMERGENCY**

| HARASSMENT PREVENTION ORDER G.L. c. 258E (Page 1 of 3) | DOCKET NO. 2161RO0021 | ORIGINAL Massachusetts Trial Court |
|---|---|---|

| PLAINTIFF'S NAME | COURT NAME AND ADDRESS |
|---|---|
| Aidan Kearney | Leominster District Court 25 School Street Leominster, MA 01453 |

| DEFENDANT'S NAME AND ADDRESS | ALIAS, IF ANY | |
|---|---|---|
| Ashley St. Angelo 129 Roger William Avenue Rumford, RI 02916 | DATE OF BIRTH | SEX ☐ Male ☒ Female |
| | MOTHER'S MAIDEN NAME (FIRST & LAST) | 978-537-3722 |

| EMAIL ADDRESS | CELL PHONE NO. | LAST FOUR SSN |
|---|---|---|
| altah99@gmail.com | (401) 252-9981 | XXX-XX- |

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** (only those items checked shall apply)

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of harassment.
☐ This Order was communicated by telephone to the Judge named below to: Police Department _____ Police Officer _____

☒ **1. YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming, threatening, or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm. **YOU ARE ALSO ORDERED NOT TO HARASS THE PLAINTIFF** (1) by any willful and malicious conduct aimed at the Plaintiff and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly, or (3) by committing any of the following: indecent assault and battery, rape, statutory rape, assault with intent to rape (G.L. c. 265, §§ 13B, 13F, 13H, 22, 22A, 23, 24, 24B), enticing a child (§ 26C), criminal stalking (§43), criminal harassment (§43A), or drugging for sexual intercourse (G.L. c. 272, §3).

☒ **2. YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF** in person, by telephone, in writing, electronically, or otherwise, either directly or through someone else, and to stay at least ☐ 10 yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exception to this Order is that you may send the Plaintiff, by mail, by sheriff, or by other authorized officer, copies of papers filed with the court when that is required by statute or court rule.

☒ **3. YOU ARE ORDERED TO STAY AT LEAST** 10 **YARDS FROM THE PLAINTIFF'S RESIDENCE**, located at 111 Mason Road Jefferson, MA or wherever else you may have reason to know the Plaintiff may reside.
    ☐ If this box is checked, the Court also **ORDERS** you to remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☒ **4. YOU ARE ORDERED TO STAY AT LEAST** 10 **YARDS FROM THE PLAINTIFF'S WORKPLACE** located at 111 Mason Road, Jefferson, MA or wherever else you may have reason to know the Plaintiff may work.

☐ **5. THE COURT ORDERS** that the following address(es) not be listed on the order:   ☐ Plaintiff's Residence   ☐ Plaintiff's Workplace

☐ **6. YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $_____ in losses suffered as a direct result of the abuse, to be paid in full on or before _____   ☐ by mailing directly to the Plaintiff   ☐ through the Clerk's Office of this Court.

☒ **7. YOU ARE ALSO ORDERED:** No threats or verbal post or comments regarding plaintiff or family on social media, texts or email. No contact plaintiff's wife employer

**B. NOTICE TO LAW ENFORCEMENT**

1. An appropriate law enforcement officer shall serve upon the Defendant in person a copy of the Complaint Form and a certified copy of this Order (and Summons) and make return of service to this Court.
    ☐ If this box is checked, the following alternative service may instead be made, but only if the officer is unable to deliver such copies in person to the Defendant: _____

2. Defendant Information Form accompanies this Order.
☐   3. Police reports are on file at the _____ Police Department.
☐   4. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST: _____ (docket #s) _____ (PCF#)
☐   5. An imminent threat of bodily injury exists to the Plaintiff. Notice issued to _____ Police Department(s) by:
        ☐ telephone   ☐ other (specify): _____

| DATE OF ORDER 1/28/21 | TIME OF ORDER 10:40 ☒ AM ☐ PM | EXPIRATION DATE OF ORDER 2/10/25 at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE Honorable Mark E. Noonan |
|---|---|---|---|

| NEXT HEARING DATE 2/10/21 | At 9:00 ☒ A.M. ☐ P.M.   Court: Leominster | Courthouse Phone Number: (978) 537-3722 |
|---|---|---|

☐ BY TELEPHONE CONFERENCE: Call-in Number: _____   Password: _____

If either the Plaintiff or the Defendant has questions about the hearing or the Order, contact the Court by telephone at the courthouse phone number **BEFORE THE DATE OF THE HEARING. If you cannot reach the Court, please call the Trial Court Help Line at 1-833-91COURT (1-833-912-6878).**

| WITNESS – FIRST OR CHIEF JUSTICE | A true copy, attest (Asst.) Clerk-Magistrate |
|---|---|

The above Order and any subsequent Orders have been issued by a judge. A hearing on whether to continue and/or modify the Order will be held on the date and time indicated on the Order. The hearing will be held through a telephone conference call. If listed, call the call-in number above and use the password if one is provided on EXACTLY the date and time listed for your hearing. If no call-in number is listed, call the courthouse phone number at 9AM. THE DEFENDANT MAY PARTICIPATE, WITH OR WITHOUT AN ATTORNEY, TO OPPOSE ANY EXTENSION OR MODIFICATION OF THE ORDER. IF THE DEFENDANT DOES NOT PARTICIPATE, THE ORDER MAY BE EXTENDED OR MODIFIED BY THE JUDGE. For good cause, either the Plaintiff or the Defendant may request that the Court modify the Order before the scheduled expiration date by contacting the Court by telephone at the courthouse phone number. **NOTICE TO DEFENDANT:** If the Plaintiff is your spouse or former spouse, or you are the parent of a child of the Plaintiff, or you cohabit or have cohabited with the Plaintiff, the purchase and/or possession of a gun and/or ammunition while this order is in effect is a federal crime, subject to certain exceptions. 18 U.S.C. §§ 922(g)(8) and 925.

04/15/2020

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 117 of 259 PageID #: 532

# __EXHIBIT 2__

*Kearney v. St. Angelo,*
Docket No. 2161RO0021
(Leominster Dist. Ct.,
Mass. Feb. 10, 2021)

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Review

*A. Kearney — v — A. St. Angelo*

## FOR USE DURING COVID-19 EMERGENCY

| HARASSMENT PREVENTION ORDER G.L. c. 258E (Page 2 of 3) | DOCKET NO. 21-61-CR-21 | Massachusetts Trial Court |
|---|---|---|

☒ **C. MODIFICATIONS/EXTENSIONS**

☒ This order was issued after a hearing at which the Plaintiff ☒ participated ☐ did not participate and the Defendant ☒ participated ☐ did not participate

The Court **ORDERED** that the prior order issued ___1/28/21___ be **MODIFIED** as follows:

added   paragraph  #7

☒ The expiration date of this order has been **EXTENDED** *(See Below)*   ☐ **OTHER MODIFICATION(S)** *(See Above)*

| DATE OF MODIFICATION | TIME OF ORDER | EXPIRATION DATE OF ORDER | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|---|
| 2/10/21 | ☐ AM ☐ PM | 2/4/22 at 4 P.M. | Mark E. Noonto |

NEXT HEARING DATE 2/4/22 At 9:00 ☒ A.M. ☐ P.M. Court: Leominster   Courthouse Phone Number: (978) 537-3722

☐ **BY TELEPHONE CONFERENCE**: Call-in Number: _____ Password: _____

If either the Plaintiff or the Defendant has questions about the hearing or the Order, contact the Court by telephone at the courthouse phone number **BEFORE THE DATE OF THE HEARING. If you cannot reach the Court, please call the Trial Court Help Line at 1-833-91COURT (1-833-912-6878).**

☐ **D. MODIFICATIONS/EXTENSIONS**

☐ This order was issued after a hearing at which the Plaintiff ☐ participated ☐ did not participate and the Defendant ☐ participated ☐ did not participate

The Court **ORDERED** that the prior order issued _____ be **MODIFIED** as follows:

☐ The expiration date of this order has been **EXTENDED** *(See Below)*   ☐ **OTHER MODIFICATION(S)** *(See Above)*

| DATE OF MODIFICATION | TIME OF ORDER | EXPIRATION DATE OF ORDER | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|---|
| | ☐ AM ☐ PM | at 4 P.M. | |

NEXT HEARING DATE _____ At _____ ☐ A.M. ☐ P.M. Court: Leominster   Courthouse Phone Number: (978) 537-3722

☐ **BY TELEPHONE CONFERENCE**: Call-in Number: _____ Password: _____

If either the Plaintiff or the Defendant has questions about the hearing or the Order, contact the Court by telephone at the courthouse phone number **BEFORE THE DATE OF THE HEARING. If you cannot reach the Court, please call the Trial Court Help Line at 1-833-91COURT (1-833-912-6878).**

☐ **E. PRIOR COURT ORDER TERMINATED**
This Court's prior Order is terminated.  Law enforcement agencies shall destroy all records of such Order.

☐ **TERMINATED AT PLAINTIFF'S REQUEST**

| DATE OF MODIFICATION | TIME OF ORDER | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|
| | ☐ AM ☐ PM | |

| WITNESS – FIRST OR CHIEF JUSTICE | A true copy, attest (Asst.) Clerk-Magistrate |
|---|---|
| | |

04/15/2020

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 119 of 259 PageID #: 534

# **<u>EXHIBIT 3</u>**

Turtleboy Sports
https://turtleboysports.com/about/

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 120 of 259 PageID #: 535



JOIN THE REVOLUTION

WTF    HOODRAT HEROES    SOCIAL JUSTICE WARRIORS    PODCASTS    ALL CATEGORIES    TURTLE CLUB

SHOP    MY ACCOUNT

# About

173 Votes

Turtleboy Sports was founded by a small group of bloggers in December of 2013. It was initially supposed to be about sports, but quickly transformed into much more. We found out that what the people have been yearning for is a media outlet that isn't afraid to cover hard-hitting stories that the mainstream media shies away from. By thoroughly investigating local, statewide, and even national stories, Turtleboy has established its reputation as the only media outlet that consistently gives readers the story behind the story.

As a result our readership continues to grow. In September of 2014 we averaged less than 1,000 views per day, and had only 700 followers on Facebook. In March of 2016 we averaged 65,000 views per day and have over 26,000 followers on Facebook. The brand will only continue to grow as Turtleboy is providing a service for that communities everywhere have been looking for.

Turtleboy Sports has always been and always will be a free website for our readers. However, we would not be able to function and provide this valuable service to the community without financial support.

we do have advertisers, and we strongly urge you to support them. Without them none of this is possible. Another way to show your support for what we are doing at Turtleboy is to buy your favorite things from the Turtleboy store linked below.





*Click on the image to view all products in the Turtleboy Store. Shirt are also available at the Union Tavern and The Buzz Barber Shop.*

We love to hear feedback from our readers, both good and bad, because we want to make sure that this site is something you want to go to on a daily basis. We thrive off of constructive criticism and want to make your experience at Turtleboy a positive one.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 122 of 259 PageID #: 537

# <u>EXHIBIT 4</u>

Uncle Turtleboy, *Missing East Providence Teen Posts On Facebook That She Ran Away From Abusive Transgender Father Who Is Attempting To Profit Off Of Her Disappearance*

TB Daily News
(Sept. 1, 2020)



TB Investigates

# Missing East Providence Teen Posts On Facebook That She Ran Away From Abusive Transgender Father Who Is Attempting To Profit Off Of Her Disappearance

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/14/2021 3:07 PM
Envelope: 3112592
Reviewer: Jaiden H.

**Uncle Turtleboy** • September 1, 2020                    🔖 2 minutes read





Sixteen year old Marissa St. Angelo was reported missing over the weekend by the East Providence Police and was last seen on August 9.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/17/2021 8:01 PM
Envelope: 3112592
Reviewer: Jaiden H.





Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.



RISP looking for missing teen from East Prov...

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 9/21/2021 3:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

M-LDA Document 6-3 Filed 07/02/21 Page 127 of 259 PageID #: 542

Missing East Providence Teen Posts On Facebook That She Ran Away To Attempting to Profit Off of Her Disappearance TB Daily News 5/14/21 10:58 AM




about 9 months ago

# Marissa St. Angelo



Missing Since: Aug 9, 2020
Missing From: Rumford, RI
DOB: Jun 29, 2004
Age Now: 16
Sex: Female
Race: White
Hair Color: Brown
Eye Color: Brown
Height: 5'2"
Weight: 120 lbs

Marissa was last seen on August 9, 2020.

MISSING TEEN: if you have any information about Marissa St. Angelo of Rumford, please call 911 or the East Providence Police at 401-435-7600. #AlwaysThere http://ow.ly/P8R650BcAvO

| 39 | 60 | 1.7K |

But there is more to this story. This is her father "Ashley" St. Angelo.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/12/2021 6:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Missing East Providence Teen Posts On Facebook That She Ran Away His is Attempting to Profit off of Her Disappearance — TB Daily News     5/14/21, 10:58 AM



As you can see, he's somewhere on the BLT-123 spectrum. Ashley used to go by Anthony St. Angelo, and owns a "business" called Anthony's Auto Service, which is just him working on cars in the backyard.



In 2015 Anthony started **an extremely shady fundraiser** by using a baby.



That's his granddaughter, and the daughter of his daughter who ran away from him when she was 17 due to allegations of abuse. According to her the story is filled with lies and the father inserted himself into it to try to profit off of an unrelated dispute between the baby's parents. She alleges that he frequently was physically abusive to his now ex-wife, often uses his children to raise money for his sex change, and has run up bills using his ex wife's social security number.

True to form, "Ashley" is once again using the "disappearance" of his daughter, who was not reported missing until three weeks later, to raise money for himself. And he's alleging that she ran away with a sex offender without providing any evidence to back up that claim.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/17/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.



Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/14/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.





What does he need money for exactly? The police are looking for her and it costs him literally nothing. Unsurprisingly he also started a fundraiser to cremate the dog in January.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2021 3:01 PM
Envelope: 3112592
Reviewer: Jaiden H.



Then yesterday Marissa posted on Facebook from the East Providence police station to let people know that she is OK, and that she ran away because her father abused her.

CM-LDA Document 6-3 Filed 07/02/21 Page 135 of 259 PageID #: 550



**Marissa Lynn Stangelo** is at East Providence Police.

20h · East Providence, RI · 🌐

My name is Marissa Stangelo, I am a 16 year old runaway and my life is
in danger because of my dad Ashley Stangelo. I've been dealing with
mental, physical,and psychological abuse at the hands of Ashley and my
brother Anthony for years. I'm tired of the constant abuse, I refuse to go
home as long as Ashley Stangelo is running around keeping this
manhunt for me going. She has been telling everyone that I ran away to
be in a relationship with an older man, I have no idea where she came up
with this I have been telling her for a long time that I have no interest in
dating, I don't know how she has run with this lie so long. I know she is
going to hurt me as soon as she gets her hands on me. She had kept me
locked in my room for three months before I managed to get out of the
house with my mom. When we went to the police together they wouldn't
even help us even though they knew we were in danger because of
Ashley. I think the East Providence police and any authorities involved
are afraid of my dad because she is trans. Ashley has been lying to the
law and the court in order to get what she wants and that's why I have
been out of that house for so long. I was afraid for my life 24 hours a
day. I couldn't live like that anymore. I have tried to get in front of a
judge with my mom a number of times, but Ashley had already lied to
them and got what she wanted. She has full custody of me and no one in
the state is listening to my voice. If Ashley gets me back, she will
definitely make me pay for trying to get away from her for good. She is
the abuser and she is keeping this manhunt for me going because she
doesn't want anyone to know everything she has put me through. I can't
go home to my dad I am in fear for my life in that house. I am not going
to stop running from her, because I am not a missing child and Ashley
DOESN'T care about me, she wants me back in her control so I can be
the punching bag of the house between my father and brother. I AM
SAFE AND I WILL NOT GO BACK TO ASHLEY!!!!!!!
(If you think don't think it's me here's your proof. Ask Ashley how I broke
my hand. She's going to say the dog did it)



Her allegation is backed up by a couple witnesses. Her sister Holly started this Change.org petition and is alleging that she was also abused.

Hi this is on behave of Marissa StAngelo she ran away from home because of our abusive father as well I did when I was 17, I'm her older sister. When I ran away requesting help from the state of Rhode Island, its police force and its DCYF system Would not help me! Im scared marissa won't get the proper help either that is why im creating this petition!

Marissa and I have gone through abuse since we were toddlers from our father Anthony/ Ashley St Angelo! Most of you have seen her letters she posted and I wanted to start a petition to keep her away from our father to show the courts this Friday and any other future court date! Please sign and help me protect my sister and mother! My mother and sister deserve peace of mind, safety, proper love and care! Please note she is not kidnapped or missing! She is a run away from abuse of our transgender father who uses the fact hes transgender as a way to get away with breaking the law and abusing him family!

Her friend Alexis also claims that she helped Marissa escape after "Ashley" kept Marissa as a virtual prisoner and deprived her of food. Additionally she alleges that they Ashley and Marissa saw each other in court on August 20, which would mean he's lying when he says he has not seen her since August 9.

M-LDA Document 6-3 Filed 07/02/21 Page 138 of 259 PageID #: 553



**Alexis Liolios**

Yeah, the window to her bedroom was locked, and Ashley would sleep right next to the front door to make sure she couldn't leave. Marissa managed to break the window lock, and we would have to slide her plates of food through the window without Ashley noticing, a few times Ashley had caught me passing Marissa food, and I was attacked by her verbally for trying to feed her child on numerous occasions. I had talked to marissa about sneaking out to get away from Ashley and we managed to get her out, and helped her get out of the house on August 9th. Ashley has seen Marissa after august 9th, Ashley and her wife had court on the 20th, Marissa was there and that is the real last time that Ashley saw Marissa. Ashley is not being truthful to anyone in this situation.

10m    Like    Reply

All the details here are not known, but what is known is that Marissa claims she ran away from home because she was abused by her transgender father, who is now trying to profit off of her disappearance. This allegation is backed up by more than one person which makes it credible. We will keep you updated if there is more on this story.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 139 of 259 PageID #: 554

# **<u>EXHIBIT 5</u>**

Uncle Turtleboy, *BLT-123 Dad Accused Of Abusing Missing East Providence Teenage Daughter In Facebook Post She Wrote, Has Been Cashing In On Fundraiser And Has Several Other Allegations By Family Members*

Turtleboy Sports
(Sept. 1, 2020)



JOIN THE REVOLUTION

WTF     HOODRAT HEROES     SOCIAL JUSTICE WARRIORS     PODCASTS     ALL CATEGORIES

TURTLE CLUB     SHOP     MY ACCOUNT

TURTLEBOY INVESTIGATES

Uncle Turtleboy / September 1, 2020 / 84 Comments

# BLT-123 Dad Accused Of Abusing Missing East Providence Teenage Daughter In Facebook Post She Wrote, Has Been Cashing In On Fundraiser And Has Several Other Allegations By Family Members



19 Votes

Marissa St. Angelo is a 16 year old girl from East Providence who's been missing since August 9.





# Support Our Cause

PayPal Has Permanentl Banned TB For Being "Inconsister With Their User Agreement And Not Creating A "Safe Community

## FOLLOW TURTLEBOY ON FACEBOOK





Turtleboy Sports
9,789 likes



RISP looking for missing teen from East Pr...



**"I AM TURTLEBOY" NOW ON SALE ON AMAZON, BUY YOUR'S TODAY**



**SHOP THE TURTLEBOY STORE**







Rhode Island State Police
about 9 months ago

## Marissa St. Angelo



Missing Since: Aug 9, 2020
Missing From: Rumford, RI
DOB: Jun 29, 2004
Age Now: 16
Sex: Female
Race: White
Hair Color: Brown
Eye Color: Brown
Height: 5'2"
Weight: 120 lbs

Marissa was last seen on August 9, 2020.

MISSING TEEN: if you have any information about Marissa St. Angelo of Rumford, please call 911 or the East Providence Police at 401-435-7600. #AlwaysThere
http://ow.ly/P8R650BcAvO

39          60          1.7K

This is her father "Ashley" St. Angelo.

**LISTEN TO UNCLE TURTLEBOY'S LATE NIGHT GARAGE PODCAST ON ITUNES AND SOUNDCLOUD**



**FOLLOW TURTLEBOY ON FACEBOOK**



**SUBSCRIBE TO RECEIVE EMAIL NOTIFICATION EVERY TIME WE PUBLISH A NEW BLOG**

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/14/2021 10:59 PM
Envelope: 3112592
Reviewer: Jaiden H.



As you can see, he's somewhere on the BLT-123 spectrum.

"Ashley" has been trying to make money off his daughter's "disappearance" with a fundraiser that has since been removed, and is claiming that the girl has run away with a rapist.

Get updated from the latest posts straight to your mailbox!

SUBSCRIBE

CLICK TO DOWNLOAD THE TURTLEBOY APP




TRENDING NOW

RECENT COMMENTS



**Boston Irish** on Storm Fupas Form Blubber Blockade At Major South End Intersection, Preventing School Bus From Moving Because They're Mad About Meth Miles

**MGTOW TURTLE** on Busty The Clown Is Big Mad Over Traffic From Heroic New Bedford Cop's Funeral

**Boston Irish** on Busty The Clown Is Big Mad Over Traffic From Heroic New Bedford Cop's Funeral

**Rte2tentrezident** on Demolition Dumpsterqueen Who Pissed 'Bout The Fuels Used At Police Gets Shot And Killed by Police When He Forgets To Shoot Them After Driving Car Into LDD Headquarters

**The fupas are coming the fupas are coming**
on Storm Fupas Form Blubber Blockade At Major South End Intersection, Preventing School Bus From Moving Because They're Mad About Meth Miles









The girl wasn't reported missing until three weeks after she left, the cops aren't saying anything about a sex offender, and dad turned mom #2 is trying to make money off her disappearance. Nothing shady about that.

What does he need money for exactly? The police are looking for her and it costs him literally nothing. Unsurprisingly this is not his first online fundraiser

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/14/2021 6:01 PM
Envelope: 3112592
Reviewer: Jaiden H.



**Ashley StAngelo** created a fundraiser.

January 16 · Facebook Fundraisers · 🌐

My buddy had been battling a sickness and i had done everything in my power to keep him alive ! Unfortunately at 12:24 this morning he has passed on and is no longer suffering ! Gonzo is beside his buddy max in this photo listed on his fundraiser ! I had spent all of our budget for the next 2 months on his care and now with his untimely unexpected death I am in need of help to pay for his cremation ! Anything at all would be greatly appreciated !





**Cremation cost for my cat Gonzo**

Fundraiser for Ashley StAngelo

My buddy had been battling a sickness and i had done everything in my power to keep him alive ! Unfortunately at... Continue Reading

$280 raised of $250                                    Ended

2 people donated.

Then yesterday after being missing for three weeks Marissa posted on Facebook from the East Providence police station to let people know about her grizzly 2nd mother.



**Marissa Lynn Stangelo** is at East Providence Police.

20h · East Providence, RI · ⊙

My name is Marissa Stangelo, I am a 16 year old runaway and my life is
in danger because of my dad Ashley Stangelo. I've been dealing with
mental, physical,and psychological abuse at the hands of Ashley and my
brother Anthony for years. I'm tired of the constant abuse, I refuse to go
home as long as Ashley Stangelo is running around keeping this
manhunt for me going. She has been telling everyone that I ran away to
be in a relationship with an older man, I have no idea where she came up
with this I have been telling her for a long time that I have no interest in
dating, I don't know how she has run with this lie so long. I know she is
going to hurt me as soon as she gets her hands on me. She had kept me
locked in my room for three months before I managed to get out of the
house with my mom. When we went to the police together they wouldn't
even help us even though they knew we were in danger because of
Ashley. I think the East Providence police and any authorities involved
are afraid of my dad because she is trans. Ashley has been lying to the
law and the court in order to get what she wants and that's why I have
been out of that house for so long. I was afraid for my life 24 hours a
day. I couldn't live like that anymore. I have tried to get in front of a
judge with my mom a number of times, but Ashley had already lied to
them and got what she wanted. She has full custody of me and no one in
the state is listening to my voice. If Ashley gets me back, she will
definitely make me pay for trying to get away from her for good. She is
the abuser and she is keeping this manhunt for me going because she
doesn't want anyone to know everything she has put me through. I can't
go home to my dad I am in fear for my life in that house. I am not going
to stop running from her, because I am not a missing child and Ashley
DOESN'T care about me, she wants me back in her control so I can be
the punching bag of the house between my father and brother. I AM
SAFE AND I WILL NOT GO BACK TO ASHLEY!!!!!!!
(If you think don't think it's me here's your proof. Ask Ashley how I broke
my hand. She's going to say the dog did it)



According to her "Ashley" has been abusive and this is why she hasn't returned. Her allegation is backed up by a couple things. First is her sister who started **this Change.org petition** and is alleging that she was also abused.

Hi this is on behave of Marissa StAngelo she ran away from
home because of our abusive father as well I did when I was 17,
I'm her older sister. When I ran away requesting help from the
state of Rhode Island, its police force and its DCYF system Would
not help me! Im scared marissa won't get the proper help either
that is why im creating this petition!

Marissa and I have gone through abuse since we were
toddlers from our father Anthony/ Ashley St Angelo! Most of you
have seen her letters she posted and I wanted to start a petition
to keep her away from our father to show the courts this Friday
and any other future court date! Please sign and help me protect
my sister and mother! My mother and sister deserve peace of
mind, safety, proper love and care! Please note she is not
kidnapped or missing! She is a run away from abuse of our
transgender father who uses the fact hes transgender as a way
to get away with breaking the law and abusing him family!

Then there's this comment left by a friend of Marissa's who
claims she helped Marissa escape after "Ashley" kept
Marissa as a virtual prisoner, and deprived her of food. She
also claims that they saw each other in court on August 20.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 8:01 PM
Envelope: 3112592
Reviewer: Jaiden H.



**Alexis Liolios**

Yeah, the window to her bedroom was locked, and Ashley would sleep right next to the front door to make sure she couldn't leave. Marissa managed to break the window lock, and we would have to slide her plates of food through the window without Ashley noticing, a few times Ashley had caught me passing Marissa food, and I was attacked by her verbally for trying to feed her child on numerous occasions. I had talked to marissa about sneaking out to get away from Ashley and we managed to get her out, and helped her get out of the house on August 9th. Ashley has seen Marissa after august 9th, Ashley and her wife had court on the 20th, Marissa was there and that is the real last time that Ashley saw Marissa. Ashley is not being truthful to anyone in this situation.

10m    Like    Reply

Marissa's brother Anthony, who she alleges is abusive, is autistic. He is only 15.

"Ashley's" real name is Anthony as well, and he's a well known backyard mechanic in East Providence. Most of his court cases deal with small claims related to his "business," Anthony's Auto Service.



Oh, and in 2015 Anthony started

**another extremely shady fundraiser** by using a baby.





That's his granddaughter, and the daughter of his daughter who also ran away from him when she was 17 due to allegations of abuse. The entire story was made up to cash in on the damage he caused, but luckily nobody donated. Just another scam from a guy who was trying to raise money for gender reassignment surgery.

Obviously I don't know all the details here, but when a kid says they ran away from home because they're abused and more than one person backs up the allegation, it becomes credible. When you see that Marissa is "missing," she's actually OK and isn't getting molested by a sex offender. It's just her shady GoFundMe Dad trying to profit off of the fact that she escaped from his house.

Please consider supporting local journalism by donating to the Turtle fund:

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 155 of 259 PageID #: 570

# <u>**EXHIBIT 6**</u>

Transcript of:

Turtleboy Sports, *Episode #246 -*
*TBLive: Principal Cancelled, East Providence*
*BLT-123 Dad, Failure Swift Court Loss*

YouTube (Sept. 5, 2020)

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 156 of 259 PageID #: 571

# In The Matter Of:

*Transcription from Audio/CD or Other*

*St. Angelo vs Kearney, YouTube Episode 246*

*September 5, 2020*



Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2022 2:20 PM
Envelope: 3112592
Reviewer: Jaiden H.

CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 157 of 259 PageID #: 572   4 (1 - 4)

St. Angelo vs Kearney YouTube Episode 246 9-5-2020

**Page 1**

TRANSCRIPTION FROM AUDIOTAPE

IN RE:  ST. ANGELO vs. KEARNEY

YOUTUBE EPISODE 246

9-5-2020

**Page 2**

AIDAN KEARNEY:  Okie dokie.  Let's go onto the next topic, here.  So I've somebody I'm going to bring on in a minute.  So Holly, I know you could probably hear me, right now.  I'm going to bring you in, in a couple of minutes. I just have to introduce the story, first, so this story is out of Rhode Island.  It's out of East Providence.  This was kind of halfway through the week, I saw this story, so there was a missing teenager, a 16 year old girl named Marissa St. Angelo, and she has last been seen, reportedly, on August 9th.  This was released on, I want to say, August 30th, around there, so it was, like, three weeks later she gets reported missing, which is a lot.  Now, this is her, quote, unquote, mom, number two, Ashley. As you'll notice, Ashley is a dude.  So it's her dad.  He is on the BLT 123 spectrum, somewhere. And he owns, like, an auto service, which is not even an auto service.  I guess it's just him in his backyard fixing cars, that's what I'm told, and he has started -- he has used his kids before to start fundraisers.  Like, he started this one in 2015, raised exactly zero dollars.

**Page 3**

He said, our granddaughter was born February 2015 and since then, the paternal family has been there to see her four times, as of today, their own choice, blah, blah.  He just goes on, and he basically, you know, it says -- talks about restraining orders, and the dad's family is bad, and I need money.  What do you need money for?  I don't know.  I just need it.  I have a kid, here.  I'm going to use it.  I'm going to try to make some money off of it.  That is all this guy seems to be doing.  Anyway, he is -- of course, the girl is missing and after three weeks, he shares a Goddamn fundraiser, okay, to find his daughter.  Okay.  What the fuck do you -- what do you need money for? Western Mass?

WESTERN MASS:  No, there is nothing. I mean, once you have one go fund me, you can't follow it up with a second one.

AIDAN KEARNEY:  No.

WESTERN MASS:  You're only allowed one per lifetime.  After that --

AIDAN KEARNEY:  Right, right, right.

WESTERN MASS:  -- you are a scammer,

**Page 4**

automatically.

AIDAN KEARNEY:  And like you should be able to explain what you need fund money for. Like, there's a thing called the police, right? They get -- they have money.  Our taxes go to them.  That's why we pay taxes, so they will go and find the kid, not so you need to raise money on your own.  What the fuck do you need?  First of all, you don't have -- you have one less mouth to feed, so what are the hell are you complaining about, right?

WESTERN MASS:  Did nobody ask?

AIDAN KEARNEY:  No, well, he didn't -- it didn't last very long, because all of a sudden, the missing girl, Marissa St. Angelo, just appears.  And she makes some very serious accusations that she has been suffering mental and physical and psychological abuse at the hands of her father, Ashley, for quite some time, constant abuse, and like, literally escaped.  Leaves this whole note explaining it. The post goes viral.  Her friend comments and says that she has helped her sneak out the window, because I guess the guy wasn't giving

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/25/2021 12:20 PM
Envelope: 3112592
Reviewer: Jaiden H.

PC-2021-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 158 of 259 PageID #: 573

Dr. Angelo v. Kearney / YouTube Episode 248 9-5-2020   2 (5 - 8)

**Page 5**

1   her food and shit like that. It sounds like
2   fuckin' crazy, like, a dungeon. That is --
3   again, in fairness, this is one side of the
4   story, and however, you also have the daughter's
5   version of events. You've got this one --
6   you've got the friend's version of events, and
7   you also have the sister's version of events.
8   The sister's -- and we are going to bring the
9   sister on in one moment. And she has started
10  this change.org petition, and she basically says
11  that she suffered similar circumstances to the
12  ones that her sister described in that Facebook
13  post. So I'm going to go ahead and bring in
14  Holly, right now. Hello. Holly, are you there?
15  Hold on. Hello.
16          HOLLY ST. ANGELO: Hello.
17          AIDAN KEARNEY: Hi, Holly, how are you
18  doing?
19          HOLLY ST. ANGELO: Good. How are you?
20          AIDAN KEARNEY: I'm good. Thank you.
21  So thank you for coming on. And can you hear me
22  all right?
23          HOLLY ST. ANGELO: I can hear you,
24  yes.

**Page 6**

1           AIDAN KEARNEY: Okay, cool. So we
2   were just talking about your story. I am sure
3   you heard it back stage or whatever. Tell me,
4   first question, do you know where your sister is
5   right now?
6           HOLLY ST. ANGELO: Honestly, I don't.
7           AIDAN KEARNEY: Okay. Do you talk to
8   her, at all?
9           HOLLY ST. ANGELO: She hasn't reached
10  out to me. I just think she's scared.
11          AIDAN KEARNEY: You think she's
12  scared, okay. Was that definitely her who made
13  the Facebook post earlier in the week?
14          HOLLY ST. ANGELO: It was. She did
15  confirm to the police -- the East Providence
16  police that it was her, but she did not disclose
17  where she is at.
18          AIDAN KEARNEY: And how come the East
19  Providence police aren't returning her to your
20  father?
21          HOLLY ST. ANGELO: Because she is at
22  the age of 16. She can technically consent that
23  she wants to be with her mother. So they are
24  just waiting to see what happens at court.

**Page 7**

1           AIDAN KEARNEY: Okay. And your mother
2   has her head on her shoulders?
3           HOLLY ST. ANGELO: Yes.
4           AIDAN KEARNEY: Okay. And you said
5   that you suffered similarly with -- you had
6   similar experiences, because your sister sounds
7   like she was, like, friggin' Rapunzel, like,
8   held in a Goddamn dungeon or something.
9           HOLLY ST. ANGELO: It's all true. I
10  went through the same thing at her age.
11          AIDAN KEARNEY: I'm sorry to hear
12  that. Like -- and did you escape? Did you run
13  away?
14          HOLLY ST. ANGELO: I did. I ran away,
15  as well. I got no help from the Rhode Island
16  DCYF. I got no help from its police, its news
17  channels, absolutely nothing.
18          AIDAN KEARNEY: Were you a missing
19  teen, too?
20          HOLLY ST. ANGELO: No, my father
21  didn't end up putting a missing report, because
22  I went to my grandparent's house.
23          AIDAN KEARNEY: Oh, okay, I see. And
24  how come -- how did your dad get custody?

**Page 8**

1           HOLLY ST. ANGELO: It's only
2   temporary. It's not even really like custody,
3   per se, because he was lying to the courts
4   before my mom could even get a chance to get a
5   court hearing.
6           AIDAN KEARNEY: Okay, gotcha. Okay.
7   Well, your -- I told you, your father e-mailed
8   me, right?
9           HOLLY ST. ANGELO: Yes, I saw that.
10          AIDAN KEARNEY: Okay. I am just going
11  to read this, because I want to share with
12  people what Ashley wrote to me in the e-mail, so
13  this is what -- Ashley e-mails me and says, "I
14  am the parent of Marissa St. Angelo with who you
15  mentioned in your post. I'm writing to let you
16  know Marissa and her mother left the house, not
17  in any means of protection of abuse, but for my
18  wife to be allowing to continue a relationship
19  between my 16 year old missing daughter and her
20  49 year old, disgusting boyfriend"; is that
21  true?
22          HOLLY ST. ANGELO: Honestly, I have no
23  idea. I haven't been in that house or around
24  them, really. So I don't know about -- I don't

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2022 2:20 PM
Envelope: 3112592
Reviewer: Jaiden H.

PC-2021-00261-JJM-LDA    Document 6-3  Filed 07/02/21   Page 159 of 259 PageID #: 574

Dr. Angelo v. Kearney / Youtube Episode 246 9-5-2020

(9 - 12)

Page 9

1    -- would believe -- I don't really believe it,
2    but I just can't --
3              AIDAN KEARNEY:  Yes.
4              HOLLY ST. ANGELO:  -- say for sure,
5    because I wasn't there.
6              AIDAN KEARNEY:  So yeah, I mean, she
7    wrote in her thing, though, like, her dad's
8    making that up.  That she is perfect -- she made
9    sure she wrote, like, I'm perfectly safe.  I'm
10   fine.  Is your sister rebellious?
11             HOLLY ST. ANGELO:  No, not really.
12   She is a very good kid, has good grades in
13   school.
14             AIDAN KEARNEY:  Okay, so she is not
15   the type to have a 49 year old boyfriend?
16             HOLLY ST. ANGELO:  I don't think so.
17             AIDAN KEARNEY:  That's kind of weird.
18   I mean, that is -- if you are the type of 16
19   year old to be into 49 year old men, you have a
20   lot of issues, so unless -- you would probably
21   know if she was that type of girl.
22             HOLLY ST. ANGELO:  Yeah.
23             AIDAN KEARNEY:  Yeah, so he goes on to
24   say in the police report, I will attach,

Page 10

1    "Marissa does not even state abuse and she
2    stated I'm mad at her boyfriend only and
3    nothing.  She's being exploited by her mother,
4    who should be in jail for this.  I have never
5    had a complaint of abuse against me, nor do I
6    have any kind of record, at all"; is that true?
7              HOLLY ST. ANGELO:  No, that is not
8    true, because as you seen (sic) in the messages
9    I sent you, I sent you his -- most of his police
10   records, dating back to 1997, and almost all of
11   them --
12             AIDAN KEARNEY:  You did.
13             HOLLY ST. ANGELO:  -- were abuse
14   charges or domestics.
15             AIDAN KEARNEY:  Yes, let's bring some
16   of those up, actually.  I am going to go to
17   them, right now.  I have got them queued up,
18   here.  Okay.  So you've sent me all the police
19   reports, so this one is from January of 2016.  I
20   -- whatever it is, "Pacheco and I were
21   dispatched to this house.  While in route, we
22   were advised that the female was operating a
23   silver Ford Explorer, bearing Rhode Island
24   registration.  I responded to the scene as other

Page 11

1    officers checked the area.  Upon arrival, I
2    spoke with Anthony -- that is now Ashley St.
3    Angelo.  Anthony stated that just prior to our
4    arrival, he was arguing with his wife.  He
5    stated that it was a verbal agreement --
6    argument only and left the house.  Subsequently,
7    after he followed her outside, and according to
8    Anthony, she stated that she was going to ram my
9    car, and that she was suicidal," so that is --
10   it's so confusing, here.  Is she your dad or
11   your mom?
12             HOLLY ST. ANGELO:  So around that
13   time, it's really -- it's where it got really
14   confusing.
15             AIDAN KEARNEY:  Yeah.
16             HOLLY ST. ANGELO:  So whenever -- I
17   believe that they referred to "she" as my
18   mother --
19             AIDAN KEARNEY:  Okay.
20             HOLLY ST. ANGELO:  -- and not my
21   father, but I mean, even reading that is kind of
22   confusing.  I was there for that day, so if you
23   want me just to tell you how that day --
24             AIDAN KEARNEY:  Yes, tell me what

Page 12

1    occurred.  Yeah, tell me about it, better than
2    reading the report.
3              HOLLY ST. ANGELO:  So my father had
4    just got home from Butler Hospital, because he
5    was -- the previous week, like, claiming that he
6    wanted to commit suicide.
7              AIDAN KEARNEY:  So he was in Butler?
8              HOLLY ST. ANGELO:  So -- yes.
9              AIDAN KEARNEY:  Because I know
10   somebody that stayed there once, who actually
11   called in.  Her name Amanda Sawyer, maybe they
12   were roommates, but go on.
13             HOLLY ST. ANGELO:  The name kind of
14   sounds familiar.
15             AIDAN KEARNEY:  Yeah, yeah.
16             HOLLY ST. ANGELO:  But -- and then my
17   father, also, the same day, that morning, he
18   went to Memorial, because he was feeling sick,
19   so my parents had just gotten home from all of
20   this crazy chaos, and my father said, oh, I want
21   to go kill myself.  And my mother would not let
22   him go, so my mother's car was the silver Ford
23   in the front of the driveway.
24             AIDAN KEARNEY:  Okay.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/25/2021 2:20:20 PM
Envelope: 3112592
Reviewer: Jaiden H.

PC-1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 160 of 259 PageID #: 575

Dr. Angelo vs Kearney | YouTube Episode 246 9-5-2020    4 (13 - 16)

Page 13

1    HOLLY ST. ANGELO:  So my father then
2  went to get in the back -- like, in his car,
3  which was behind my mother's and he rammed her
4  car into the street pole, like, right outside
5  our house.
6    AIDAN KEARNEY:  Oh, wow.  Jesus
7  Christ, and there was another incident when your
8  dad was on top of a bridge trying to kill
9  himself; wasn't there?
10    HOLLY ST. ANGELO:  Yes, I believe I
11  sent you that article, too.
12    AIDAN KEARNEY:  Yes, we do have that
13  one.  The police officer went.  It actually
14  sounds heroic, and it was, because he couldn't
15  get a sex change, right?
16    HOLLY ST. ANGELO:  Yes, at the time he
17  was struggling with his medical.  His medical --
18  a medical doesn't normally cover things like
19  that.
20    AIDAN KEARNEY:  Yes.
21    HOLLY ST. ANGELO:  And he couldn't
22  afford it, and he decided to go around and tell
23  people that his family was against him.
24    AIDAN KEARNEY:  Yeah.  Wow.  And what

Page 14

1  is your -- like, when did your dad start
2  transitioning?  How old were you when that
3  happened, and what was that like?
4    HOLLY ST. ANGELO:  I believe it was
5  the very end of 2015 to the beginning of 2016
6  and I was 16.
7    AIDAN KEARNEY:  16, so that must have
8  been tough.
9    HOLLY ST. ANGELO:  It was very tough.
10  I grew up with him as a father, and now he
11  wanted to be transgender.  And if he wasn't
12  abusive, I probably would have been a little
13  more accepting over it.
14    AIDAN KEARNEY:  Yes, so you don't call
15  him "she" or anything like that or "mom"?
16    HOLLY ST. ANGELO:  No.
17    AIDAN KEARNEY:  Okay.
18    HOLLY ST. ANGELO:  Absolutely not.
19    AIDAN KEARNEY:  Do you have any
20  relationship that's good for you?  Do you have
21  any relationship with him, whatsoever?
22    HOLLY ST. ANGELO:  No, not really.
23    AIDAN KEARNEY:  Okay.  And so this
24  e-mail that he sent me, it seems like it's just

Page 15

1  filled with lies, you know, smearing your
2  mother.  The fact that he wrote that I have
3  never had any issues with the law or whatever or
4  legal problems and then you send me all that
5  stuff, that kind of shows me that he is a liar
6  and he cannot be trusted, here.  And you know,
7  he is just trying to smear your mother, and I
8  don't -- why does he want your sister back, if
9  he treats her like shit?
10    HOLLY ST. ANGELO:  Because he is
11  abusive, manipulative.  He is a control freak,
12  and he wants the money from the state.  He has a
13  business that he runs, still, and it's an
14  illegal business, because he can't afford to
15  keep the business, and it's all just show and
16  for money.  He is technically not supposed to be
17  working, because he's collecting SSI and he
18  wants the checks to keep coming for the kids.
19    AIDAN KEARNEY:  How does he collect
20  SSI?
21    HOLLY ST. ANGELO:  He claims about all
22  his disabilities, his mental disability, because
23  he has been in and out of Butler.  He claims he
24  has back injuries, neurological injuries.

Page 16

1    AIDAN KEARNEY:  Yup.  Oh, Jesus
2  Christ, and so your sister is a check for him?
3    HOLLY ST. ANGELO:  Yes.  That is all
4  we are.  As children, we've always been just
5  numbers.
6    AIDAN KEARNEY:  Yeah, and so you had a
7  baby at very young age and he tried to use your
8  baby to raise money, too.
9    HOLLY ST. ANGELO:  He did.
10    AIDAN KEARNEY:  And you still have
11  your baby?
12    HOLLY ST. ANGELO:  I have joint
13  custody with my daughter's father, but because
14  of my father and the way he's been our whole
15  life, my daughter's father doesn't believe that
16  it's safe for me to take her, which is complete
17  BS, because I have a clean record, and I have
18  always been known to be a good person, so I'm
19  also currently fighting my daughter's father in
20  court --
21    AIDAN KEARNEY:  Wow.
22    HOLLY ST. ANGELO:  -- because of
23  repercussions over what my father has set in
24  place for us as children and what he did.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2021 2:20 PM
Envelope: 3112592
Reviewer: Jaiden H.

PC-2021-00224   Document 6-3   Filed 07/02/21   Page 161 of 259 PageID #: 576   5 (17 - 20)
Dr. Angelo v. Kearney   YouTube Episode 246 9-5-2020

**Page 17**

1  AIDAN KEARNEY:  Jesus, so this is
2  doing a lot of damage, not just to you, but to
3  your family and --
4      HOLLY ST. ANGELO:  To everybody.
5  AIDAN KEARNEY:  -- anyone -- yeah.
6      HOLLY ST. ANGELO:  Everybody he knows.
7  AIDAN KEARNEY:  Wow, okay, so --
8      WESTERN MASS:  Can I ask a question?
9  AIDAN KEARNEY:  Yes, go ahead.
10     WESTERN MASS:  Is there a brother
11 involved in this, too?
12     HOLLY ST. ANGELO:  There is.  My
13 brother is still with my father, unfortunately.
14 My brother doesn't know any better, because he
15 is autistic, so he grew up seeing abuse, so he
16 thinks abuse is okay.  My mother was trying to
17 get custody of both Marissa and Anthony, and she
18 wants to give my brother the proper help he can
19 get at Bradley, and maybe possibly the proper
20 medication to help him straighten out.
21     AIDAN KEARNEY:  Wow.  What are the
22 cops going to do now?  I mean, are they just
23 going to forget about -- I mean, they must know
24 where she is.  Why did the cops put out a

**Page 18**

1  missing kid thing, if they have no intention of
2  returning the missing kid?
3      HOLLY ST. ANGELO:  Well, my father is
4  the one that starred the posting.
5  AIDAN KEARNEY:  Wow.
6      HOLLY ST. ANGELO:  And just sharing
7  it, I guess.
8  AIDAN KEARNEY:  Okay.  So they have no
9  -- they know the deal.  They have no intention
10 of --
11     HOLLY ST. ANGELO:  At this time, as
12 far as I am aware, they have no intentions of
13 bringing my sister to my father.
14 AIDAN KEARNEY:  Well, that is good,
15 and you started this petition and a lot of
16 people signed it.  Her posts went viral, fast.
17 It got taken down.
18     HOLLY ST. ANGELO:  It got (inaudible)
19 views -- 2,000 shares and about 1,000 comments.
20 AIDAN KEARNEY:  Yes, because everybody
21 was sending me that.  Like, you've got to see
22 this story.  So I went and screenshot it, and
23 the next day it was gone, but luckily, I
24 screenshotted (sic) it, so --

**Page 19**

1      HOLLY ST. ANGELO:  Well, (inaudible)
2  screenshot it, and we keep continuing to share
3  it, because we want her voice to be heard,
4  because I remember how bad I felt when my voice
5  wasn't heard five years ago.
6      AIDAN KEARNEY:  Aww.
7      HOLLY ST. ANGELO:  And I don't want
8  her to feel the same way.  I want justice for my
9  sister.
10     AIDAN KEARNEY:  It's sad, you don't
11 get to talk to her, huh?
12     HOLLY ST. ANGELO:  No, she is -- I
13 think and truly believe she is just so scared.
14 I remember when I was in her shoes, I didn't
15 talk to nobody either, I cut everybody off,
16 because I was scared my father would get ahold
17 of me somehow and I guarantee that's exactly how
18 she feels.
19     AIDAN KEARNEY:  That's awful.  That's
20 fuckin' awful.  I am sorry you've got to deal
21 with this.
22     HOLLY ST. ANGELO:  Thank you.  I
23 appreciate it.
24     AIDAN KEARNEY:  Your dad sounds like a

**Page 20**

1  jerk.  No offense.  I mean --
2      HOLLY ST. ANGELO:  (Inaudible) to me.
3  AIDAN KEARNEY:  Yeah, yeah.  So
4  anyway, do you have -- is there any chance you
5  can reconcile with your dad or you think your
6  relationship with him is permanently just
7  destroyed?
8      HOLLY ST. ANGELO:  My relationship
9  with him was permanently destroyed, the first
10 time he put his hands on me.
11 AIDAN KEARNEY:  Wow.
12     HOLLY ST. ANGELO:  As a kid, I knew
13 that it wasn't right.  I was just scared to
14 speak out against it, because -- the same reason
15 my mother and my sister are.  He always
16 threatened to kill us.
17     AIDAN KEARNEY:  He did threaten to
18 kill you?
19     HOLLY ST. ANGELO:  All the time, and
20 if we opened our mouths, he threatened that he
21 would kill one of us.
22     AIDAN KEARNEY:  Like, literally kill
23 you?
24     HOLLY ST. ANGELO:  I don't know if

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2022 2:20 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 162 of 259 PageID #: 577
Dr. Angelo v. Kearney / Youtube Episode 246 9-5-2020    6 (21 - 24)

Page 21

1    he'd actually do it.

2              AIDAN KEARNEY:  Yes.

3              HOLLY ST. ANGELO:  But that's what the

4    threats were.

5              AIDAN KEARNEY:  You just lived in fear

6    of him, constantly?

7              HOLLY ST. ANGELO:  Yes.

8              AIDAN KEARNEY:  Jesus Christ, that's

9    awful.  I'm so happy your sister spoke out,

10   because without that, they might have found and

11   returned her, because you see a missing kid like

12   that, everyone is just, like -- the first thing

13   you assume is she ran away with her boyfriend.

14   That's usually what that means, but it sounds

15   like this chick actually was, like, running away

16   for legitimate reasons.

17             HOLLY ST. ANGELO:  I know, and a lot

18   of people tried saying, oh, that her letter is

19   fake, that her sister is being fake and that is

20   why I'm glad that we're doing this.

21             AIDAN KEARNEY:  Yup.

22             HOLLY ST. ANGELO:  Because now people

23   -- we can kind of resolve some of these

24   questions and negative comments.

Page 22

1              AIDAN KEARNEY:  And somebody actually

2    brings up a good question, here.  Are the police

3    or DCYF investigating your father?

4              HOLLY ST. ANGELO:  No, as far as I'm

5    concerned, they are not, and I don't understand

6    why.  They didn't back then, either.

7              WESTERN MASS:  You said that he was --

8    he had been using his transgenderism as a

9    crutch, kind of anything to fend off anybody that's going

10   to saying negative to him.

11             HOLLY ST. ANGELO:  Yes, he has, and a

12   good example of that is, like, this article that

13   he still has -- that report he still had up,

14   about the ramming of my mother's car.  He used

15   it in the court of the law and said that my wife

16   and my children are discriminating against me,

17   because I'm transgender, and all charges got

18   dropped.

19             AIDAN KEARNEY:  Really.  So he knows

20   how to play the victim.  Wow, that's

21   unbelievable.

22             WESTERN MASS:  Do you know, by any

23   chance, if he had, like, some kind of troubled

24   upbringing or something that would have made him

Page 23

1    -- or do you just think he's just mentally ill

2    and has always been like this?

3              HOLLY ST. ANGELO:  He has had -- he

4    had a criminal record since he was a juvenile,

5    because of being in school, he'd start fights;

6    he's picked fights.  I think it has always been

7    a mental -- like, a mental disability, but he

8    has been in and out of Bradley as a child.

9              AIDAN KEARNEY:  Okay.  Yeah, I am,

10   like, looking at his docket here.  Stuff goes

11   back to 1997.  He has gotten stuff on his

12   criminal file back until -- a lot of domestic

13   assault charges.  You know, a lot of stuff,

14   like, self harm, stuff like that.

15             HOLLY ST. ANGELO:  He had a lot of

16   domestic charges as a juvenile, as well, is what

17   I've been told by family members.

18             AIDAN KEARNEY:  I mean, so is your mom

19   going to get custody or what?

20             HOLLY ST. ANGELO:  I really hope so.

21   That is what they're fighting for.  The court

22   hearing ended up getting postponed.  I don't

23   really know why, but my mother's lawyer is going

24   to try to go on Tuesday and see what he can do

Page 24

1    about getting another date or talking to the

2    judge about getting her full custody.

3              AIDAN KEARNEY:  Wow.

4              HOLLY ST. ANGELO:  But the end goal is

5    to get full custody of both kids and I'm hoping

6    there will be another court date.

7              AIDAN KEARNEY:  Wow.  I am, like,

8    reading all -- these are horrifying.  Wow.

9    Anyway, well, thank you for coming on.  I

10   appreciate that, and keep me -- you know how to

11   reach me.  Keep me up to date.  I want to keep

12   following up on this story.

13             HOLLY ST. ANGELO:  Of course, I will.

14   Thank you so much for letting me get our story

15   out there.

16             AIDAN KEARNEY:  You're very welcome.

17   You have a nice night.

18             HOLLY ST. ANGELO:  You, too.

19             WESTERN MASS:  Thank you.

20             AIDAN KEARNEY:  Bye.

21             HOLLY ST. ANGELO:  Bye.

22             AIDAN KEARNEY:  What I nice girl, huh?

23             WESTERN MASS:  That is so sad.

24             AIDAN KEARNEY:  I know.  It's

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2021 2:20 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 163 of 259 PageID #: 578

Dr. Angela N. Kearney v. Marlboro Episode 246 9-5-2020          7 (25 - 28)

**Page 25**

1    terrible.

2              WESTERN MASS:  It's so sad and --

3         AIDAN KEARNEY:  It's terrible, yes.

4         WESTERN MASS:  -- but didn't -- but

5    like, part of me wants to know, is any of this

6    abuse, like, of a sexual nature, because --

7         AIDAN KEARNEY:  That's -- that's what

8    I was thinking in my head.  I didn't even want

9    to ask it, either.  I just thought it was

10   inappropriate to, but --

11             WESTERN MASS:  Yes, but it's, like,

12   something that is in the back of your mind,

13   because a lot of times, you know --

14        AIDAN KEARNEY:  It's a different --

15   it's a very different level of abuse.

16             WESTERN MASS:  I'm trying to pick my

17   words nicely, here.

18        AIDAN KEARNEY:  No, no, it's a very

19   different level, like, you know, sexual abuse,

20   and like, being beaten are very different,

21   obviously.  A lot of kids get beaten.

22             WESTERN MASS:  Yes, there's --

23        AIDAN KEARNEY:  But sexual abuse is

24   like, fuckin' --

**Page 26**

1              WESTERN MASS:  -- also a gray area

2    with what's beating and what is spanking and all

3    that.

4         AIDAN KEARNEY:  Yeah, yeah.

5         WESTERN MASS:  But there is not really

6    much of a gray area with sexual crimes.

7         AIDAN KEARNEY:  No, no.

8         WESTERN MASS:  And I think, maybe,

9    people would take it more seriously, if they

10   knew that that was involved, too.

11        AIDAN KEARNEY:  Yeah.

12        WESTERN MASS:  And not to say that it

13   absolutely is, but they -- I noticed that they

14   use the word "abuse" a lot or she did and her

15   sister did.

16        AIDAN KEARNEY:  Yeah.

17        WESTERN MASS:  But they didn't really

18   specify whether it was, like, physical or

19   mental, emotional or sexual, like, so that kind

20   of just leaves it a little blank for me, and I

21   am just, like -- I feel like it would be a lot

22   more serious if something, you know, was said

23   about what exactly was happening.

24        AIDAN KEARNEY:  Yeah, yeah.

**Page 27**

1              WESTERN MASS:  I mean, beating a kid

2    is awful, so no matter what this guy is --

3         AIDAN KEARNEY:  No, of course.

4         WESTERN MASS:  (Inaudible)

5         AIDAN KEARNEY:  I am against beating

6    kids.

7              WESTERN MASS:  This guy obviously has

8    an issue.

9         AIDAN KEARNEY:  Just to be very clear.

10   All right.  Let's move onto a lighter topic,

11   here.

**Page 28**

1

2              C E R T I F I C A T E

3         I, Jeannette M. Criscione, hereby

4    certify that the foregoing is a true, accurate

5    and complete transcript to the best of my

6    ability taken from the tape recordings supplied

7    to the offices of Allied Court Reporters, Inc.

8

9

10   IN WITNESS WHEREOF, I have hereunto set my hand this
     27th day of April, 2021.

11

12

13              *Jeannette M. Criscione*

14

15

16

17   JEANNETTE M. CRISCIONE     CERTIFIED COURT REPORTER
                                NOTARY PUBLIC/COMMISSION
18                              EXPIRES 12-17-24

ALLIED COURT REPORTERS, INC.          (401)946-5500

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 164 of 259 PageID #: 579

# <u>EXHIBIT 7</u>

Uncle Turtleboy, *Transgender East Providence Dad Whose Daughter Alleged He Abused Her Got a RO Placed On Him In Leominster District Court Today For Harassing My Family And Using The Courts To Abuse Us*

Turtleboy Sports
(Feb. 10, 2021)



### JOIN THE REVOLUTION

**WTF**    **HOODRAT HEROES**    **SOCIAL JUSTICE WARRIORS**    **PODCASTS**    **ALL CATEGORIES**

**TURTLE CLUB**    **SHOP**    **MY ACCOUNT**

WTF            Uncle Turtleboy / February 10, 2021 / 116 Comments

# Transgender East Providence Dad Whose Daughter Alleged He Abused Her Got A RO Placed On Him In Leominster District Court Today For Harassing My Family And Using The Courts To Abuse Us



25 Votes

Everything I discuss in this blog was discussed at length on the live show last night. **Click here** to subscribe to our YouTube channel and always get the content first.

# Support Our Cause

PayPal Has Permanentl Banned TB For Being "Inconsister With Their User Agreement And Not Creating A "Safe Community

## FOLLOW TURTLEBOY ON FACEBOOK

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/4/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.



Episode #311 - Turtleboy Gets Visited by th...



Last September I **published a blog** about a missing 16 year old girl in East Providence who posted on Facebook and alleged that she had run away from her abusive transgender father Ashley St. Angelo, who attempted to fundraise and profit off of her disappearance.



Turtleboy Spor...

Like Page



## "I AM TURTLEBOY" NOW ON SALE ON AMAZON, BUY YOUR'S TODAY



## SHOP THE TURTLEBOY STORE







# LISTEN TO UNCLE TURTLEBOY'S LATE NIGHT GARAGE PODCAST ON ITUNES AND SOUNDCLOUD

# FOLLOW TURTLEBOY ON FACEBOOK



# SUBSCRIBE TO RECEIVE EMAIL NOTIFICATION EVERY TIME WE PUBLISH A NEW BLOG

Get updated from the
latest posts straight to
your mailbox!

SUBSCRIBE



**Marissa Lynn Stangelo** is at East Providence Police.

20h · East Providence, RI · 🌐

My name is Marissa Stangelo, I am a 16 year old runaway and my life is in danger because of my dad Ashley Stangelo. I've been dealing with mental, physical,and psychological abuse at the hands of Ashley and my brother Anthony for years. I'm tired of the constant abuse, I refuse to go home as long as Ashley Stangelo is running around keeping this manhunt for me going. She has been telling everyone that I ran away to be in a relationship with an older man, I have no idea where she came up with this I have been telling her for a long time that I have no interest in dating, I don't know how she has run with this lie so long. I know she is going to hurt me as soon as she gets her hands on me. She had kept me locked in my room for three months before I managed to get out of the house with my mom. When we went to the police together they wouldn't even help us even though they knew we were in danger because of Ashley. I think the East Providence police and any authorities involved are afraid of my dad because she is trans. Ashley has been lying to the law and the court in order to get what she wants and that's why I have been out of that house for so long. I was afraid for my life 24 hours a day. I couldn't live like that anymore. I have tried to get in front of a judge with my mom a number of times, but Ashley had already lied to them and got what she wanted. She has full custody of me and no one in the state is listening to my voice. If Ashley gets me back, she will definitely make me pay for trying to get away from her for good. She is the abuser and she is keeping this manhunt for me going because she doesn't want anyone to know everything she has put me through. I can't go home to my dad I am in fear for my life in that house. I am not going to stop running from her, because I am not a missing child and Ashley DOESN'T care about me, she wants me back in her control so I can be the punching bag of the house between my father and brother. I AM SAFE AND I WILL NOT GO BACK TO ASHLEY!!!!!!!
(If you think don't think it's me here's your proof. Ask Ashley how I broke my hand. She's going to say the dog did it)

**CLICK TO
DOWNLOAD THE
TURTLEBOY APP**




**TRENDING NOW**

**RECENT
COMMENTS**

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
...M-LDA   Document 6-3   Filed 07/02/21   Page 170 of 259 PageID #: 585
Submitted: ...nt ... Dad Whose Daughter Alleged He Abused... Harassing My Family And Using The Courts To Abuse Us - TurtleBoy  5/...  11:01 AM
Envelope: 3112592
Reviewer: Jaiden H.



**Her Mother** on Busty The
Clown Is Big Mad Over Traffic
From Heroic New Bedford
Cop's Funeral

**THANK YOU JESUS** on
Farmer McPegger Announces
Free Tomato For Black
People And BLF123's At
Raynham Farm

**Dr Wu** on Boston Diversity
City Councilor Blames
Asphalt Streets For City's
Murder Rate By Making The
Temperature Too High

**Hate Has A Home HERE!** on
Mikayla Miller's Abusive Mom
Can't Stop Lying To Fellow
Race Baiting Deadbeats
Tamika Mallory And Fake
Bishop Talbert Swan

**SAY HER NAME** on Mikayla
Miller's Abusive Mom Can't
Stop Lying To Fellow Race
Baiting Deadbeats Tamika
Mallory And Fake Bishop
Talbert Swan

In late December Ashley St Angelo contacted me and asked me to remove the blogs, claiming that he had proof that his two daughters alleging abuse were lying. He didn't provide anything, and because he was further trying to smear his own children I refused to have them removed.

On January 4 I started getting emails from an email account
named Jenny Manning, who claimed to be working for a
group called the Justice League, which exposes defamatory
bloggers. Jenny Manning said that Ashley St. Angelo had
contracted them to clear his name and repeatedly emailed
me, my parents, and my wife's employer asking for comment.
They said they would stop the harassment if I removed the
blogs about Ashley, which gave away the fact that Jenny
Manning was Ashley.

Ashley **published a blog** for the "Justice League" that made
up ridiculous allegations that we sexually abuse children, and
falsely claimed that my family also writes for TBS. He posted
our address, urged people to contact my wife's employer, and
posted a picture of my children with the quote "I hope these
kids are not being sexually demonized by their farther. Lord
pray for these kids." He even included an email of me telling
him to stop contacting me.





again.



But the harassment continued so I contacted the Holden
Police who then contacted Ashley, and Ashley told them that
he found the Justice League online, "asked them to handle
him on her behalf," said she would contact the Justice
League to tell them to stop, stated that the group was real,
and told the Holden Police Officer that "Many years ago I
would've driven to his house and beaten the shit out of him."
She even told the police that she would buy them lobster
dinner if they got me to take the blogs down.

According to the police report Ashley then went to a
courthouse in Providence to get an order against me, and lied

and told the judge that the Holden Police had recommended he do so. HPD says that this was a lie.



Holden Police Department      Page: 1
NARRATIVE FOR OFFICER CHRISTOPHER M MESERVEY
Ref: 2101-8-OF

Entered: 01/06/2021 @ 1611    Entry ID: CMM
Modified: 01/15/2021 @ 1339    Modified ID: CMM

I Officer Christopher Meservey of the Holden Police Dept. attest to the following set of facts:

On Wednesday January 6th, 2021 I was working my regularly scheduled 7am – 3pm patrol shift when I received radio call from dispatch requesting me to return to the station to assist a citizen who had called in. Upon my arrival I met with the dispatchers and they advised me that Mr. Aidan Kearney requested to have an officer call him back in regards to an ongoing he has. I called Mr. Kearney back and he relayed the following to me: Mr. Kearney stated that back in September of 2020 he had written an blog and posted it to his website. Mr. Kearney is the part owner and writer for Turtleboy Sports. Mr. Kearney stated that he had written an article about a Mrs. Ashley St. Angelo. Within this article Mr. Kearney discusses Mrs. St. Angelo's social media posts and an online fundraiser she started to find her missing daughter (Marissa St. Angelo). In the article Mr. Kearney goes onto say that Mrs. St. Angelo's daughter was not truly missing and that she had been with her mother. Furthermore the fundraiser appeared to be set up to profit Mrs. St. Angelo rather than be used to find Mrs. St. Angelo's daughter. Mr. Kearney went onto say that over the past several weeks Mrs. St. Angelo has contacted him and requested that he take the article down. Mrs. St. Angelo forwarded emails which she claimed proved that she was in fact innocent of what was in Mr. Kearney's article. Mr. Kearney stated that the article would not be taken down. Mr. Kearney then advised that he began receiving emails from a "Jenny Manning" Mrs. Manning is alleged to represent the "Justice League 17". This group is apparently an anti-defamation group that helps parties with blog posts. Mr. Kearney went onto say that this group advised him that they posted a link about he and his wife. Within this blog they claimed that Mr. and Mrs. Kearney are "sexual deviants" and that they are "racists". The blog also contained pictures of the Kearney's children, their addresses, contact information, and Mrs. Kearney's employer's information. Also included in the email is a screenshot which shows a communication from Mr. Kearney requesting that Mrs. Manning stop contacting Mr. Kearney. This email, which included a link to the blog, was sent to the Mr. and Mrs. Kearney, Mr. Kearney's father in law, and Mrs. Kearney's employer. Mr. Kearney did not originally know who this person was but later discovered that they were requesting that they removed his blog about Ashley St. Angelo. If Mr. Kearney complied and took down the blog then they too would take down their blog. Mr. Kearney stated that his wife (who works at a school teacher) was contacted by her employer because someone had reached out to them for a quote in regards to "how they felt about employing a sexual deviant" These interactions have had a grave effect on both Mr. and Mrs. Kearney. I told Mr. Kearney that I would call Mrs. St. Angelo and speak with her.

I called Mrs. St. Angelo at 1:49pm and talked to her for approx. 20 minutes. Mrs. St. Angelo stated that she had reached out the Mr. Kearney to take down the post but he was not going to. Mrs. St. Angelo went onto to say that out of frustration she began to look online for help. She stated that she had contacted the court system and attorney in East Providence where she lived but that no one would help her. She stated that she searched on Facebook for help with blogs and this is where she found the Justice League 17 group. She went onto say she forwarded all the emails and whatever other information she had about the Turtleboy situation and that she asked them to handle it on her behalf. She stated that she did not know what they did with the information after that. I informed her that the group had been in contact with Mrs. Kearney's employer and that they were beginning to coming close to harassing the Kearney's. Mrs. St. Angelo stated that she did not want that. I advised her to

Holden Police Department
Page: 2

NARRATIVE FOR OFFICER CHRISTOPHER M MESERVEY
Ref: 2101-8-OF

Entered: 01/06/2021 @ 1411        Entry ID: CMM
Modified: 01/15/2021 @ 1339      Modified ID: CMM

contact the group and tell them to cease and desist any further contact with the Kearney's. Mrs. St. Angelo stated that she would do that. Mrs. St. Angelo went onto say that she has had a difficult time since the article came out and that she has even lost out on section 8 housing due to the article. I explained to her that she has rights and she should contact the court system where she lives to see if there are any possible avenues she can pursue. Mrs. St. Angelo was quite upset about the article and stated several times that she wished Mr. Kearney would take it down. Mrs. St. Angelo went onto say on two separate occasions with in the conversation that "Many years ago I would've driven to his house and beat the shit out of him". Or that is she hadn't changed she would've handled this herself through physical means. Mrs. St. Angelo then again requested that I ask Mr. Kearney to take down the article and that if I was successful in this she would "buy everyone lunch; Lobsters I don't care". I informed Mrs. St. Angelo that I would contact Mr. Kearney and advised him that we had talked.

Tuesday January 12th, 2021 was my next shift on duty. Upon my arrival I checked email and had received emails from Mr. Kearney stating that Mrs. Manning had not stopped contacting him. I then looked into the blog about Mr. Kearney and there was an update on 1/6/2021 at 3:23pm which stated that a client of theirs had been contacted by the police and spoken to. The update went onto say that they would "would not stop or be stopped until you give in or are ruined completely by the actions you have caused" (this was directed at Mr. Kearney as he has refused to take down the article. I then attempted to contact the Justice League 17 and Mrs. Manning specifically. I was unable to make contact with the Justice League through any internet searches or through Facebook. I find this odd as this is an apparent anti-defamation group whose sole purpose is to assist people online. Furthermore there was no contact information on the blog that was posted via WORDPRESS.COM. This is a website that allows people to create their own blogs. I also found it strange that the "about us" story explaining who the justice league is was created and posted on the same day (January 3rd, 2021) as the article in regards to Mrs. St. Angelo. Also there are only two blog stories from the Justice League 17 on the website. I waited to hear back from Mrs. Manning before I contacted Mrs. St. Angelo again.

Wednesday January 13th, 2021 at approx. 12:19pm received a radio call to proceed to the lobby of our station to assist a party in the lobby with paperwork. Upon my arrival I met and spoke with Mrs. St. Angelo. Mrs. St. Angelo had paperwork for Mr. and Mrs. Kearney in regards to a civil case that has come from the blog story. Mrs. St. Angelo handed me a civil restraining order that she stated need to be served to the Kearney's. I reviewed the restraining order and saw that it was a civil restraining order. While reviewing the restraining order I read over the affidavit that Mrs. St. Angelo had filled out. Within the affidavit it stated that Officer H-32 (that is my badge number) "advised me to get an immediate restraining order (and hinted that I may need it)" I had never told Mrs. St. Angelo anything of the sort. I then had dispatch contact the Licht Judicial Complex of Providence/Bristol County to confirm the authenticity of this paperwork as I looked for anymore inconsistencies within the affidavit. After several minutes we did confirm that the paperwork was authentic but the whole matter was civil. Furthermore the court advised us that Mrs. St. Angelo is responsible for delivering the civil restraining orders to Mr. and Mrs. Kearney vis constable and is responsible for any fees associated with. I returned to the lobby and explained this to Mrs. St. Angelo. I also advised her that she had misrepresented me in her affidavit. Mrs. St. Angelo stated "that's what you told me" I assured her that I said nothing of the sort. I knew that she

Holden Police Department

NARRATIVE FOR OFFICER CHRISTOPHER M MESERVEY     Page: 3

Ref: 2101-8-OP

Entered: 01/06/2021 @ 1411          Entry ID: CMM
Modified: 01/15/2021 @ 1339         Modified ID: CMM

would not qualify for a restraining order. The only advice I gave her was that she should seek legal advice through the court or through an attorney if she felt she had been wronged. I asked her when I" hinted that she may need a restraining order?" To which she replied "your voice deepened". I told her that that never happened. She went onto say that "my memory is shot", "I can't remember the conversation", and that maybe she "misinterpreted" what I had said. I also told her that I was unable to get a hold of neither the Justice League 17 nor Mrs. Jenny Manning and I was beginning to doubt if they in exist. I told Mrs. St. Angelo that I find it especially suspicious that the only one that can get a hold of this group is Mrs. St. Angelo. I went onto explain to Mrs. St. Angelo that given the fact that I cannot get a hold of this group, Mrs. Manning, cannot confirm that they are real people, and that the only goal of the Justice League 17 is to keep a blog up until Mr. Kearney takes his about Mrs. St. Angelo down. I have formulated the professional opinion that Mrs. St. Angelo is the author of the blog from the Justice League 17. Furthermore there is no Justice League 17 and Mrs. St. Angelo's purpose is not to inform the public about Mr. Kearney but rather her sole purpose in posting this blog is to intimidate Mr. Kearney into taking down his post about Mrs. St. Angelo. Mrs. St. Angelo stated that they group was real. I told her to get in contact with them and to have them. As the writing of this report I still have not heard from any party. I informed Mrs. St. Angelo that I would be filing this report should either party need it.

On Friday 01/15/2021 at 1:30PM I called the Rhode Island Superior Court to advise of the inaccuracy in Mrs. St. Angelo's affidavit. The clerk I spoke with merely stated that the hearing is on the 25th

Yet somehow Providence Superior Court Judge Melissa Darigan granted the temporary restraining order (which was not served in time for the January 25 court date and I did not receive until yesterday) based off this ridiculous affidavit filled with lies that Judge Darigan couldn't be bothered to verify. (he was also given a waiver for paying for any of this, so it's all just a free game)



STATE OF RHODE ISLAND

SUPERIOR COURT

| Plaintiff | Civil Action File Number |
| Ashley Saint AngeloPPA Anthony St. Angelo | PC-2021-00224 |
| v. | |
| **Defendant** | |
| Aidan Kearney | |
| Licht Judicial Complex | |
| Providence/Bristol County | |
| 250 Benefit Street | |
| Providence RI 02903 | |
| (401) 222-3250 | |

**TEMPORARY RESTRAINING ORDER**

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 02/19/2021 at 2pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.

2. The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.

3. This restraining order shall expire on 2/19/21.

4. OTHER:

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| Entered as an Order of the court on 1/25/2021. | BY ORDER OF: |
| | /s/ Marybeth Rachiele |
| | Clerk |
| | ENTER: |
| | /s/ Melissa E. Darigan |
| | Associate Justice |

A TRUE COPY ATTEST

DEPUTY SHERIFF

SC-CMS-18 (revised July 2020)

True Copy Attest

Office of Clerk of Supe
Counties of Providenc









Lies:

- My wife had anything to do with this

- I incited violence towards him

- He had "bricks, eggs, rocks and so on" thrown through his windows

- Hid daughter's allegations were untrue

- He provided me with evidence that the story was untrue

- He contacted an online group to help him get the blog taken down

- HPD told him that they didn't think it was him harassing my family

- HPD advised him to get a restraining order against my family

- His life is being threatened by turtle riders

Judge Darigan didn't ask for evidence of any of these things, because there is none. She simply signed the order and is attempting to force two innocent people (one of whom doesn't even know who Ashley St. Angelo is) to drive across state lines during a pandemic.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 3:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Around this time I also filed for an order against Ashley in
Leominster District Court after he repeatedly contacted me
via email and continued to harass my wife's employer,
threatening to show up at her work to protest against her.
Attacking my family to get to me is the lowest thing a person
can do. Come after me all you want, I'm built for this. Leave
innocent people alone.

The temporary order was granted against Ashley, who
appeared in court today with me and was in rare form. Ashley
(formerly Anthony) said that he never told the police that he
knew or contacted the Justice League, and that HPD was
conspiring with me. Calling the police liars is not generally an
effective strategy to use in court, and the order was granted
for a full year for not only me, but also for my family and my
wife's employer.



https://turtleboysports.com/transgender-east-providence-dad-whose-...rt-today-for-harassing-my-family-and-using-the-courts-to-abuse-us/     Page 18 of 123

**HARASSMENT PREVENTION ORDER**
G.L. c. 258E (Page 2 of 3)

DOCKET NO. 21-61-CR-21

Massachusetts Trial Court

**C. MODIFICATIONS/EXTENSIONS**

☑ This order was issued after a hearing at which the Plaintiff ☑ participated ☐ did not participate and the Defendant ☑ participated ☐ did not participate

The Court ORDERED that the prior order issued 1/25/21 be MODIFIED as follows:

added    paragraph    #7

☑ The expiration date of this order has been EXTENDED *(See Below)* ☐ OTHER MODIFICATION(S) *(See Above)*

| DATE OF MODIFICATION | TIME OF ORDER | | EXPIRATION DATE OF ORDER | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|---|---|
| 2/10/21 | | ☐ AM ☐ PM | 2/4/22 at 4 P.M. | Mark C. Noonan |

NEXT HEARING DATE

2/4/22 At 9:00 ☑A.M. ☐P.M. Court: Leominster      Courthouse Phone Number: (978) 537-3722

☐ BY TELEPHONE CONFERENCE: Call-in Number: _____ Password: _____

If either the Plaintiff or the Defendant has questions about the hearing or the Order, contact the Court by telephone at the courthouse phone number BEFORE THE DATE OF THE HEARING. If you cannot reach the Court, please call the Trial Court Help Line at 1-833-91COURT (1-833-912-6878).

**D. MODIFICATIONS/EXTENSIONS**

☐ This order was issued after a hearing at which the Plaintiff ☐ participated ☐ did not participate and the Defendant ☐ participated ☐ did not participate

The Court ORDERED that the prior order issued _____ be MODIFIED as follows:

☐ The expiration date of this order has been EXTENDED *(See Below)* ☐ OTHER MODIFICATION(S) *(See Above)*

| DATE OF MODIFICATION | TIME OF ORDER | | EXPIRATION DATE OF ORDER | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|---|---|
| | | ☐ AM ☐ PM | at 4 P.M. | |

NEXT HEARING DATE

At _____ ☐A.M. ☐P.M. Court: Leominster      Courthouse Phone Number: (978) 537-3722

☐ BY TELEPHONE CONFERENCE: Call-in Number: _____ Password: _____

If either the Plaintiff or the Defendant has questions about the hearing or the Order, contact the Court by telephone at the courthouse phone number BEFORE THE DATE OF THE HEARING. If you cannot reach the Court, please call the Trial Court Help Line at 1-833-91COURT (1-833-912-6878).

**E. PRIOR COURT ORDER TERMINATED**
This Court's prior Order is terminated. Law enforcement agencies shall destroy all records of such Order.

☐ TERMINATED AT PLAINTIFF'S REQUEST

| DATE OF MODIFICATION | TIME OF ORDER | | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

WITNESS – FIRST OR CHIEF JUSTICE          A true copy, attest (Asst.) Clerk-Magistrate

04/15/2020

I will do anything to protect my family.

Anyway, I've tried contacting attorneys in Rhode Island about how to do this remotely, since innocent people should not be dragged across state lines during a pandemic to be forced to stand next to their abusers in court. No one will help us for less than $2,500, which I'm not paying because I could get this dismissed very easily by showing up. I'd rather not though, and it's a rather simple matter, so if you are an attorney in Rhode Island and wanna help my family out feel

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 184 of 259 PageID #: 599

# **<u>EXHIBIT 8</u>**

Ashley St. Angelo
Facebook Post

(Oct. 18, 2020)

Sign Up

Log In

Forgot account?



Ashley StAngelo
October 18, 2020

I have always been a friend to everyone and always put my family on a pedestal. I have been treated like shit by my soon to be ex wife as well as arrested by false claims and proven false in court and the case was dismissed. I thought of leaving my soon to be ex wife then but I believed that the court would give custody to mom because I am a transgender woman and being judged for who I am as transgender not only that but the lies my soon to be ex wife cooked up so I decided to stay for my kids and only my kids who loved me and I loved them but the marriage cin my opinion was over. As my daughter got older I was framed by my daughter so she can get what she wanted and my wife helped. My my daughter is now over 18 she has jumped from house to house living her life from one man to the next and recently been involved with a guy I believe won't last. In my opinion her life is ruined. My other daughter is going down the same path as she has been involved with a 49 year old guy and she is only 16. But the frame up job has not only come back but it has with a vengeance. My wife knew about this relationship and allowing it was unimaginable to say the least. When the guy George Liolios from East Providence RI told me my daughter is 16 and she can fuck whoever she wanted and there is nothing I can do I wanted to beat him but I took the higher road and thew him off the property. My wife soon later the same day to leave with him after he stole tools and other miscellaneous property from me. Within a few days the public bashing started causing violence to not only me but to my 15 year old son all while nobody knew the truth and my wife and 2 daughter's laughing in the background while we has eggs, bricks, rocks, and so on thrown at the home and we were in fear of bullets being next. Yes I am a transgender woman and no that had nothing to do with it but they made it a part of their plan to publicly destroy me. My wife knew since day 1 23 years ago and never had a problem. She brought me willingly for my top surgery and even chose the size I should get for top surgery and sex was more incredible for her since. But now we have been shamed and in risk of loosing our home and leaving us flat. The lies continue and public shaming is still going on bringing false witnesses to court and lately the only joy I get in my life is proving in court all their lies. Some have been proven in court by medical documents already and I have documentation to prove the rest. But yes more and more lies come up and my soon to be ex wife is using someone for now because this woman has money and once all said and done my wife will ditch this person. This is the type of person I did not marry. This is not the first time this has happened to me but made me more prepared for the games she plays. I have always loved her and even now I miss her but the love that was there is now gone and I will not endure her abuse mentally any more. I almost committed suicide in the past due to trauma at home she has allowed and aggravated and I could not handle it until one day I decided my life without my kids would ruin my kids down the road. So I got help and years of mental help made me stronger than ever and now I stand up for me and my kids against any trouble that may come. Understand I filed for divorce not her and she claims she could not cry for help well that is easy to show that is / was a lie. We all had cell phones I paid for and if there was fear they could have called 911 while I was sleeping or out during the day or had a friend call and so on. My daughter claimed the same but she had gone to school where any staff would have listened and she had a counselor privately who would have stepped in but no she only complained about bully's and school work. They also claimed I starved my daughter but how is that possible when there is plenty of food in the house and my soon to be ex wife was always home and I went out during the day could have fed her if she was starved. Why is it everyone blamed me for starving my daughter and believed these lies ? Because it was juicy and don't use common sense. I was a severely abused child and I know abuse but unfortunately people use these tactical miniver's to get away with what they did and it hurts the people that is being honest. It hurts the people that are trying to be

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2021

protected or people needing protection. I have one daughter who I believe her life is ruined but now I want to protect my other daughter and make sure her life is going to go in the right direction. I want her to grow stronger than it can ever be and yes I want better than I ever had. That's what a REAL parent wanted for every child.

Here is a comparison to what I have lived !



YOUTUBE.COM
**Woman hits herself to 'frame husband for domestic violence' | A Current Affair Australia**

| 2 | 5 Comments |
|---|---|

Share

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 187 of 259 PageID #: 602

# **EXHIBIT 9**

## Declaration of Aidan Kearney

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 188 of 259 PageID #: 603

DocuSign Envelope ID: 3BFBB39A-B880-414E-B945-BA0369D19254

**STATE OF RHODE ISLAND**                    **SUPERIOR COURT**
**PROVIDENCE, SC.**

| | | |
|---|---|---|
| **ASHLEY ST. ANGELO, PPA** | : | |
| **ANTHONY ST. ANGELO,** | : | |
| | : | |
| *Plaintiff,* | : | **CASE NO. PC-2021-0224** |
| | : | |
| **v.** | : | |
| | : | |
| **AIDAN KEARNEY AND JULIANNE** | : | |
| **KEARNEY,** | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

## DECLARATION OF AIDAN KEARNEY

I, Aidan Kearney, declare:

1.      I am over the 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2.      I am a defendant in the above-captioned action, along with my wife, Julianne Kearney.

3.      I make this Declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim for Relief, as well as my Motion to Terminate and Vacate Restraining Order, filed herewith.

4.      I have rarely been to the state of Rhode Island, and even then, only occasionally, visiting beaches and tourist attractions.

5.      I do not conduct business in the state of Rhode Island or have any regular presence there.

6.      I am a resident of the Commonwealth of Massachusetts and do business there.

7.      I operate and maintain two websites called "turtleboysports.com" and "TBDailyNews.com," which can be assessed from anywhere in the world. There is no separate business entity that operates or maintains these websites.

- 1 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 189 of 259 PageID #: 604

DocuSign Envelope ID: 3BFBB39A-B880-414E-B945-BA0369D19254

8.      On these websites, I collect and comment on matters of public interest and conduct and report on investigative journalism.

9.      I have used the websites to expose corruption in the Massachusetts State Police. A February 18, 2018 Boston Globe editorial credited Turtleboysports.com for breaking two stories which led to the shakeup and departure of high-ranking members of the Massachusetts State Police.[1]

10.     Revenue from these websites is derived from placement of advertisements, just like any other news site like the Providence Journal or Boston Globe. None of the ads or promotions appearing on the websites target Rhode Island or are directed to a specific geographical community. The contents of the websites are accessible to anyone.

11.     Prior to September 1, 2020, I was aware of fundraising efforts Plaintiff had made regarding her daughter allegedly going missing. I reviewed these fundraising messages and found them suspicious. My suspicions were later heightened when I saw a social media post published by Plaintiff's allegedly "missing" daughter stating she had fled her home because she had been subjected to abuse at the hands of Plaintiff and Plaintiff's son. Her older sister also published a statement claiming that she had been abused by Plaintiff and Plaintiff's son, as well. A friend of the older sister also published a statement providing details of the younger sister's abuse.

12.     Upon obtaining this information, I weighed the evidence available to me and determined that the account of events provided by Plaintiff's daughters was more credible. Then, on September 1, 2020, I authored articles on my websites at the URLs <https://tbdailynews.com/missing-east-providence-teen-posts-on-facebook-that-she-ran-away-from-abusive-transgender-father-who-is-attempting-to-profit-off-of-her-disappearance/> and <https://turtleboysports.com/blt-123-dad-accused-of-abusing-missing-east-providence-teenage-daughter-in-facebook-post-she-wrote-has-been-cashing-in-on-fundraiser-and-has-several-other-

---

[1]   "Where's the accountability of the State Police?", BOSTON GLOBE (Feb. 28, 2018), available at: https://www.bostonglobe.com/opinion/editorials/2018/02/28/where-accountability-state-police/IZ0y2DRwGUPs5XNsoGuMoK/story.html.

- 2 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 190 of 259 PageID #: 605

DocuSign Envelope ID: 3BFBB39A-B880-414E-B945-BA0369D19254

allegations-by-family-members/>.  True and correct copies of these articles are attached to my Motion to Vacate and Terminate Restraining Order as **Exhibits 5 and 6**.  The articles contain screen shots demonstrating the facts on which I relied in making my statements, including the research I performed and the statements of Plaintiff's daughters and their friend.

13.     On September 5, 2020, I interviewed Plaintiff's older daughter.  She clarified that her sister was not missing and provided multiple reports contradicting Plaintiff's denials of abuse. The same day, I uploaded a video of this interview on the video streaming platform YouTube.  The video is accessible at the URL <https://www.youtube.com/watch?v=hTTJNAkMfE0>.

14.     Plaintiff contacted me and asked that I remove my statements about her on my websites.  I did not find her denials of her daughters' claims of abuse convincing and I felt that Plaintiff was not telling me the truth.  Accordingly, I did not remove the statements, as I felt it was important to let the public know about apparent child abuse and Plaintiff's attempt to profit from this abuse.

15.     Plaintiff then began to harass me and my family by publishing statements under the alias "Justice League."  Plaintiff falsely claimed, *inter alia*, that my wife and I sexually abuse children, published our home address, urged readers to contact my wife's employer, and posted a picture of my children with the statement "I hope these kids are not being sexually demonized by their father.  Lord pray for these kids."  These statements continued despite me specifically instructing "Justice League" not to contact me.

16.     Due to this harassment, I contacted the Holden, Massachusetts Police Department in January 2021 and reported what Plaintiff was doing.  The Holden police then contacted Plaintiff. In the police report filed by the officer who spoke with Plaintiff, the officer makes it clear that he did not advise Plaintiff to seek a restraining order against me or my wife.

17.     I then published an article about this development on February 10, 2021, available at   the   URL   <https://turtleboysports.com/transgender-east-providence-dad-whose-daughter-alleged-he-abused-her-got-a-ro-placed-on-him-in-leominster-district-court-today-for-harassing-my-family-and-using-the-courts-to-abuse-us/>.  This article includes photographs I took of the

- 3 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.
DocuSign Envelope ID: 3BFBB39A-B880-414E-B945-BA0369D19254

Holden police report clearly displaying its text. A true and correct copy of this article is attached to my Motion to Vacate and Terminate Restraining Order as **Exhibit 8.**

18.   Due to Plaintiff's continuing harassment, I sought a Harassment Prevention Order against Plaintiff in Leominster, Massachusetts District Court, which was granted on January 25, 2021. Photographs of this order are also included in the February 10, 2021 article.

19.   The Harassment Prevention Order precluded Plaintiff from contacting me or from making statements regarding me or my family online, through text, or through email, and from contacting my wife's employer.

20.   Plaintiff violated this order and was arrested by East Providence, Rhode Island. Within minutes of being arraigned on charges for doing so, Plaintiff violated the order again.

21.   In writing articles about Plaintiff, I did not invite, request, or otherwise suggest that my readers communicate with Plaintiff.

22.   I do not conduct any advertising targeted directly at Rhode Island.

23.   I never purposely availed myself of the forum of Rhode Island.

I declare under penalty of perjury under the law of Rhode Island that the foregoing is true and correct.

Signed on ___5/6/2021_____ , at _____Jefferson MA_____ .

DocuSigned by:
*AIDAN KEARNEY*
C372E04DDE2C4EF...
Aidan Kearney

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 192 of 259 PageID #: 607

# __EXHIBIT 10__

Excerpts of Transcript of
January 12, 2021 Hearing

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 3/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 193 of 259 PageID #: 608

STATE OF RHODE ISLAND

PROVIDENCE, Sc.                                    SUPERIOR COURT

# ORIGINAL

ASHLEY ST. ANGELO               )

                                )

              VS.               ) CIVIL ACTION NO: PC/2021-00224

                                )

AIDAN KEARNEY, ET AL            )

HEARD BEFORE ASSOCIATE JUSTICE MELISSA E. DARIGAN ON:

TUESDAY, JANUARY 12, 2021

APPEARANCES:

ASHLEY ST. ANGELO, PRO SE

ROSEMARY A. PATALANO, RPR; OFFICIAL STATE COURT REPORTER

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 3/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 194 of 259 PageID #: 609

# C E R T I F I C A T I O N

I, Rosemary A. Patalano, hereby certify that the
succeeding pages, 1 through 15, inclusive, are a true and
accurate transcript of my stenographic notes.

ROSEMARY A. PATALANO, RPR

Certified Official Court Reporter

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 3/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

GW00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 195 of 259 PageID #: 610

1

1        **TUESDAY, JANUARY 12, 2021**

2            **AFTERNOON SESSION**

3        THE CLERK:  The case before this Court is Ashley

4    St. Angelo, as parent of Anthony St. Angelo, versus Aidan

5    Kearney and Julianne Kearney.  Last name is spelled

6    K-E-A-R-N-E-Y.

7        Ms. St. Angelo, please raise your right hand.

8        (Plaintiff duly sworn by the clerk)

9        THE CLERK:  Thank you.

10       Please state your name for the record and spell your

11   first and last name.

12       MS. ST. ANGELO:  Ashley Marie St. Angelo:

13   A-S-H-L-E-Y; and then it's S-T period; A-N-G-E-L-O.

14       THE COURT:  So, you're here asking to waive the

15   filing fee so you can bring a complaint against these

16   named defendants?

17       MS. ST. ANGELO:  Correct.

18       And their -- their blog also.  It's called Turtleboy

19   Sports in --

20       COURT REPORTER:  I'm sorry?

21       MS. ST. ANGELO:  It's in Mass --

22       COURT REPORTER:  I didn't hear you.

23       MS. ST. ANGELO:  Their blog also.  It's called

24   Turtleboy Sports.  "Turtleboy" is one word.

25       THE COURT:  Well, I don't know if you can sue a

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 3/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 196 of 259 PageID #: 611

2

1    blog.

2         MS. ST. ANGELO:  I am not looking to sue, Your

3    Honor.  I am looking to have them take the defamatory

4    speech down that's inciting violence towards me and my

5    son.

6         And as you know, Your Honor, I have been before you

7    before.  And I have always been truthful.  And the other

8    issue has been resolved without problem since.  I am

9    looking basically, Your Honor, to do the same thing.

10        If you read the statement, I don't mind if you read

11   the statement, it will take a moment, but I have some law

12   I'd like to --

13        THE COURT:  All right.

14        MS. ST. ANGELO:  Unfortunately, again, everything is

15   on my phone.  I apologize.  I don't want to --

16        THE COURT:  Well, I am not going to grant any -- any

17   substantive relief today.  The only thing that is before

18   me today --

19        MS. ST. ANGELO:  I'm just looking to have them stop

20   contacting me and take the false information down off

21   their websites.

22        The discrimination, the -- the referring to me as --

23   sexual discrimination as a "BLT123" and a "he", which I

24   don't know what that's about, the BLT123.

25        THE COURT:  Give me a minute to --

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 3/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 197 of 259 PageID #: 612

3

```
 1              MS. ST. ANGELO:  Sure.

 2              THE COURT:  -- review this.

 3              (Pause)

 4              THE COURT:  So, Ms. St. Angelo, your complaint

 5      involves an awful lot.  Have you --

 6              This is something you might want to seek out an

 7      attorney.

 8              MS. ST. ANGELO:  I would, honest to God, I can't

 9      even afford my own expenses.

10              THE COURT:  I know that.  But I'm going to give you

11      a phone number for the Rhode Island Bar Association.

12              MS. ST. ANGELO:  I did speak to them before coming

13      here today.

14              THE COURT:  You did?

15              MS. ST. ANGELO:  Yes.

16              THE COURT:  They do have an LGBTQ committee.  Did

17      anyone mention that to you?

18              MS. ST. ANGELO:  No.

19              THE COURT:  When you called the bar association,

20      what happened?

21              MS. ST. ANGELO:  They said that they're going to

22      refer me to several pro bono lawyers, but they don't

23      handle cases like this.

24              THE COURT:  Exactly.  They don't.  But a pro bono

25      lawyer means a free lawyer.
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 3/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:20-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 198 of 259 PageID #: 613

4

1           MS. ST. ANGELO:  Correct.

2           THE COURT:  So, did you get any names from them?

3           MS. ST. ANGELO:  I called several different ones

4     that they gave me, but none of them handle a case like

5     this.

6           This is my problem.  I was told by the police

7     officer in Massachusetts to highly recommend coming to

8     get a restraining order against them.  They keep calling

9     me and trying to get me to go on their live show, which I

10    am expecting if I had done that, they would destroy me

11    even more.  All their words are defamatory, okay?  One

12    moment.

13          THE COURT:  So, you're looking for a restraining

14    order?  See, I was not aware that you were looking for a

15    restraining order today.  I thought you were just looking

16    for the ability to file -- to file.  So, let me just get

17    up to speed.

18          MS. ST. ANGELO:  No, I am looking for a restraining

19    order.

20          THE COURT:  So, you'd like a restraining order

21    against Aidan and Julianne Kearney to prevent them from

22    what?  To stop them from what?

23          MS. ST. ANGELO:  Having these people calling me.

24    The violence.  The posts that they put, basically says

25    that I starve my daughter, I abuse my wife and daughter,

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 3/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Document 6-3   Filed 07/02/21   Page 199 of 259 PageID #: 614

5

1    my son, abuse my wife and daughter. I'm getting

2    threatening phone calls. I would change the number

3    except the whole world knows the number.

4        My son is getting harassed online because of these

5    people. They're calling me crushed turtles. That's what

6    they keep calling us, crushed turtles. I don't know what

7    that expression means, but it's all related to their

8    Turtleboy website, that we will get crushed by their

9    website.

10       And all their information is defamatory. Freedom of

11   speech --

12       THE COURT: All right.

13       MS. ST. ANGELO: I will go to --

14       THE COURT: Ms. St. Angelo, I am going to stop you

15   because I am aware, I am aware of the fighting words.

16   And I am aware --

17       MS. ST. ANGELO: That's what I was going to --

18       THE COURT: I am aware of that.

19       I am going to grant a limited restraining order

20   today.

21       MS. ST. ANGELO: Okay.

22       THE COURT: All right? Because this requires --

23   this requires a lot more time.

24       MS. ST. ANGELO: I apologize. I never give you an

25   easy case.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 3/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 200 of 259 PageID #: 615

6

1          THE COURT: And it requires an opportunity for the

2      defendant to appear.

3          MS. ST. ANGELO: Right.

4          Also, a lot of evidence that I would have to bring

5      in to you.

6          THE COURT: Yes, there's a lot here.

7          MS. ST. ANGELO: Oh, yeah.

8          My main goal for today, Your Honor, is that they

9      don't call me. Those come down for the ten days. The

10     YouTube video and their -- and their four posts come down

11     for the ten days. And if you agree that they were in the

12     right, they can place them back up, and I will seek

13     further measures thereon after.

14         But I am looking for, until the case is heard, for

15     this to come down. Because these are the reasons we are

16     getting these harassing phone calls. People on blogs

17     are reading their blog, they're calling us. I have

18     gotten calls from Canada, Texas, California, with

19     threats. I've got Facebook threats left and right that

20     they're going to come to my house and shoot me because of

21     stuff like this. And it's all --

22         It's all a lie. I proved to the gentleman it's all

23     a lie. And he told me if I don't go on a live broadcast,

24     he ain't taking it down, tough.

25         THE COURT: So, I have almost no evidence in front

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 3/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 201 of 259 PageID #: 616

15

```
 1            THE COURT:  Clerk's office and then do what they

 2    tell you to do.

 3            MS. ST. ANGELO:  I trust you know me.  I have always

 4    been honest with you.

 5            THE COURT:  You have been very candid with the

 6    Court.  That's for sure.

 7            MS. ST. ANGELO:  Thank you, Your Honor.

 8            THE COURT:  All right, Miss.  We'll see you -- we'll

 9    see you in a week and-a-half.

10            MS. ST. ANGELO:  Thank you.

11            Have a good afternoon.

12            THE CLERK:  You, too.

13            THE COURT:  Okay.

14            (Matter concluded)

15

16

17

18

19

20

21

22

23

24

25
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 202 of 259 PageID #: 617

# **<u>EXHIBIT 11</u>**

Excerpts of Transcript of
April 7, 2021 Hearing

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

C.A. 1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 203 of 259 PageID #: 618

1

```
1                    STATE OF RHODE ISLAND

2      PROVIDENCE, Sc.                      SUPERIOR COURT

3

4

5
       ASHLEY & ANTHONY R. ST.  )
6      ANGELO                   )
                                )    Pc-2021-00224
7             VS.               )
                                )
8      AIDAN & JULIANNE KEARNEY,)
       TURTLE BOY SPORTS        )
9
```

## HEARD BEFORE

## THE HONORABLE JUSTICE MELISSA DARIGAN

## ON APRIL  7, 2021

**APPEARANCES**:

```
ASHLEY ST. ANGELO.............. PRO SE
AIDAN KEARNEY.................. PRO SE
```

```
                   ELLEN McNAMARA, RPR
                   COURT REPORTER
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 204 of 259 PageID #: 619

# C E R T I F I C A T I O N

I, **ELLEN McNAMARA**, hereby certify that the succeeding pages **1** through **70,** inclusive, are a true and accurate transcript of my stenographic notes.

*McNamara*
_____
ELLEN McNAMARA, RPR
Court Reporter

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

JM-LDA   Document 6-3   Filed 07/02/21   Page 205 of 259 PageID #: 620

1

1        **Wednesday, April 7, 2021**

2            **AFTERNOON SESSION**

3        THE CLERK:  The case before this Court is Ashley St.

4    Angelo versus Aidan Kearney and Julianne Kearney.  This

5    is PC-2021-00224.

6        Ms. St. Angelo, please raise your right hand.

7            **ASHLEY ST. ANGELO**, duly sworn

8        THE CLERK:  Please state your name for the record,

9    and spell your first and last name.

10       MS. ST. ANGELO:  Ashley Marie St. Angelo,

11    A-S-H-L-E-Y, space, S-T. A-N-G-E-L-O.

12       THE CLERK:  Mr. Kearney, please raise your right

13    hand.

14            **AIDAN KEARNEY**, duly sworn

15       THE CLERK:  Please state your full name and spell

16    your first and last name for the record.

17       MR. KEARNEY:  Aidan, A-I-D-A-N, K-E-A-R-N-E-Y.

18       THE CLERK:  Did you say A-

19       MR. KEARNEY:  A-I-D-A-N.

20       THE COURT:  Sir, how do you pronounce your last

21    name?

22       MR. KEARNEY:  Kearney.

23       THE COURT:  I want to make sure I'm pronouncing it

24    right.

25       MR. KEARNEY:  Your Honor, my wife is -- she's having

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1    further about confidential communications that you have

2    had with attorneys.

3        MS. ST. ANGELO:  If you'd like the attorney's

4    information, I'm more than happy to give it to you.  You

5    can verify he asked, as well as I am, for an extension.

6    It's not to prolong this situation, Your Honor.  It's

7    just to protect myself.

8        THE COURT:  Well, again, it would have been more

9    helpful to have this information or to have this request

10   more than 24 hours in advance of the hearing so that

11   Mr. Kearney didn't have to drive down here today.

12       MS. ST. ANGELO:  I agree, Your Honor, but I did not

13   hear from the attorney until this afternoon.  And had I

14   known prior to, I absolutely would have made the Court

15   aware more than 24 hours' notice.  I'm not the type of

16   person to disrespect Mr. Kearney, his time, you know, his

17   gas and everything else.  I am not type of the person to

18   disrespect that.  Because I haven't heard from the

19   attorney until yesterday when I sent the e-mail, and I

20   did hear from him this morning.

21       THE COURT:  You can take a sit for right now.

22       MS. ST. ANGELO:  Sure.  Thank you.

23       THE COURT:  So this is what I had hoped to

24   accomplish today.  So Ms. St. Angelo came to this Court

25   in early January on a complaint against Aidan and

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 207 of 259 PageID #: 622

6

1    Julianne Kearney, as well as something called Turtleboy

2    Sports.

3        The complaint generally alleges harassment, but as I

4    understand the complaint, most if not all of the alleged

5    harassment is taking place online.

6        MS. ST. ANGELO:  Correct.

7        THE COURT:  Because the allegation relates to words

8    spoken or words written, material published, this is a

9    little more complicated than what I would call the usual

10   neighbor dispute or interpersonal issues of people not

11   being able to get along with each other.  I am happy to

12   hear that you have an attorney in the wings and I really

13   hope that an attorney does step in, because one of the

14   things that I really need to happen in this case is I

15   need -- not I need, the plaintiff, you need to keep this

16   case alive and going forward.  You are going to -- I'm

17   going to need you to provide an amended complaint that

18   details exactly and clearly what your claims are against

19   these defendants --

20       MS. ST. ANGELO:  Sure.

21       THE COURT:  -- including as exhibits to the

22   complaints the material that you contend are harassment,

23   defamatory, whatever the theories of the case are going

24   to be.

25       Perhaps we can clear up one thing right now, and

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 208 of 259 PageID #: 623

7

1    that has to do with Julianne Kearney.

2        Do you have a claim against her specifically as to

3    conduct that you allege she has committed or done?

4        MS. ST. ANGELO:  She -- she is part owner of the

5    website, so I included both.  So I'm not sure who is

6    typing, what information is being brought by either

7    party.  So as being co-owner of the website, that is why

8    I brought the claim against her as well.

9        THE COURT:  And as you're standing here right now,

10   it would be your intention to pursue a claim against her.

11       MS. ST. ANGELO:  Yes.

12       THE COURT:  Ms. St. Angelo, has there been any

13   interpersonal interaction between you and Mr. Kearney or

14   Mrs. Kearney --

15       MS. ST. ANGELO:  Yes.

16       THE COURT:  -- in terms of texts, phone calls,

17   e-mails?

18       MS. ST. ANGELO:  Yes.

19       THE COURT:  There have been.

20       MS. ST. ANGELO:  Yes.

21       THE COURT:  What's the nature of those interactions?

22       MS. ST. ANGELO:  I don't have them with me, Your

23   Honor, I apologize, because I'm waiting for the attorney.

24   He's got the documents.

25       If you want, I can look them up right now.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Document 6-3    Filed 07/02/21    Page 209 of 259 PageID #: 624

17

1    an active restraining against order him.  There's a

2    warrant out for his arrest.  And I am forced to drive

3    across state lines during a pandemic because I am a

4    defendant in this case, as if I have done anything wrong.

5    Especially my wife, who is completely innocent in this

6    case, and is 100 percent a victim.  It is morally

7    reprehensible what is happening now and just absolutely

8    awful.

9          And there's so much more to this, what this person

10   has done, that I have barely even scratched the surface,

11   but I think you get the point.

12         THE COURT:  I get the point, and I also get the

13   point that Ms. St. Angelo has many, many of the same

14   concerns and statements about you, all of which are going

15   to be sorted out.

16         So you did have some options, Mr. Kearney.  You

17   could have hired a lawyer.  You could have filed a motion

18   to dismiss.  There's a lot of things that you could have

19   done.  You didn't do them --

20         MR. KEARNEY:  I can't afford a lawyer.

21         THE COURT:  -- that's fine.  This is what we're

22   going to do now, because there is a whole lot to both

23   sides of the story.  A whole lot, a whole lot that I

24   don't understand, and a whole lot that I'm going to need

25   to understand, but it's the plaintiff's case, so the

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1    plaintiff is going to start first by getting this case in

2    order.

3        MS. ST. ANGELO:  If I may, Your Honor.  If I may?

4        First of all, everything he stated is inaccurate,

5    but he also stated he didn't post my name, address or

6    phone number.  I do have a video showing that he has.

7    Okay.  I have been accused of all this through the police

8    department when I went to go serve a restraining order to

9    him they refused to serve.  There's a lot more to this

10    case.

11        I've been -- I've got verifiable information that

12    when things don't go his way he posts fake blogs to cover

13    and protect himself.  I've got evidence of that.  Just

14    the same of what he's accusing me, I've got evidence that

15    he has done that to people in the past.

16        This has already gone far and beyond without my

17    attorney present.  Just the same, I can verify everything

18    that I have stated is true.  I'm getting a lawyer to

19    represent me to make sure that information that's not

20    relevant to this case is not provided.

21        THE COURT:  All right.  This is what we're going to

22    do, we're going to -- basically, we're going to start

23    this case over --

24        MS. ST. ANGELO:  Okay.

25        THE COURT:  -- because the complaint as it currently

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1    stands now is just insufficient for me to address

2    anything on a substantive level.

3         MS. ST. ANGELO:  Okay.

4         THE COURT:  So I'm going to give the plaintiff --

5         MS. ST. ANGELO:  And I may also want to add, Your

6    Honor, he knew about the court date that he was supposed

7    to appear for.  Prior to being served, I've got a video

8    of that, that was a date that he went to Leominster

9    courthouse to get his restraining order versus showing up

10   here that he knew was a hearing date to arrive for.

11        So he filed a revenge restraining order, lied to the

12   Judge.  I can't proof that at this point, and that's

13   another case that doesn't belong here, and he got his

14   restraining order.  But he maliciously did that on the

15   day that he was supposed to be here.

16        THE COURT:  I know that there are some questions

17   about service on Mr. and Mrs. Kearney, how service was

18   made, when it was made.  I know that service was made

19   eventually and finally through the Rhode Island Sheriff's

20   Department with their corresponding unit in

21   Massachusetts.  I'm not going to look back as to all of

22   the travel from the start.  We're going to hit the reset

23   button on this case as of today.  And that is what we're

24   going to do.

25        MR. KEARNEY:  Your Honor, if I could add just one

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1:21-CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 212 of 259 PageID #: 627

20

1    more thing.  In the police report, the Holden police

2    report, which I did submit as evidence, they specifically

3    say in here, Ashley, when he applied for the -- on his

4    affidavit that he provided to this Court, he says that

5    the Holden police instructed him to attempt to get a

6    restraining order.  The Holden police saw this, and

7    specifically in their report say that that is a bold-face

8    lie.  That they never ever told him to do that.  He made

9    that up.  So he lied on the police report.  In Court,

10   when I got my restraining order against him, his argument

11   to the Judge was that the Holden police are also a lie.

12   So everybody is lying here except for Ashley St. Angelo.

13        THE COURT:  Maybe everybody is lying.  Maybe nobody

14   is lying.  I don't know.  What I do know is I, myself

15   called the Holden Police Department three times to find

16   out about service in this case and not once did I have

17   the courtesy of a return phone call.  So I don't think

18   all that highly of the police department, when they don't

19   return a phone call of a Justice of another court

20   corresponding --

21        MR. KEARNEY:  I would like to speak to the police

22   about that.

23        THE COURT:  No.  Done.  Like three months ago.  And

24   that's why service went through the Rhode Island

25   Sheriff's Department because the Holden Police Department

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1    failed to respond to me.  Three phone calls.

2         MR. KEARNEY:  Okay.  The Holden police, when I spoke

3    to them, they said that they did contact the Court about

4    specifically the fact that they did not instruct Ashley

5    to come down here, and that they had called, but it

6    didn't matter.

7         THE COURT:  They didn't talk to this Court.  I don't

8    know what Court they were talking to.  It wasn't me.

9         So in any event --

10        MR. KEARNEY:  Could I have them contact you?

11        THE COURT:  No.  I'm done with the Holden Police

12   Department.  The Holden Police Department has absolutely

13   nothing to do with this case at this point.

14        MR. KEARNEY:  They do.

15        THE COURT:  Not with this case, they don't.

16        MR. KEARNEY:  I mean, this -- specifically about

17   this case, this police report is --

18        THE COURT:  The Holden Police Department does not

19   have a role in this case at this time.  If they end up

20   being a witness for you at the time of the hearing, we'll

21   deal with that when that happens.

22        All right.  Ms. St. Angelo.

23        MS. ST. ANGELO:  Yes, Your Honor.

24        THE COURT:  I am going to order you to file an

25   amended affidavit in this case --

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1    MS. ST. ANGELO:  Correct.

2    THE COURT:  -- that details all of your allegations

3    and claims against these defendants, whether it's

4    Mr. Kearney, Mrs. Kearney or some business entity that he

5    or they run --

6    MS. ST. ANGELO:  Okay.

7    THE COURT:  -- by May 7th.

8    MS. ST. ANGELO:  Okay.  I don't have a pen.  I

9    apologize.  I have one.  I apologize.  I have one.

10    THE COURT:  So May 7th for the plaintiff to file an

11    amended complaint.

12    THE CLERK:  I'll give you more paper.

13    MR. KEARNEY:  Do you want me to submit any of this

14    as evidence?

15    THE COURT:  Hang on, Mr. Kearney.

16    When the amended complaint is served on the

17    defendant --

18    THE CLERK:  Ms. St. Angelo, the Judge is speaking to

19    you.

20    MS. ST. ANGELO:  I apologize, Your Honor.  What was

21    that?

22    THE COURT:  So the amended complaint must be filed

23    by May 7th.

24    MS. ST. ANGELO:  Yes.  May I ask, Your Honor, just

25    what specifically did you say you wanted me to write on

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

1    the amended complaint or how you wanted it written,

2    please?

3         THE COURT:  You have an attorney.  Your attorney

4    will know what to do.

5         MS. ST. ANGELO:  Okay.

6         THE COURT:  But I need an amended complaint that

7    clearly sets forth what your claims are, against who and

8    what the basis is for the claim.  Again, if you have an

9    attorney and that attorney actually enters an appearance

10   in this case, then that attorney will know what to do.

11        This deadline of May 7th applies whether you have an

12   attorney or not.

13        MS. ST. ANGELO:  Okay.

14        THE COURT:  And if the attorney that you're talking

15   with, if that falls through, then the burden is going to

16   be on you to figure out an amended complaint.

17        MS. ST. ANGELO:  Sure.

18        THE COURT:  That amended complaint is going to need

19   to be served on all of the defendants.

20        MS. ST. ANGELO:  Okay.

21        THE COURT:  So I'm going to have --

22        MS. ST. ANGELO:  I apologize.

23        THE COURT:  I'm going to allow you to serve them by

24   regular mail and certified mail, return receipt

25   requested.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 216 of 259 PageID #: 631

24

1          MS. ST. ANGELO:  Okay.

2          THE COURT:  Again, if you have an attorney, the

3     attorney will know exactly what you have to do.  If you

4     don't have an attorney and you're going to remain

5     self-represented, you are going to have to figure that

6     out.  But I am going to permit service to be made by

7     regular and certified mail, in accordance with Rule 4 of

8     the Rules of Civil Procedure, since the defendants live

9     in Massachusetts.

10         Under our rule the defendants have 20 days to

11    respond to that complaint.

12         MR. KEARNEY:  What did you mean by that, "respond"?

13    Like --

14         THE COURT:  You can either answer the complaint --

15         MR. KEARNEY:  In writing?

16         THE COURT:  In writing or you can file a motion to

17    dismiss.  I would encourage you, sir, to seek out counsel

18    on this case.

19         MR. KEARNEY:  I --

20         THE COURT:  It is not going to be an easy case for

21    someone without legal training to handle.

22         MR. KEARNEY:  I can't afford counsel, so.  I've been

23    through a dozen of these restraining hearings so --

24         THE COURT:  Hang on.  Don't interrupt.

25         MR. KEARNEY:  I'm going to represent myself.  I

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:01 PM
Envelope: 3112592
Reviewer: Jaiden H.

Document 6-3   Filed 07/02/21   Page 217 of 259 PageID #: 632

70

1    I's, cross the T's a little bit more than what we have

2    been able to flesh out here today.

3        And I will see the parties on Webex for a review on

4    April 29 at 11:00 a.m.  As I said, you will get an

5    invitation to that appearance from me probably a couple

6    of days beforehand.  And hopefully we'll use that time to

7    solidify, confirm the agreement and the settlement.  And

8    if there is no agreement and settlement, then I will lay

9    out the date for the forward travel of this case, and

10   we'll go from there.  It will be not a hearing if -- it's

11   more a status conference than anything else.

12       All right.  I'm going to let our court reporter go,

13   she was supposed to leave 25 minutes ago, and I'm going

14   to recess for the day.  And our court personnel here will

15   get you the document that you need, and you can both be

16   on your way.

17       MS. ST. ANGELO:  Thank you, Your Honor.

18       THE COURT:  You're welcome.

19       (Proceedings adjourned at 4:19 p.m.)

20

21

22

23

24

25

**STATE OF RHODE ISLAND**           **SUPERIOR COURT**
**PROVIDENCE, SC.**

| | |
|---|---|
| **ASHLEY ST. ANGELO, PPA** : | |
| **ANTHONY ST. ANGELO,** : | |
| : | |
| *Plaintiff,* : | **CASE NO. PC-2021-0224** |
| : | |
| **v.** : | |
| : | |
| **AIDAN KEARNEY AND JULIANNE** : | |
| **KEARNEY,** : | |
| : | |
| *Defendants.* : | |
| : | |

<u>**DEFENDANT AIDAN KEARNEY'S MOTION TO DISMISS**</u>
<u>**FOR LACK OF PERSONAL JURISDICTION**</u>
<u>**AND FAILURE TO STATE A CLAIM FOR RELIEF**</u>

Pursuant to Rhode Island Superior Court Rules of Civil Procedure 12(b)(2) and 12(b)(6).

Defendant, Aidan Kearney, moves this Court to dismiss this action because Plaintiff failed to

establish personal jurisdiction over Defendant and has failed to state a claim for relief,

This case concerns a series of news articles written by Mr. Kearney after he became aware

of a matter of public concern pertaining to Plaintiff. Mr. Kearney has no contacts with Rhode

Island other than these articles.

The fact that this case exists, at all, is Constitutionally misplaced. If such a case can

proceed, then if the <u>Boston Globe</u> writes a story about Whitey Bulger, and Mr. Bulger prefers to

have his misdeeds hidden from the public, he can bring this kind of harassing action not only

against the author of the <u>Globe</u> piece, but against the author's spouse.

This is not the kind of thing that the civil harassment statute was designed for. If Ms. St.

Angelo believes that the news reports about her are defamatory, then she has a remedy – a civil

defamation claim. But, a claim that journalism can subject the author to a restraining order should

find no oxygen at all.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 219 of 259 PageID #: 634

This motion should not be necessary. The Court has already found that Ms. St. Angelo fails to state a claim for relief in her Complaint. (*See* excerpts of transcript of April 7, 2021 hearing ["Apr. 7 Trans."], attached as **Exhibit 1**, at 6:15-24 (Court telling Ms. St. Angelo "I'm going to need you to provide an amended complaint that details exactly and clearly what your claims are against these defendants … including as exhibits to the complaints the material that you contend are harassment, defamatory, whatever the theories of the case are going to be"); *id*. at 18:21-19:2 (Court stating that "the complaint as it currently stands now is just insufficient for me to address anything on a substantive level"); *id*. at 23:6-8 (Court stating that "I need an amended complaint that clearly sets forth what your claims are, against who and what the basis is for the claim").) This is why the Court said "[w]e're going to hit the reset button on this case as of today" (*id*. at 19:22-24), and ordered Ms. St. Angelo to file an amended complaint by May 7, 2021. (*id*. at 21:24-22:11.) Despite explicitly finding that Ms. St. Angelo's complaint is fatally defective and that it could make no substantive findings based on its threadbare allegations, the Court has now apparently revived this pleading and is even willing to enter a preliminary injunction based on it. This is not permissible, and Ms. St. Angelo's claims (such as they are) should be dismissed. Most certainly, an injunction should not issue on a claim that even the Court could not untangle nor interpret.

## **STANDARD OF LAW**

1.     Every defense, in law or fact, to a claim for relief in any pleading, whether a claim, counterclaim, crossclaim, or third-party claim, shall be asserted in the responsive pleading thereto if one is required, except that, *inter alia*, lack of jurisdiction over the person and failure to state a claim upon which relief can be granted may be raised by motion. R.I. Sup. Ct. R. Civ. Pro. 12(b)(2) & 12(b)(6).

## **PERSONAL JURISDICTION STANDARDS**

2.     "As interpreted by this Court, [R.I. Gen. Laws] §9-5-33(a) permits the exercise of jurisdiction over nonresident defendants to the fullest extent allowed by the United States

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 220 of 259 PageID #: 635

Constitution." *Rose v. Firstar Bank*, 819 A.2d 1247, 1250 (R.I. 2003) (citing *McKenney v. Kenyon Piece Dye Works*, Inc., 582 A.2d 107, 108 (R.I. 1990)).

3.        "To ensure constitutional due process to a nonresident defendant, certain minimum contacts with the forum state are required 'such that the maintenance of the suit does not offend "traditional notions of fair play and substantial justice.""" *Kalooski v. Albert-Frankenthal AG*, 770 A.2d 831, 832-33 (R.I. 2001) (quoting *International Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945)).

4.        To establish minimum contacts, a "defendant's conduct and connection with the forum state must be… such that he should reasonably anticipate being hauled into court…" in that state. *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 297 (1980). This requires "That there be some act by which the defendant purposefully avails itself of the privilege of conducting activities within the forum state, thus invoking the benefits and protections of its laws." *Id.*

5.        Jurisdiction in this forum over a nonresident defendant requires both that the complainant allege facts sufficient to satisfy the requirements of Rhode Island's "long-arm" statute, and that the court's exercise of personal jurisdiction comports with the requirements of constitutional due process. *McKenney v. Kenyon Piece Dye Works, Inc.*, 582 A.2d 107, 108 (R.I. 1990).

## A.  General Jurisdiction

6.        When its contacts with a state are continuous, purposeful, and systematic, a nonresident defendant will subject itself to the general jurisdiction of that forum's courts with respect to all claims, regardless of whether they relate to or arise out of the nonresident's contacts with the forum. *International Shoe Co.*, 326 U.S. at 318.

## B.  Specific Jurisdiction

7.        To sustain such specific jurisdiction, "all that need be shown is a 'relationship among the defendant, the forum, and the litigation.'" *Ben's Marine Sales v. Sleek Craft Boats*, 502 A.2d 808, 812 (R.I. 1985) (quoting *Helicopteros Nacionales de Colombia, S.A. v. Hall*, 466 U.S. 408, 414 (1984)).

- 3 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 221 of 259 PageID #: 636

8.      There must be "some act by which the defendant purposefully avails itself of the privilege of conducting activities within the forum state, thus invoking the benefits and protections of its laws." *Maryland Central Collection Unit v. Board of Regents for Education of the University of Rhode Island*, 529 A.2d 144, 151 (R.I. 1987) (quoting *Hanson v. Denckla*, 357 U.S. 235, 253 (1958)).

9.      To ensure constitutional due process to a nonresident defendant, certain minimum contacts with the forum state are required "such that the maintenance of the suit does not offend 'traditional notions of fair play and substantial justice.'" *Kalooski v. Albert-Frankenthal AG*, 770 A.2d 831, 832-33 (R.I. 2001).    In determining whether litigation in the forum state offends traditional notions of fair play and substantial justice, courts look to the "so-called '[G]estalt factors' to determine whether the exercise of personal jurisdiction is reasonable[.]" *Cerberus Partners, L.P. v. Gadsby*, 836 A.2d 1113, 1121 (R.I. 2003).    However, the Gestalt factors should only be considered after the defendant has purposefully established minimum contacts in the forum state. *Id.*

## FAILURE TO STATE A CLAIM STANDARDS

10.     A complaint must give fair and adequate notice of the plaintiff's claim, but need not contain a "high degree of factual specificity." *Hyatt v. Village House Convalescent Home, Inc.*, 880 A.2d 821, 824 (R.I. 2005).   The complaint here does not do so.

## ANALYSIS

### A.    General Personal Jurisdiction

11.     Plaintiff does not appear to claim that general jurisdiction exists.   Plaintiff has not established that Defendant has had sufficient forum-based contacts to permit a finding of general jurisdiction.

12.     Defendant has rarely been to the state of Rhode Island, and even then only occasionally, visiting beaches and tourist attractions, nor does defendant conduct business in the state of Rhode Island.   (Declaration of Aidan Kearney ["Aidan Decl."], attached as **Exhibit 2**, at ¶¶ 4-5.)

- 4 -

13.     Defendant is a resident of the Commonwealth of Massachusetts.  (*Id*. at ¶ 6.)

14.     Defendant maintains a website, which can be assessed from anywhere in the world, but he does not conduct any advertising targeted directly at Rhode Island.  (*Id*. at ¶ 10.)

**B.     Specific Personal Jurisdiction**

15.     Defendant never purposely availed himself of the forum of Rhode Island.  (*Id*. at ¶¶ 4-5, 10.)

16.     Plaintiff's alleged injuries arise out of publications in Massachusetts. There are no allegations that Defendant was specifically targeting Plaintiff as opposed to reporting on a public controversy that incidentally included a Rhode Island resident, and there are no allegations that any alleged harm was felt primarily (or at all) in Rhode Island.

17.     This is not the first time a censorship-minded plaintiff has sued the Turtleboy publications in Rhode Island.  *Narcisi v. Turtleboy Dig. Mktg*., LLC, No. 1:19-CV-00329-MSM-PAS, 2020 U.S. Dist. LEXIS 160630 (D.R.I. Sep. 3, 2020).  In *Narcisi*, the District of Rhode Island correctly analyzed an almost identical situation and found that there was no jurisdiction over the publication or the author, Mr. Kearney.  The *Narcisi* analysis clearly applies to Mr. Kearney here, and Plaintiff's claims (to the extent she has asserted any) should be dismissed.

18.     In *Broadvoice, Inc. v. TP Innovations LLC*, 733 F. Supp. 2d 219 (D. Mass. 2010), the court found personal jurisdiction did not exist over a nonresident defendant who had created a website that attacked a business and its officers.  The court found the website did not establish purposeful availment for the personal jurisdiction test, noting that the "defamatory website was aimed at Massachusetts only in the sense that it could be accessed by Massachusetts residents (along with the rest of the world).  [Defendant] did nothing to incite residents of Massachusetts – as opposed to the world at large – to take up arms against Broadvoice.  Nor do [plaintiffs] even allege that [defendants] intended that 'the brunt of the harm' be felt in Massachusetts."  *Id*. at 226 (quoting *Calder v. Jones*, 465 U.S. 783 at 789-90 (1984).

- 5 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 223 of 259 PageID #: 638

19.    Defendant's only connection to Rhode Island is that his websites are just as accessible in Rhode Island as they are in any other place in the world.  Neither the complained-of statements nor Defendant's use of the internet to publish them were focused on Rhode Island.

## FAILURE TO STATE A CLAIM

20.    A complaint must give fair and adequate notice of the plaintiff's claim, but need not contain a "high degree of factual specificity." *Hyatt v. Village House Convalescent Home, Inc.*, 880 A.2d 821, 824 (R.I. 2005).

21.    Ms. St. Angelo's complaint fails to state a claim for relief.  It does not identify any causes of action, does not identify any kind damages resulting from Defendant's alleged actions, and does not seek any relief other than a restraining order, with no underlying statutory nor common law basis for it.

22.    Interpreted charitably, Ms. St. Angelo appears to wish to assert a claim for defamation, based on the allegation that Defendants made "false claims of using my ex-wife's social security number [and] claiming I am using false means to profit from my daughter's disappearance."  Ms. St. Angelo also stated during the January 12, 2021 hearing in this action that "[a]ll their words are defamatory, okay … all their information is defamatory."  (Excerpts of transcript of January 12, 2021 hearing ["Jan. 12 Trans."], attached as **Exhibit 3**, at 4:8-11 and 4:23-5:10.)

23.    An action for defamation requires a showing of "(1) the utterance of a false and defamatory statement concerning another; (2) an unprivileged communication to a third party; (3) fault amounting to at least negligence; and (4) damages …." *Cullen v. Auclair*, 809 A.2d 1107, 1110 (R.I. 2002).  Statements of pure opinion cannot be defamatory, nor can conclusions based on disclosed, non-defamatory facts, no matter how objectionable or unreasonable. *Beattie v. Fleet Nat'l Bank*, 746 A.2d 717, 721-23 (R.I. 2000).

24.    Though Ms. St. Angelo does not identify the allegedly defamatory statements or provide the context of their surrounding publication, her complaint admits that Defendants' alleged

- 6 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 224 of 259 PageID #: 639

statements were made in reliance on representations from Ms. St. Angelo's daughter about Ms. St. Angelo, which are not alleged to be false or defamatory.

25.     Ms. St. Angelo also provides conclusory statements to the effect that Defendants harassed her by "calling me out for being transgender," and "incited violence towards my self and my son both online and in person," potentially claiming incitement to violence or harassment,[1] but does not provide a single fact in support of these claims or identify even the gist of these alleged statements.   Ms. St. Angelo refers to "rocks, bricks, eggs, and so on," but does not claim Defendants did anything with such objects.

26.     Ms. St. Angelo alleges Defendants published her phone number as well as an email she sent to Defendants, which sounds like an attempt to allege an invasion of privacy claim.  But there is no allegation that Ms. St. Angelo suffered any damages from this conduct or that this information was non-public.

27.     The Court has already found that Ms. St. Angelo fails to state a claim for relief in her Complaint and instructed Ms. St. Angelo to file an amended complaint curing its defects.  (*See* **Exhibit 1** at 6:15-24, 18:21-19:2, 23:6-8, and 21:24-22:11.)


/ /


/ /


/ /


/ /

---

[1]     Plaintiff has not alleged a statutory claim of harassment.  Although this Court has heard cases sounding in harassment, the Supreme Court of Rhode Island has not yet outlined the contours of a common law cause of action for harassment or asserted that the criminal prohibition of harassment contains a private right of action.  However, the statutory analogs must be relied upon for purposes of this motion.

- 7 -

## **CONCLUSION**

28.     WHEREFORE Defendant requests that this Court GRANT Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim in its entirety and with prejudice.

Respectfully submitted,

Defendant Aidan Kearney,
By his attorneys,

/s/ Sean M. McAteer
Sean M. McAteer, 4118
203 South Main Street
Providence, RI 02903
(401) 946-9200
summerromance@verizon.net

Marc J. Randazza
(*pro hac vice pending*)
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01776
(978) 801-1776
Fax: (305) 437-7662
ecf@randazza.com

Dated:  May 21, 2021.

- 8 -

## <u>CERTIFICATE OF SERVICE</u>

I, Sean McAteer, hereby certify that a true and correct copy of the foregoing document was

served upon the Plaintiffs in the above-captioned matter by First Class Mail, postage prepaid, this

21st day of May 2021, as follows:

> Ashley St. Angelo & Anthony St. Angelo
> 129 Roger Williams Avenue
> Rumford, RI 02916

A courtesy copy of the foregoing document was served via electronic mail and First Class

Mail, postage prepaid, as follows:

> Edward Manning
> 2377 Pawtucket Avenue
> East Providence, Rhode Island 02914
> <emanning@surfingthelaw.com>

/s/ Sean M. McAteer_____
Sean McAteer

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1:21-cv-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 227 of 259 PageID #: 642

# __Exhibit 1__

Transcript of April 7, 2021

*St. Angelo v. Kearney*
Providence Superior Court

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

Case 1:23-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 228 of 259 PageID #: 643

1

1             STATE OF RHODE ISLAND

2    PROVIDENCE, Sc.                    SUPERIOR COURT

3

4

5

6    ASHLEY & ANTHONY R. ST.  )
    ANGELO                )
                        )   Pc-2021-00224

7               VS.         )
                        )

8    AIDAN & JULIANNE KEARNEY,)
    TURTLE BOY SPORTS      )

9

10

11                     **HEARD BEFORE**

12       **THE HONORABLE JUSTICE MELISSA DARIGAN**

13                **ON APRIL 7, 2021**

14

15

16

17

18   **APPEARANCES**:

19   ASHLEY ST. ANGELO.............PRO SE

20   AIDAN KEARNEY.................PRO SE

21

22

23

24              ELLEN McNAMARA, RPR
             COURT REPORTER

25

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 229 of 259 PageID #: 644

# C E R T I F I C A T I O N

    I, **ELLEN McNAMARA,** hereby certify that the succeeding pages **1** through **70,** inclusive, are a true and accurate transcript of my stenographic notes.

*McNamara*

_____
ELLEN McNAMARA, RPR
Court Reporter

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1    further about confidential communications that you have

2    had with attorneys.

3        MS. ST. ANGELO:  If you'd like the attorney's

4    information, I'm more than happy to give it to you.  You

5    can verify he asked, as well as I am, for an extension.

6    It's not to prolong this situation, Your Honor.  It's

7    just to protect myself.

8        THE COURT:  Well, again, it would have been more

9    helpful to have this information or to have this request

10   more than 24 hours in advance of the hearing so that

11   Mr. Kearney didn't have to drive down here today.

12       MS. ST. ANGELO:  I agree, Your Honor, but I did not

13   hear from the attorney until this afternoon.  And had I

14   known prior to, I absolutely would have made the Court

15   aware more than 24 hours' notice.  I'm not the type of

16   person to disrespect Mr. Kearney, his time, you know, his

17   gas and everything else.  I am not type of the person to

18   disrespect that.  Because I haven't heard from the

19   attorney until yesterday when I sent the e-mail, and I

20   did hear from him this morning.

21       THE COURT:  You can take a sit for right now.

22       MS. ST. ANGELO:  Sure.  Thank you.

23       THE COURT:  So this is what I had hoped to

24   accomplish today.  So Ms. St. Angelo came to this Court

25   in early January on a complaint against Aidan and

1    Julianne Kearney, as well as something called Turtleboy

2    Sports.

3        The complaint generally alleges harassment, but as I

4    understand the complaint, most if not all of the alleged

5    harassment is taking place online.

6        MS. ST. ANGELO:  Correct.

7        THE COURT:  Because the allegation relates to words

8    spoken or words written, material published, this is a

9    little more complicated than what I would call the usual

10    neighbor dispute or interpersonal issues of people not

11    being able to get along with each other.  I am happy to

12    hear that you have an attorney in the wings and I really

13    hope that an attorney does step in, because one of the

14    things that I really need to happen in this case is I

15    need -- not I need, the plaintiff, you need to keep this

16    case alive and going forward.  You are going to -- I'm

17    going to need you to provide an amended complaint that

18    details exactly and clearly what your claims are against

19    these defendants --

20        MS. ST. ANGELO:  Sure.

21        THE COURT:  -- including as exhibits to the

22    complaints the material that you contend are harassment,

23    defamatory, whatever the theories of the case are going

24    to be.

25        Perhaps we can clear up one thing right now, and

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1    that has to do with Julianne Kearney.

2         Do you have a claim against her specifically as to

3    conduct that you allege she has committed or done?

4         MS. ST. ANGELO:  She -- she is part owner of the

5    website, so I included both.  So I'm not sure who is

6    typing, what information is being brought by either

7    party.  So as being co-owner of the website, that is why

8    I brought the claim against her as well.

9         THE COURT:  And as you're standing here right now,

10   it would be your intention to pursue a claim against her.

11        MS. ST. ANGELO:  Yes.

12        THE COURT:  Ms. St. Angelo, has there been any

13   interpersonal interaction between you and Mr. Kearney or

14   Mrs. Kearney --

15        MS. ST. ANGELO:  Yes.

16        THE COURT:  -- in terms of texts, phone calls,

17   e-mails?

18        MS. ST. ANGELO:  Yes.

19        THE COURT:  There have been.

20        MS. ST. ANGELO:  Yes.

21        THE COURT:  What's the nature of those interactions?

22        MS. ST. ANGELO:  I don't have them with me, Your

23   Honor, I apologize, because I'm waiting for the attorney.

24   He's got the documents.

25        If you want, I can look them up right now.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1    THE COURT:  No.  Hang on.

2    MR. KEARNEY:  Your Honor, I have the entire e-mail

3    history, if you'd like it.

4    THE COURT:  Hang on a moment.

5    MS. ST. ANGELO:  For the most part, Your Honor, it's

6    generally me begging this person to take this stuff down.

7    They said send me proof.  I sent proof and some

8    documentation and here is all the proof I had, and they

9    still refused to take it down.  I did get an e-mail from

10   Mr. Kearney saying that if I dropped this case he would

11   take everything down.  He took everything down, but I

12   didn't drop the case and I believe it's put all back up

13   already.  So he asked me to drop this case and he'll take

14   everything about me down, which he did do, but currently

15   I believe it's all back up.

16   And that was against the restraining order as well,

17   Your Honor, that he has posted videos since he's been

18   served, about me and this case, which I believe is a

19   direct violation of the restraining order.

20   THE COURT:  Are you alleging, Ms. St. Angelo, any

21   threat to your person?

22   MS. ST. ANGELO:  We have gotten threats.  We have

23   had violent action towards us, not by him, but because

24   and through him.  I have a long history of over 50 texts.

25   I've had the police at the house, rocks, eggs, bricks, BB

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1    an active restraining against order him.  There's a

2    warrant out for his arrest.  And I am forced to drive

3    across state lines during a pandemic because I am a

4    defendant in this case, as if I have done anything wrong.

5    Especially my wife, who is completely innocent in this

6    case, and is 100 percent a victim.  It is morally

7    reprehensible what is happening now and just absolutely

8    awful.

9         And there's so much more to this, what this person

10   has done, that I have barely even scratched the surface,

11   but I think you get the point.

12        THE COURT:  I get the point, and I also get the

13   point that Ms. St. Angelo has many, many of the same

14   concerns and statements about you, all of which are going

15   to be sorted out.

16        So you did have some options, Mr. Kearney.  You

17   could have hired a lawyer.  You could have filed a motion

18   to dismiss.  There's a lot of things that you could have

19   done.  You didn't do them --

20        MR. KEARNEY:  I can't afford a lawyer.

21        THE COURT:  -- that's fine.  This is what we're

22   going to do now, because there is a whole lot to both

23   sides of the story.  A whole lot, a whole lot that I

24   don't understand, and a whole lot that I'm going to need

25   to understand, but it's the plaintiff's case, so the

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1   plaintiff is going to start first by getting this case in

2   order.

3          MS. ST. ANGELO:  If I may, Your Honor.  If I may?

4          First of all, everything he stated is inaccurate,

5   but he also stated he didn't post my name, address or

6   phone number.  I do have a video showing that he has.

7   Okay.  I have been accused of all this through the police

8   department when I went to go serve a restraining order to

9   him they refused to serve.  There's a lot more to this

10  case.

11         I've been -- I've got verifiable information that

12  when things don't go his way he posts fake blogs to cover

13  and protect himself.  I've got evidence of that.  Just

14  the same of what he's accusing me, I've got evidence that

15  he has done that to people in the past.

16         This has already gone far and beyond without my

17  attorney present.  Just the same, I can verify everything

18  that I have stated is true.  I'm getting a lawyer to

19  represent me to make sure that information that's not

20  relevant to this case is not provided.

21         THE COURT:  All right.  This is what we're going to

22  do, we're going to -- basically, we're going to start

23  this case over --

24         MS. ST. ANGELO:  Okay.

25         THE COURT:  -- because the complaint as it currently

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1    stands now is just insufficient for me to address

2    anything on a substantive level.

3         MS. ST. ANGELO:  Okay.

4         THE COURT:  So I'm going to give the plaintiff --

5         MS. ST. ANGELO:  And I may also want to add, Your

6    Honor, he knew about the court date that he was supposed

7    to appear for.  Prior to being served, I've got a video

8    of that, that was a date that he went to Leominster

9    courthouse to get his restraining order versus showing up

10   here that he knew was a hearing date to arrive for.

11        So he filed a revenge restraining order, lied to the

12   Judge.  I can't proof that at this point, and that's

13   another case that doesn't belong here, and he got his

14   restraining order.  But he maliciously did that on the

15   day that he was supposed to be here.

16        THE COURT:  I know that there are some questions

17   about service on Mr. and Mrs. Kearney, how service was

18   made, when it was made.  I know that service was made

19   eventually and finally through the Rhode Island Sheriff's

20   Department with their corresponding unit in

21   Massachusetts.  I'm not going to look back as to all of

22   the travel from the start.  We're going to hit the reset

23   button on this case as of today.  And that is what we're

24   going to do.

25        MR. KEARNEY:  Your Honor, if I could add just one

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1:21-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 237 of 259 PageID #: 652

20

1     more thing.  In the police report, the Holden police

2     report, which I did submit as evidence, they specifically

3     say in here, Ashley, when he applied for the -- on his

4     affidavit that he provided to this Court, he says that

5     the Holden police instructed him to attempt to get a

6     restraining order.  The Holden police saw this, and

7     specifically in their report say that that is a bold-face

8     lie.  That they never ever told him to do that.  He made

9     that up.  So he lied on the police report.  In Court,

10    when I got my restraining order against him, his argument

11    to the Judge was that the Holden police are also a lie.

12    So everybody is lying here except for Ashley St. Angelo.

13         THE COURT:  Maybe everybody is lying.  Maybe nobody

14    is lying.  I don't know.  What I do know is I, myself

15    called the Holden Police Department three times to find

16    out about service in this case and not once did I have

17    the courtesy of a return phone call.  So I don't think

18    all that highly of the police department, when they don't

19    return a phone call of a Justice of another court

20    corresponding --

21         MR. KEARNEY:  I would like to speak to the police

22    about that.

23         THE COURT:  No.  Done.  Like three months ago.  And

24    that's why service went through the Rhode Island

25    Sheriff's Department because the Holden Police Department

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 238 of 259 PageID #: 653

21

```
 1        failed to respond to me.  Three phone calls.

 2            MR. KEARNEY:  Okay.  The Holden police, when I spoke

 3        to them, they said that they did contact the Court about

 4        specifically the fact that they did not instruct Ashley

 5        to come down here, and that they had called, but it

 6        didn't matter.

 7            THE COURT:  They didn't talk to this Court.  I don't

 8        know what Court they were talking to.  It wasn't me.

 9            So in any event --

10            MR. KEARNEY:  Could I have them contact you?

11            THE COURT:  No.  I'm done with the Holden Police

12        Department.  The Holden Police Department has absolutely

13        nothing to do with this case at this point.

14            MR. KEARNEY:  They do.

15            THE COURT:  Not with this case, they don't.

16            MR. KEARNEY:  I mean, this -- specifically about

17        this case, this police report is --

18            THE COURT:  The Holden Police Department does not

19        have a role in this case at this time.  If they end up

20        being a witness for you at the time of the hearing, we'll

21        deal with that when that happens.

22            All right.  Ms. St. Angelo.

23            MS. ST. ANGELO:  Yes, Your Honor.

24            THE COURT:  I am going to order you to file an

25        amended affidavit in this case --
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

CV-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 239 of 259 PageID #: 654

22

```
 1        MS. ST. ANGELO:  Correct.
 2        THE COURT:  -- that details all of your allegations
 3   and claims against these defendants, whether it's
 4   Mr. Kearney, Mrs. Kearney or some business entity that he
 5   or they run --
 6        MS. ST. ANGELO:  Okay.
 7        THE COURT:  -- by May 7th.
 8        MS. ST. ANGELO:  Okay.  I don't have a pen.  I
 9   apologize.  I have one.  I apologize.  I have one.
10        THE COURT:  So May 7th for the plaintiff to file an
11   amended complaint.
12        THE CLERK:  I'll give you more paper.
13        MR. KEARNEY:  Do you want me to submit any of this
14   as evidence?
15        THE COURT:  Hang on, Mr. Kearney.
16        When the amended complaint is served on the
17   defendant --
18        THE CLERK:  Ms. St. Angelo, the Judge is speaking to
19   you.
20        MS. ST. ANGELO:  I apologize, Your Honor.  What was
21   that?
22        THE COURT:  So the amended complaint must be filed
23   by May 7th.
24        MS. ST. ANGELO:  Yes.  May I ask, Your Honor, just
25   what specifically did you say you wanted me to write on
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1    the amended complaint or how you wanted it written,

2    please?

3         THE COURT:  You have an attorney.  Your attorney

4    will know what to do.

5         MS. ST. ANGELO:  Okay.

6         THE COURT:  But I need an amended complaint that

7    clearly sets forth what your claims are, against who and

8    what the basis is for the claim.  Again, if you have an

9    attorney and that attorney actually enters an appearance

10   in this case, then that attorney will know what to do.

11        This deadline of May 7th applies whether you have an

12   attorney or not.

13        MS. ST. ANGELO:  Okay.

14        THE COURT:  And if the attorney that you're talking

15   with, if that falls through, then the burden is going to

16   be on you to figure out an amended complaint.

17        MS. ST. ANGELO:  Sure.

18        THE COURT:  That amended complaint is going to need

19   to be served on all of the defendants.

20        MS. ST. ANGELO:  Okay.

21        THE COURT:  So I'm going to have --

22        MS. ST. ANGELO:  I apologize.

23        THE COURT:  I'm going to allow you to serve them by

24   regular mail and certified mail, return receipt

25   requested.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

```
 1          MS. ST. ANGELO:  Okay.

 2          THE COURT:  Again, if you have an attorney, the

 3     attorney will know exactly what you have to do.  If you

 4     don't have an attorney and you're going to remain

 5     self-represented, you are going to have to figure that

 6     out.  But I am going to permit service to be made by

 7     regular and certified mail, in accordance with Rule 4 of

 8     the Rules of Civil Procedure, since the defendants live

 9     in Massachusetts.

10          Under our rule the defendants have 20 days to

11     respond to that complaint.

12          MR. KEARNEY:  What did you mean by that, "respond"?

13     Like --

14          THE COURT:  You can either answer the complaint --

15          MR. KEARNEY:  In writing?

16          THE COURT:  In writing or you can file a motion to

17     dismiss.  I would encourage you, sir, to seek out counsel

18     on this case.

19          MR. KEARNEY:  I --

20          THE COURT:  It is not going to be an easy case for

21     someone without legal training to handle.

22          MR. KEARNEY:  I can't afford counsel, so.  I've been

23     through a dozen of these restraining hearings so --

24          THE COURT:  Hang on.  Don't interrupt.

25          MR. KEARNEY:  I'm going to represent myself.  I
```

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

# Exhibit 2

Declaration of Aidan Kearney

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

Case 1:23-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 243 of 259 PageID #: 658

DocuSign Envelope ID: 3BFBB39A-B880-414E-B945-BA0369D19254

STATE OF RHODE ISLAND                    SUPERIOR COURT
PROVIDENCE, SC.

ASHLEY ST. ANGELO, PPA          :
ANTHONY ST. ANGELO,             :
                                :
            *Plaintiff,*         :       CASE NO. PC-2021-0224
                                :
        v.                      :
                                :
AIDAN KEARNEY AND JULIANNE      :
KEARNEY,                        :
                                :
        *Defendants.*            :
                                :

## <u>DECLARATION OF AIDAN KEARNEY</u>

I, Aidan Kearney, declare:

1.      I am over the 18 years of age and have never been convicted of a crime involving fraud or dishonesty.  I have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2.      I am a defendant in the above-captioned action, along with my wife, Julianne Kearney.

3.      I make this Declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim for Relief, as well as my Motion to Terminate and Vacate Restraining Order, filed herewith.

4.      I have rarely been to the state of Rhode Island, and even then, only occasionally, visiting beaches and tourist attractions.

5.      I do not conduct business in the state of Rhode Island or have any regular presence there.

6.      I am a resident of the Commonwealth of Massachusetts and do business there.

7.      I operate and maintain two websites called "turtleboysports.com" and "TBDailyNews.com," which can be assessed from anywhere in the world.  There is no separate business entity that operates or maintains these websites.

- 1 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/2/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 244 of 259 PageID #: 659

DocuSign Envelope ID: 3BFBB39A-B880-414E-B945-BA0369D19254

8.      On these websites, I collect and comment on matters of public interest and conduct and report on investigative journalism.

9.      I have used the websites to expose corruption in the Massachusetts State Police. A February 18, 2018 Boston Globe editorial credited Turtleboysports.com for breaking two stories which led to the shakeup and departure of high-ranking members of the Massachusetts State Police.[1]

10.     Revenue from these websites is derived from placement of advertisements, just like any other news site like the Providence Journal or Boston Globe. None of the ads or promotions appearing on the websites target Rhode Island or are directed to a specific geographical community. The contents of the websites are accessible to anyone.

11.     Prior to September 1, 2020, I was aware of fundraising efforts Plaintiff had made regarding her daughter allegedly going missing. I reviewed these fundraising messages and found them suspicious. My suspicions were later heightened when I saw a social media post published by Plaintiff's allegedly "missing" daughter stating she had fled her home because she had been subjected to abuse at the hands of Plaintiff and Plaintiff's son. Her older sister also published a statement claiming that she had been abused by Plaintiff and Plaintiff's son, as well. A friend of the older sister also published a statement providing details of the younger sister's abuse.

12.     Upon obtaining this information, I weighed the evidence available to me and determined that the account of events provided by Plaintiff's daughters was more credible. Then, on September 1, 2020, I authored articles on my websites at the URLs <https://tbdailynews.com/missing-east-providence-teen-posts-on-facebook-that-she-ran-away-from-abusive-transgender-father-who-is-attempting-to-profit-off-of-her-disappearance/> and <https://turtleboysports.com/blt-123-dad-accused-of-abusing-missing-east-providence-teenage-daughter-in-facebook-post-she-wrote-has-been-cashing-in-on-fundraiser-and-has-several-other-

---

[1]     "Where's the accountability of the State Police?", BOSTON GLOBE (Feb. 28, 2018), available at: https://www.bostonglobe.com/opinion/editorials/2018/02/28/where-accountability-state-police/lZ0y2DRwGUPs5XNsoGuMoK/story.html.

- 2 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

PC-2021-CV-00261-JJM-LDA    Document 6-3    Filed 07/02/21    Page 245 of 259 PageID #: 660

DocuSign Envelope ID: 3BFBB39A-B880-414E-B945-BA0369D19254

allegations-by-family-members/>.  True and correct copies of these articles are attached to my Motion to Vacate and Terminate Restraining Order as **Exhibits 5 and 6**.  The articles contain screen shots demonstrating the facts on which I relied in making my statements, including the research I performed and the statements of Plaintiff's daughters and their friend.

13.    On September 5, 2020, I interviewed Plaintiff's older daughter.  She clarified that her sister was not missing and provided multiple reports contradicting Plaintiff's denials of abuse. The same day, I uploaded a video of this interview on the video streaming platform YouTube.  The video is accessible at the URL <https://www.youtube.com/watch?v=hTTJNAkMfE0>.

14.    Plaintiff contacted me and asked that I remove my statements about her on my websites.  I did not find her denials of her daughters' claims of abuse convincing and I felt that Plaintiff was not telling me the truth.  Accordingly, I did not remove the statements, as I felt it was important to let the public know about apparent child abuse and Plaintiff's attempt to profit from this abuse.

15.    Plaintiff then began to harass me and my family by publishing statements under the alias "Justice League."  Plaintiff falsely claimed, *inter alia*, that my wife and I sexually abuse children, published our home address, urged readers to contact my wife's employer, and posted a picture of my children with the statement "I hope these kids are not being sexually demonized by their father.  Lord pray for these kids."  These statements continued despite me specifically instructing "Justice League" not to contact me.

16.    Due to this harassment, I contacted the Holden, Massachusetts Police Department in January 2021 and reported what Plaintiff was doing.  The Holden police then contacted Plaintiff. In the police report filed by the officer who spoke with Plaintiff, the officer makes it clear that he did not advise Plaintiff to seek a restraining order against me or my wife.

17.    I then published an article about this development on February 10, 2021, available at the URL <https://turtleboysports.com/transgender-east-providence-dad-whose-daughter-alleged-he-abused-her-got-a-ro-placed-on-him-in-leominster-district-court-today-for-harassing-my-family-and-using-the-courts-to-abuse-us/>.  This article includes photographs I took of the

- 3 -

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 246 of 259 PageID #: 661

DocuSign Envelope ID: 3BFBB39A-B880-414E-B945-BA0369D19254

Holden police report clearly displaying its text. A true and correct copy of this article is attached to my Motion to Vacate and Terminate Restraining Order as **Exhibit 8.**

18.    Due to Plaintiff's continuing harassment, I sought a Harassment Prevention Order against Plaintiff in Leominster, Massachusetts District Court, which was granted on January 25, 2021. Photographs of this order are also included in the February 10, 2021 article.

19.    The Harassment Prevention Order precluded Plaintiff from contacting me or from making statements regarding me or my family online, through text, or through email, and from contacting my wife's employer.

20.    Plaintiff violated this order and was arrested by East Providence, Rhode Island. Within minutes of being arraigned on charges for doing so, Plaintiff violated the order again.

21.    In writing articles about Plaintiff, I did not invite, request, or otherwise suggest that my readers communicate with Plaintiff.

22.    I do not conduct any advertising targeted directly at Rhode Island.

23.    I never purposely availed myself of the forum of Rhode Island.

I declare under penalty of perjury under the law of Rhode Island that the foregoing is true and correct.

Signed on _5/6/2021_____, at _____Jefferson MA_____.

DocuSigned by:

*AIDAN KEARNEY*

C372E04DDE2C4EF...

Aidan Kearney

# **Exhibit 3**

Transcript of January 12, 2021

*St. Angelo v. Kearney*
Providence Superior Court

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 248 of 259 PageID #: 663

STATE OF RHODE ISLAND

PROVIDENCE, Sc.                                    SUPERIOR COURT

# ORIGINAL

ASHLEY ST. ANGELO          )

                           )

            VS.            )  CIVIL ACTION NO: PC/2021-00224

                           )

AIDAN KEARNEY, ET AL       )

## HEARD BEFORE ASSOCIATE JUSTICE MELISSA E. DARIGAN ON:

## TUESDAY, JANUARY 12, 2021

**APPEARANCES:**

ASHLEY ST. ANGELO, PRO SE

ROSEMARY A. PATALANO, RPR; OFFICIAL STATE COURT REPORTER

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 249 of 259 PageID #: 664

# C E R T I F I C A T I O N

I, Rosemary A. Patalano, hereby certify that the
succeeding pages, 1 through 15, inclusive, are a true and
accurate transcript of my stenographic notes.

ROSEMARY A. PATALANO, RPR
Certified Official Court Reporter

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1    MS. ST. ANGELO:  Sure.

2    THE COURT:  -- review this.

3    (Pause)

4    THE COURT:  So, Ms. St. Angelo, your complaint

5    involves an awful lot.  Have you --

6    This is something you might want to seek out an

7    attorney.

8    MS. ST. ANGELO:  I would, honest to God, I can't

9    even afford my own expenses.

10    THE COURT:  I know that.  But I'm going to give you

11    a phone number for the Rhode Island Bar Association.

12    MS. ST. ANGELO:  I did speak to them before coming

13    here today.

14    THE COURT:  You did?

15    MS. ST. ANGELO:  Yes.

16    THE COURT:  They do have an LGBTQ committee.  Did

17    anyone mention that to you?

18    MS. ST. ANGELO:  No.

19    THE COURT:  When you called the bar association,

20    what happened?

21    MS. ST. ANGELO:  They said that they're going to

22    refer me to several pro bono lawyers, but they don't

23    handle cases like this.

24    THE COURT:  Exactly.  They don't.  But a pro bono

25    lawyer means a free lawyer.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

4

1      MS. ST. ANGELO:  Correct.

2      THE COURT:  So, did you get any names from them?

3      MS. ST. ANGELO:  I called several different ones

4   that they gave me, but none of them handle a case like

5   this.

6      This is my problem.  I was told by the police

7   officer in Massachusetts to highly recommend coming to

8   get a restraining order against them.  They keep calling

9   me and trying to get me to go on their live show, which I

10  am expecting if I had done that, they would destroy me

11  even more.  All their words are defamatory, okay?  One

12  moment.

13     THE COURT:  So, you're looking for a restraining

14  order?  See, I was not aware that you were looking for a

15  restraining order today.  I thought you were just looking

16  for the ability to file -- to file.  So, let me just get

17  up to speed.

18     MS. ST. ANGELO:  No, I am looking for a restraining

19  order.

20     THE COURT:  So, you'd like a restraining order

21  against Aidan and Julianne Kearney to prevent them from

22  what?  To stop them from what?

23     MS. ST. ANGELO:  Having these people calling me.

24  The violence.  The posts that they put, basically says

25  that I starve my daughter, I abuse my wife and daughter,

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1    my son, abuse my wife and daughter.  I'm getting

2    threatening phone calls.  I would change the number

3    except the whole world knows the number.

4         My son is getting harassed online because of these

5    people.  They're calling me crushed turtles.  That's what

6    they keep calling us, crushed turtles.  I don't know what

7    that expression means, but it's all related to their

8    Turtleboy website, that we will get crushed by their

9    website.

10        And all their information is defamatory.  Freedom of

11   speech --

12        THE COURT:  All right.

13        MS. ST. ANGELO:  I will go to --

14        THE COURT:  Ms. St. Angelo, I am going to stop you

15   because I am aware, I am aware of the fighting words.

16   And I am aware --

17        MS. ST. ANGELO:  That's what I was going to --

18        THE COURT:  I am aware of that.

19        I am going to grant a limited restraining order

20   today.

21        MS. ST. ANGELO:  Okay.

22        THE COURT:  All right?  Because this requires --

23   this requires a lot more time.

24        MS. ST. ANGELO:  I apologize.  I never give you an

25   easy case.

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 5/21/2021 5:03 PM
Envelope: 3112595
Reviewer: Victoria H

1     THE COURT:  And it requires an opportunity for the

2     defendant to appear.

3          MS. ST. ANGELO:  Right.

4          Also, a lot of evidence that I would have to bring

5     in to you.

6          THE COURT:  Yes, there's a lot here.

7          MS. ST. ANGELO:  Oh, yeah.

8          My main goal for today, Your Honor, is that they

9     don't call me.  Those come down for the ten days.  The

10    YouTube video and their -- and their four posts come down

11    for the ten days.  And if you agree that they were in the

12    right, they can place them back up, and I will seek

13    further measures thereon after.

14         But I am looking for, until the case is heard, for

15    this to come down.  Because these are the reasons we are

16    getting these harassing phone calls.  People on blogs

17    are reading their blog, they're calling us.  I have

18    gotten calls from Canada, Texas, California, with

19    threats.  I've got Facebook threats left and right that

20    they're going to come to my house and shoot me because of

21    stuff like this.  And it's all --

22         It's all a lie.  I proved to the gentleman it's all

23    a lie.  And he told me if I don't go on a live broadcast,

24    he ain't taking it down, tough.

25         THE COURT:  So, I have almost no evidence in front



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo, PPA Anthony St. Angelo<br>    v.<br>**Defendant**<br>Aidan Kearney and Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |

| |
|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 |

## MUTUAL TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 05/12/2021 at 2:00PM (Courtroom 16, 4ᵗʰ Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**
   **The Defendant's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendants, Aidan and Julianne Kearney, are hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**
   **The Plaintiff, Ashley St. Angelo, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Defendants in any manner, directly or indirectly.**

3. **This restraining order shall expire on 5/12/21.**

| | |
|---|---|
| Entered as an Order of the court on<br>4/22/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)

Case Number: PC-2021-00224
Filed in Providence/Bristol County Superior Court
Submitted: 4/22/2021 8:42 AM
Envelope: 3065784
Reviewer: Jaiden H.

Case 1:21-cv-00261-JJM-LDA   Document 6-3   Filed 07/02/21   Page 255 of 259 PageID #: 670

# STATE OF RHODE ISLAND

☐ SUPREME COURT    ☑ SUPERIOR COURT    ☐ FAMILY COURT    ☐ DISTRICT COURT

☑ Providence/Bristol County or Sixth Division   ☐ Washington County or Fourth Division
☐ Kent County or Third Division  ☐ Newport County or Second Division

| Plaintiff<br>Ashley St. Angelo & Anthony St. Angelo | Civil Action File Number<br>PC-2021-00224 |
|---|---|
| **Defendant**<br>Aidan Kearney & Julianne Kearney | |

## ENTRY OF APPEARANCE – CIVIL CASES

I hereby enter my appearance for the ☐ Plaintiff/Petitioner ☑ Defendant/Respondent
Aidan Kearney and Julianne Kearney                                                                          .

/s/  Sean M. McAteer                                              4118
   Attorney Name or Self-represented Litigant          Rhode Island Bar Number

203 South Main Street, Providence, R.I. 02903
Address

401-946-9200
Telephone Number                                             Cell Telephone Number

summerromance@verizon.net
Email Address

April 22, 2021
Date

## CERTIFICATE OF SERVICE

I hereby certify that, on the 22 day of April , 20 21 :
☐ I filed and served this document through the electronic filing system on the following parties:

                                                                                                         .
The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☐ I served this document through the electronic filing system on the following parties:

                                                                                                         .
The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☑ I mailed or ☐ hand-delivered this document to the attorney for the opposing party and/or the opposing party if self-represented, whose name is Ashley St. Angelo & Anthony St. Angelo
at the following address 129 Roger Williams Avenue, East Providence, RI 02916 .

/s/  Sean M. McAteer
   Name

CC-11 (revised June 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo, PPA Anthony St, Angelo<br>v.<br>**Defendant**<br>Aidan Kearney and Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | |

## MUTUAL TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 04/29/2021 at 11:00 (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**
   **The Defendants prayer for Temporary Restraining Order is GRANTED**
2. **The Defendant, Aidan Kearney and Julianne Kearney, are hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiffs in any manner, directly or indirectly.**
   **The Plaintiff, Ashley St. Angelo, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Defendants in any manner directly or indirectly.**
3. **This restraining order shall expire on 4/29/21.**

4. **OTHER:**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| | |
|---|---|
| Entered as an Order of the court on 4/7/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)



## STATE OF RHODE ISLAND

### SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo PPA Anthony St, Angelo<br>v.<br>**Defendant**<br>Aidan Kearney and Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

### MUTUL TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 04/29/2021 at 11:00 (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**
2. **The Defendant's prayer for a Temporary Restraining Order is GRANTED.**

3. **The Defendants, Aidan Kearney and Julianne Kearney, are hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiffs in any manner, directly or indirectly.**

4. **The Plaintiff, Ashley Saint Angelo, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Defendants in any manner.**

5. **This restraining order shall expire on 4/29/21.**

A COPY OF THIS ORDER AND A COPY OF THE COMPLAINT SHALL BE SERVED UPON THE DEFENDANT, AIDAN KEARNEY, FORTHWITH.

| | |
|---|---|
| Entered as an Order of the court on 4/7/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>Ashley Saint Angelo<br>v.<br>**Defendant**<br>Julianne Kearney | **Civil Action File Number**<br>PC-2021-00224 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

## TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 04/07/2021 at 2:00pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Julianne Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 4/7/21.**

4. **OTHER:**

| | |
|---|---|
| Entered as an Order of the court on 3/2/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
| | **ENTER:**<br>/s/ Melissa E. Darigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)



# STATE OF RHODE ISLAND

## SUPERIOR COURT

| **Plaintiff**<br>Ashley Saint Angelo<br>    v.<br>**Defendant**<br>Aidan Kearney | **Civil Action File Number**<br>PC-2021-00224 |
|---|---|
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | |

### TEMPORARY RESTRAINING ORDER

In the above-entitled cause it is ordered that the same be set down for hearing on the prayer(s) for a preliminary injunction contained in the Complaint on 04/07/2021 at 2:00pm (Courtroom 16, 4th Floor); and that, in the meantime and until further order of the court

1. **The Plaintiff's prayer for a Temporary Restraining Order is GRANTED.**

2. **The Defendant, Aidan Kearney, is hereby restrained from interfering with, molesting, harassing, threatening, annoying or contacting the Plaintiff in any manner, directly or indirectly.**

3. **This restraining order shall expire on 4/7/21.**

4. **OTHER:**

| Entered as an Order of the court on<br>3/2/2021. | **BY ORDER OF:**<br>/s/ Marybeth Rachiele<br>Clerk |
|---|---|
| | **ENTER:**<br>/s/ Melissa E. Darrigan<br>Associate Justice |

SC-CMS-18 (revised July 2020)